UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In Re:   Brian J. Goodman, Sr.,                                                        Case No. 25-10233-KB
                          Debtor.                                                                Chapter 13

### Trustee's Findings from First Meeting of Creditors

On June 5, 2025, the debtor:
 X    appeared and was sworn
 __   did not appear at the first meeting of creditors

Counsel for the Debtor:
X   appeared
__ did not appear

The following parties in interest appeared:   None

The meeting was continued until N/A

The first plan payment was due on May 11, 2025 and has been made.

   The Confirmation hearing is scheduled
   for June 27, 2025 at 9:00 a.m.

### Trustee's Report and Recommendations

__   The Trustee believes that all requirements
      for relief under Chapter 13 have been met
      and the Trustee will recommend confirmation.

X    The Trustee does not recommend confirmation
      because:

The debtor has failed to provide the required § 341 Meeting review documents, namely:

- his 2024 tax return

- his proof of insurance on his real properties

The debtor's Plan is not feasible, and it is speculative.

The debtor's Plan is underfunded.

The debtor must amend his Schedules to show the corrected information on Schedule A regarding the values and statuses.

Awaiting claims review.

Date: June 9, 2025

/s/ Lawrence P. Sumski
Lawrence P. Sumski
Trustee