UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | Chapter 13 |
| | Case Number 25-10233-KB |
| Brian J. Goodman Sr. | Honorable Kimberly Bacher |
| Debtor | |
| _____/ | |

**CERTIFICATE OF SERVICE**

I, Jamie Welch, Attorney of Orlans Law Group PLLC, do hereby certify that on June 11, 2025, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: June 11, 2025

Respectfully Submitted,

__/s/ Jamie Welch_____
Jamie Welch, Esq. BNH07700
Orlans Law Group PLLC
Attorneys for U.S. Bank Trust Company, National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 25-008558

VIA US MAIL

Brian J. Goodman Sr.
20 Hall Street
Concord, NH 03301

VIA ECF

Kathleen McKenzie, Esq. on behalf of Debtor

Office of the U.S. Trustee Esq., U.S. Trustee

Lawrence P Sumski Esq., Chapter 13 Trustee