<div align="center">

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

</div>

| | |
|---|---|
| In re: Brian J. Goodman Sr. | Chapter 13 |
| Debtor | Case No. 25-10233-KB |
| _____/ | Honorable Kimberly Bacher |

<div align="center">

**NOTICE OF APPEARANCE**

</div>

Please take notice that Craig Donais, Esq. has been retained as Attorney for Mark Plantier in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Dated: June 13, 2025

<div style="margin-left: 50%;">

Respectfully submitted,
Mark Plantier,
By his attorney,
/s/ Craig S. Donais
Craig S. Donais, Esq. (NH Bar #12466)
Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101
(603) 669-4140
cdonais@wadleighlaw.com

</div>