

IN THE UNITED STATES BANKRUPTCY COURT

NEW HAMPSHIRE

IN PROCEEDINGS:

25-10233

DEBTOR(S):

BRIAN J GOODMAN

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 9 IN THE AMOUNT OF $1,850.85

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

6/16/2025