# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: Brian J. Goodman Sr. | Chapter 13 |
| Debtor | Case No. 25-10233-KB |
| _____/ | Honorable Kimberly Bacher |

## CERTIFICATE OF SERVICE

I, Craig S. Donais, certify that on this 13th day of June 2025, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

VIA US MAIL
Brian J. Goodman Sr.
20 Hall Street
Concord, NH 03301

VIA ECF
Kathleen McKenzie, Esq. on behalf of Debtor
Office of the U.S. Trustee Esq., U.S. Trustee
Lawrence P Sumski Esq., Chapter 13 Trustee

Dated: June 13, 2025

Respectfully Submitted,
/s/ Craig S. Donais
Craig S. Donais, Esq. (NH Bar #12466)
Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101
(603) 669-4140
cdonais@wadleighlaw.com