UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
    Brian Goodman, Sr.,                                      Bk. No. 25-10233--KB
                Debtor                                                    Chapter 13

## AMENDMENT COVER SHEET

An amendment to the following petition, lists, schedules or statements is transmitted herewith:

| | |
|---|---|
| _____ | Voluntary Petition |
| _____ | Statement About Your Social Security Number[1] |
| _____ | Statement of Financial Affairs |
| __X__ | Schedule A/B – Property[2] |
| _____ | Schedule C – Property You Claim as Exempt |
| _____ | Schedule D – Creditors Who Have Claims Secured by Property[2,3] |
| _____ | Schedule E/F – Creditors Who Have Unsecured Claims[2,3] |
| _____ | Schedule G – Executory Contracts and Unexpired Leases |
| _____ | Schedule H – Co-Debtors |
| _____ | Schedule I – Your Income[2,4] |
| _____ | Schedule J – Your Expenses[2,4] |
| _____ | Form 122A-1 (Chapter 7 Statement of Your Current Monthly Income)[2] |
| _____ | Form 122A-1Supp (Statement of Exemption from Presumption of Abuse Under § 707(b)(2)) |
| _____ | Form 122A-2 (Means Test Calculation) |
| _____ | Form 122B (Chapter 11 Statement of Your Current Monthly Income)[2] |
| _____ | Form 122C-1 (Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period)[2] |
| _____ | Form 122C-2 (Chapter 13 Calculation of Your Disposable Income) |
| __X__ | Summary of Assets and Liabilities |
| _____ | List of Creditors[3] |
| _____ | Statement of Intention for Individuals Filing Under Chapter 7 |
| _____ | List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders in Chapter 9 or 11 Cases |
| _____ | Disclosure of Compensation of Attorney for Debtor |
| _____ | Other [Please specify:_____] |

In connection with the filing of this amendment, I acknowledge that I have read and understood the terms of *LBR 1009-1*.

Date: June 13, 2025                                /s/ Kathleen E. McKenzie, Esq.
                                                                Kathleen E. McKenzie, Esquire
                                                                BNH 07628
                                                                Raymond J. DiLucci, P.A.
                                                                81 South State Street
                                                                Concord, NH  03301
                                                                (603) 224-2100

---

[1] Amendment of the debtor's Social Security number requires that an amended *LBF 5005-4* or Official **Bankruptcy** Form 121 — Statement About Your Social Security Numbers be submitted to the clerk's office, in addition to the filing of the amendment.  The amendment must comply with the final four digit Social Security number requirement of Bankruptcy Rule 1005, while the copy mailed to affected parties must list the complete Social Security number.

[2] Attach Summary of Assets and Liabilities.

[3] Fee submitted for Amendment to Schedules D, E/F or the List of Creditors.  *No fee is required to change the address of a creditor or to add the name and address of an attorney for a listed creditor.*

[4] Any amendment to Schedule I requires an amendment to Schedule J.  Schedule I must always be filed with any amendment to Schedule J.

LBF 1009-1A (Eff. 11/1/16)