## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In Re:  Brian Goodman, Sr.                Case No.: 25-10233-KB
                                          Chapter: 13

Debtor

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDMENT TO SCHEDULES

**NOW COMES** Brian Goodman, the above-captioned Debtor, by and through his Attorneys, Raymond J. DiLucci, P.A., and respectfully requests this Honorable Court amend the following schedules:

In Schedule A/B: (see attached schedules)

I declare under penalty of perjury that the foregoing Amendment to Schedules is true and correct.

Respectfully submitted,

Dated:  June 13, 2025                     /s/Brian Goodman, Sr.
                                          Brian Goodman, Sr.


Dated:  June 13, 2025                     /s/Kathleen E. McKenzie, Esq.
                                          Kathleen E. McKenzie, Esquire
                                          BNH 07628
                                          Raymond J. DiLucci, P.A.
                                          81 South State Street
                                          Concord, NH  03301
                                          (603) 224-2100