**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In Re:  Brian Goodman, Sr. | Case No.: 25-10233-KB |
| | Chapter 13 |
| Debtor | |

## NOTICE OF AMENDMENT TO SCHEDULE A/B

On June 13, 2025, Schedule A/B filed by the above-named Debtor was amended as follows:

1. Schedule A was amended in box 1.2 to correct the current value of the property at 72 Hall St., Concord, NH from $150.00 to $150,000.00

2. Schedule A was amended in box 1.4 to correct the property from a duplex to a single family home.

Respectfully submitted,

/s/brian Goodman, Sr.
Brian Goodman
By and through his Attorney

Dated: June 13, 2025

/s/ Kathleen E. McKenzie, Esq.
Kathleen E. McKenzie, Esquire
BNH 07628
Raymond J. DiLucci, P.A.
81 South State Street
Concord, NH  03301
(603) 224-2100