UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In Re:  Brian Goodman, Sr.

Debtor

Case No.: 25-10233-KB
Chapter 13

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I, Kathleen E. McKenzie, of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 18th day of June, 2025, I served a copy of the Debtor's Amendment to Schedules dated June 13, 2025, by Electronic Mail upon:

Joseph M. Dolben     nhbk@harmonlaw.com

Craig S. Donais     cdonais@wadleighlaw.com, emaloney@wadleighlaw.com;cdonais@recap.email

Office of the U.S. Trustee     USTPRegion01.MR.ECF@usdoj.gov

Marcus E. Pratt     bankruptcy@kordeassociates.com

Lawrence P. Sumski     SumskiCh13@gmail.com

Jamie Welch     ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated:  June 18, 2025

/s/ Kathleen E. McKenzie, Esq.
Kathleen E. McKenzie, Esq.
Raymond J. DiLucci, P.A.
81 South State Street
Concord, NH  03301
(603) 224-2100