# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,                           Case No. 25-10233-KB
                                                 Chapter 13
    Debtor.

## ORDER

The hearing regarding the Chapter 13 Plan Filed by Debtor Brian J. Goodman Sr. [ECF No.21] is continued to July 11, 2025 at 9:00 a.m.

Date: 06/30/2025                    /s/ Kimberly Bacher
                                    Kimberly Bacher
                                    Chief Bankruptcy Judge