UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:                                                    Chapter 13
                                                       Case Number 25-10233-KB
Brian J. Goodman Sr.                      Honorable Kimberly Bacher

    Debtor

_____/

## **NOTICE OF HEARING**

       Please take notice that on August 13, 2025 and 10:00 AM, movant U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust will appear before the Hon. Kimberly Bacher, or any judge that may be sitting in that judge's place, at **either** the Courtroom A, Warren B. Rudman United States Courthouse, 55 Pleasant Street, Concord, NH 03301, or via Zoom as described below, and present the Motion for Relief.

       **To appear by Zoom via video, go to this link: https://www.zoomgov.com and then enter the Meeting ID and Passcode listed below.**

       **To appear by Zoom using a telephone, call Zoom for Government at 1-646-828-7666 or 1-669254-5252 and then enter the Meeting ID and Passcode listed below.**

       **The Meeting ID for this hearing is 160 462 2499, and the Passcode is 760398. The Meeting ID and Passcode can also be found on the court's website.**

       **YOUR RIGHTS MAY BE AFFECTED. You should read this notice and the motion carefully and discuss it with your attorney.** If you do not have an attorney, you may wish to consult one. If you have no objection to the motion, no action is required by you. If you do object to the relief sought, or if you wish to be heard, you must file a written objection with the Clerk, , Warren B. Rudman United States Courthouse, 55 Pleasant Street, A, Concord, NH 03301 on or before August 6 2025.

       A copy of your objection or response must be mailed or delivered to the undersigned filer at the address set forth below, the case trustee, the United States Trustee, and a certificate of such action must be filed with the clerk. If you file an objection or response, you must also appear at the hearing on the date and time set forth above.

Dated: July 2, 2025

                                                            U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust

                                                            By its attorneys,

                                                            /s/ Jamie Welch
                                                            Jamie Welch, Esq.  BNH07700
                                                            Orlans Law Group PLLC
                                                            PO Box 540540

Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 25-005894