UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re: | Chapter 13 |
| | Case No. 25-10233 |
| Brian J. Goodman Sr. | Honorable Kimberly Bacher |
| Debtor | |

_____/

## AFFIDAVIT OF DEBTOR'S MILITARY STATUS

I, Jamie Welch, hereby state that, based on the information provided by the Department of Defense Manpower Data Center Website, the debtor is not in military service as defined by Servicemembers Civil Relief Act of 2003.

Sworn under the pains and penalties of perjury this: Second day of July, 2025

        U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust

        By its attorneys,
        /s/ Jamie Welch
        Jamie Welch, Esq.  BNH07700
        Orlans Law Group PLLC
        PO Box 540540
        Waltham, MA 02454
        (781) 790-7800
        Email: bankruptcyNE@orlans.com
        File Number: 25-005894