UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In Re:                          Chapter 13
                                   Case No. 25-10233

Brian J. Goodman Sr.          Honorable Kimberly Bacher

     Debtor

_____/

### STATEMENT OF PARENT COMPANIES AND PUBLIC COMPANIES

In compliance with Administrative Order 1074-1 U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ("BANK") hereby lists as follows:

Parent Companies of Bank                             None

Publicly Held Companies that own 10% or more of BANK     None

Dated: July 2, 2025

                                           U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust

                                           By its Attorneys,

                                           /s/ Jamie Welch
                                           Jamie Welch, Esq.  BNH07700
                                           Orlans Law Group PLLC
                                           PO Box 540540
                                           Waltham, MA 02454
                                           (781) 790-7800
                                           Email: bankruptcyNE@orlans.com
                                           File Number: 25-005894