UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | Chapter 13 |
| | Case Number 25-10233-KB |
| Brian J. Goodman Sr. | Honorable Kimberly Bacher |
| Debtor | |
| _____/ | |

**CERTIFICATE OF SERVICE**

    I, Jamie Welch, Attorney of Orlans Law Group PLLC, do hereby certify that on July 2, 2025, I caused to be served a copy of Motion For Relief From The Automatic Stay on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  July 2, 2025

                                       Respectfully Submitted,

                                       _/s/ Jamie Welch_____
                                       Jamie Welch, Esq. BNH07700
                                       Orlans Law Group PLLC
                                       Attorneys for U.S. Bank Trust National Association,
                                       not in its individual capacity but solely as Owner
                                       Trustee for VRMTG Asset Trust
                                       PO Box 540540
                                       Waltham, MA 02454
                                       (781) 790-7800
                                       Email: bankruptcyNE@orlans.com
                                       File Number: 25-005894

VIA US MAIL

Brian J. Goodman Sr.
40 Hall St.
Concord, NH 03301

Fortworth Associates, LLC
42 Strawberry Hill Rd.
Bedford, NH 03110

VIA ECF

Kathleen McKenzie, Esq. on behalf of Debtor
Office of the U.S. Trustee Esq., U.S. Trustee
Lawrence P Sumski Esq., Chapter 13 Trustee
Craig S. Donais on behalf of Mark Plantier
Joseph M. Dolben on behalf of U.S. Bank Trust Company, National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1
Marcus E. Pratt on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust