UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| In Re: | Case Number 25-10233-KB |
| Brian J. Goodman, Sr. | Chapter 13 |

# NOTICE OF APPEARANCE
# AND REQUEST FOR SERVICE OF PAPERS

     Please take notice that the undersigned appears for **U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1** and pursuant to Bankruptcy Rules 9010(b) and 2002, requests that all notices and/or motions or pleadings of any kind given or required to be given in this case be given to and served upon Marcus E. Pratt, Korde & Associates, P.C., 900 Chelmsford Street, Suite 3102, Lowell, MA.

Date:  July 2, 2025

          Respectfully submitted,
          U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1
          By its attorney,

          /s/ Marcus E. Pratt
          Marcus E. Pratt, Esquire
          NH Bar #21206, BNH #07275
          Korde & Associates, P.C.
          900 Chelmsford Street, Suite 3102
          Lowell, MA 01851
          Tel: (978) 256-1500
          bankruptcy@kordeassociates.com

18-033491 / BK02

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| In Re: | Case Number 25-10233-KB |
|---|---|
| Brian J. Goodman, Sr. | Chapter 13 |

## CERTIFICATE OF SERVICE

    I, Marcus E. Pratt, Attorney for **U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1** hereby certify that on July 1, 2025 I electronically filed the foregoing *Notice of Appearance* with the United States Bankruptcy Court for the District of New Hampshire using the CM/ECF System. I served the foregoing documents on the following CF/ECF participants:

Office of the U.S. Trustee
Lawrence P. Sumski, Trustee
Kathleen E. McKenzie, Esquire

    I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Brian J. Goodman, Sr.
40 Hall Street
Concord, NH 03301

                                                /s/ Marcus E. Pratt
                                                Marcus E. Pratt, Esquire
                                                NH Bar #21206, BNH #07275
                                                Korde & Associates, P.C.
                                                900 Chelmsford Street, Suite 3102
                                                Lowell, MA 01851
                                                Tel: (978) 256-1500
                                                bankruptcy@kordeassociates.com