# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
In Re:  Brian Goodman                           *     Case No.: 25-10233-KB
                                                *     Chapter 13
                        Debtor(s)               *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
        Lawrence Sumski                         *     Hearing Date:   7/11/2025
                        Movant                  *     Hearing Time: 9:00 A.M.
                                                *
                v.                              *
                                                *
        Brian Goodman                           *
                        Respondents             *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## CERTIFICATE OF SERVICE

I, Kathleen McKenzie, of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 hereby certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 10th day of July, 2025, I served a copy of the Debtor's Answer and Objection to Movant's Motion to Dismiss by Electronic Mail upon:

Joseph M. Dolben     nhbk@harmonlaw.com

Craig S. Donais     cdonais@wadleighlaw.com, emaloney@wadleighlaw.com;cdonais@recap.email

Office of the U.S. Trustee     USTPRegion01.MR.ECF@usdoj.gov

Marcus E. Pratt     bankruptcy@kordeassociates.com

Lawrence P. Sumski     SumskiCh13@gmail.com

Jamie Welch     ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.


Dated: July 10, 2025                    /s/ Kathleen E. McKenzie, Esq.
                                        Kathleen E. McKenzie, Esq.