# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,                    Case No. 25-10233-KB
                                          Chapter 13
    Debtor.

## ORDER

The hearing regarding the Motion to Dismiss Case For Failure to File All Required Documents Filed by Trustee Lawrence P. Sumski [ECF No.33] is continued to November 21, 2025 at 9:00 a.m.

Confirmation of the Chapter 13 Plan [ECF No. 21] is denied. On or before October 17, 2025 the debtor must file with the Court an amended plan, serve a copy of the amended plan and a notice of confirmation hearing as required by Federal Rules of Bankruptcy Procedure 2002(b) and 3015(d) and LBR 3015-(b), and file a certificate of service with the Court, failing which the case may be dismissed. If an amended plan is timely filed and served, a confirmation hearing will be held on November 21, 2025 at 9:00 a.m.

Date: 07/11/2025

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge