UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | Chapter 13 |
| | Case Number 25-10233-KB |
| Brian J. Goodman Sr. | Honorable Kimberly Bacher |
| Debtor | |

_____/

**NOTICE OF APPEARANCE**

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date: July 15, 2025

Respectfully Submitted,

  /s/ Jamie Welch
Jamie Welch, Esq. BNH07700
Orlans Law Group PLLC
Attorneys for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 25-009773