UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | Chapter 13 |
| | Case Number 25-10233-KB |
| Brian J. Goodman Sr. | Honorable Kimberly Bacher |
| Debtor | |

_____/

**CERTIFICATE OF SERVICE**

     I, Jamie Welch, Attorney of Orlans Law Group PLLC, do hereby certify that on July 15, 2025, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  July 15, 2025

            Respectfully Submitted,

            __/s/ Jamie Welch_____
            Jamie Welch, Esq. BNH07700
            Orlans Law Group PLLC
            Attorneys for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II
            PO Box 540540
            Waltham, MA 02454
            (781) 790-7800
            Email: bankruptcyNE@orlans.com
            File Number: 25-009773

VIA US MAIL

Brian J. Goodman Sr.
40 Hall St.
Concord, NH 03301

VIA ECF

Kathleen McKenzie, Esq. on behalf of Debtor

Office of the U.S. Trustee, U.S. Trustee

Lawrence P Sumski Esq., Chapter 13 Trustee

Craig S. Donais on behalf of Mark Plantier

Marcus E. Pratt on behalf of U.S. Bank Trust Company, National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1

Joseph M. Dolben on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St

Marcus E. Pratt on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust