UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In Re:  Brian J. Goodman, Sr.

Debtor

Case No.: 25-10233-KB
Chapter 13

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF THE COURT

| | |
|---|---|
| Hearing Date: | August 20, 2025 |
| Nature of Proceeding: | Objection to Claim Number 8, filed on June 13, 2025 by Mark Plantier. Filed by Brian Goodman, Sr. |
| Outcome of Hearing: | The objection to claim no. 8, filed on June 13, 2025 by Mark Plantier is sustained. The claim is disallowed. |

**SO ORDERED:**

_____
Kimberly Bacher
Chief Judge