UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

    Brian J. Goodman, Sr.                            Case No. 25-10233-KB
           Debtor.                                   Chapter 13

## NOTICE OF CONTINGENT HEARING ON
## OBJECTION TO CLAIM 8 FILED BY MARK PLANTIER

      Please take notice that on August 20, 2025 at 9:00 A.M., this objection to claim is scheduled for a hearing before the Hon. Kimberly Bacher, or any judge that may be sitting in that judge's place, at **either** the United States Bankruptcy Court, Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, or via Zoom as described below.

      **To appear by Zoom via video, go to this link: https://www.zoomgov.com and then enter the Meeting ID and Passcode listed below.**

      **To appear by Zoom using a telephone, call Zoom for Government at 1-646-828-7666 or 1-669-254-5252 and then enter the Meeting ID and Passcode listed below.**

      **The Meeting ID for this hearing is 160 462 2499, and the Passcode is 760398. The Meeting ID and Passcode can also be found on the court's website.**

      **YOUR RIGHTS MAY BE AFFECTED. You should read the attached objection carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.** If you have no response to the objection to proof of claim, you do not need to take any action. If you wish to respond to the objection to proof of claim, or if you wish to be heard, you must file a written response with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 on or before August 13, 2025.

      A copy of your response must be mailed or delivered to the undersigned party objecting to the claim, the case trustee, and the United States Trustee, and a certificate of such action must be filed with the clerk. If you file a response, you must also appear at the hearing on the date and time set forth above.

      **If no responses are filed by August 20, 2025 at 9:00 A.M., the court may enter an order sustaining the objection to proof of claim without a hearing.**

Date: July 16, 2025                                              /s/Kathleen E. McKenzie, Esq.
                                                                         Kathleen E. McKenzie, Esq.
                                                                          BNH07628
                                                                          Raymond J. DiLucci, P.A.
                                                                          81 South State Street
                                                                          Concord, NH 03301
                                                                          (603) 224-2100

LBF 3007-1 (Eff. 10/01/2024)