

```
Doc# 653995
Book: 2918
Pages: 1657
Filed & Recorded
08/14/2006   10:31AM
KATHI L. GUAY, CPO, REGISTER
```

## FULL MORTGAGE DISCHARGE

FOR VALUE RECIEVED, **MARK PLANTIER**, with mailing address of 49 South River Road Bedford NH 03110, HOLDERS and MORTGAGEES of the mortgage instruments described below, for consideration paid, hereby releases said Mortgage in full, and the obligations secured thereby and as described below:

MORTGAGE DATED: July 11, 2006

MORTGAGE RECORDED: Book 2909, Page 1561

MORTGAGEE: Mark Plantier

MORTGAGOR: Brian J. Goodman

In witness whereof, Mortgagees/Holders herein, have signed and executed below on this 31st day of July, 2006.

**MARK PLANTIER**

By: _/s/ Mark W. Plantier_
Name:
Title:

STATE OF NEW HAMPSHIRE         COUNTY OF Hillsborough

On this 31 day of July, 2006, personally appeared Mark Plantier, duly authorized agent, known to me or satisfactory proven, to be the persons whose names are subscribed to the foregoing instrument, and swore to and acknowledged that they executed the foregoing instrument for the purposes therein contained.

Notary Public _/s/ Eleanore m fox_
Name: Eleanore m Fox
My Commission expires: 9/3/08

MERRIMACK COUNTY RECORD

_/s/ Kathi L. Guay_, CPO, Regis