***United States Bankruptcy Court***
***District of New Hampshire***

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                 *
In Re:   Brian J. Goodman, Sr.                   *     Case No.: 25-10233-KB
                                                 *     Chapter 13
                                                 *
              Debtor                             *     Hearing Date:  8/20/2025
                                                 *     Hearing Time:  9:00 A.M.
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                 *
         Brian J. Goodman, Sr.                   *
                  v.                             *
         Mark Plantier                           *
                                                 *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

**CERTIFICATE OF SERVICE**

I, Kathleen E. McKenzie, Esq., of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 16th day of July, 2025, I served a copy of the within Notice of Hearing, together with a copy of Debtor's Objection to Proof of Claim, by Certified Mail, Return Receipt Requested, upon:

Mark Plantier
C/O Craig Donais, Esq.
95 Market St.
Manchester, NH 03101

That I further certify that on the 16th day of July, 2025, I served a copy of the within Notice of Hearing, together with a copy of Debtor's Objection to Proof of Claim, by Electronic Mail, upon:

Joseph M. Dolben     nhbk@harmonlaw.com

Craig S. Donais     cdonais@wadleighlaw.com, emaloney@wadleighlaw.com; cdonais@recap.email

Office of the U.S. Trustee     USTPRegion01.MR.ECF@usdoj.gov

Marcus E. Pratt     bankruptcy@kordeassociates.com

Lawrence P. Sumski     SumskiCh13@gmail.com

Jamie Welch     ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2025                              /s/ Kathleen E. McKenzie, Esq.
                                                  Kathleen E. McKenzie, Esq.