*United States Bankruptcy Court*
*District of New Hampshire*

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                 *
In Re:   Brian J. Goodman, Sr.                   *      Case No.: 25-10233-KB
                                                 *      Chapter 13
                                                 *
            Debtor                               *      Hearing Date:  8/20/2025
                                                 *      Hearing Time:  9:00 A.M.
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                 *
      Brian J. Goodman, Sr.                      *
             v.                                  *
      Mark Plantier                              *
                                                 *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

### CERTIFICATE OF SERVICE

I, Kathleen E. McKenzie, Esq., of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 17th day of July, 2025, I served a copy of the Amended Notice of Hearing, by First Class Mail, postage prepaid, upon:

> Mark Plantier
> C/O Craig Donais, Esq.
> 95 Market St.
> Manchester, NH 03101

That I further certify that on the 16th day of July, 2025, I served a copy of the within Notice of Hearing, together with a copy of Debtor's Objection to Proof of Claim, by Electronic Mail, upon:

Joseph M. Dolben    nhbk@harmonlaw.com

Craig S. Donais    cdonais@wadleighlaw.com, emaloney@wadleighlaw.com; cdonais@recap.email

Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov

Marcus E. Pratt    bankruptcy@kordeassociates.com

Lawrence P. Sumski    SumskiCh13@gmail.com

Jamie Welch    ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2025                    /s/ Kathleen E. McKenzie, Esq.
                                        Kathleen E. McKenzie, Esq.