UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:                                                                                  Chapter 13
                                                                                         Case Number 25-10233-KB
Brian J. Goodman Sr.                                                       Honorable Kimberly Bacher

      Debtor
_____/

### MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSRMF MH MASTER PARTICIPATION TRUST II FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, a secured lien holder in the above captioned Chapter 13 proceeding, moves this court for an order, pursuant to 11 U.S.C. §362(d) and Rule 4001 of the Rules of Bankruptcy Procedure for relief from the automatic stay of 11 U.S.C. §362(a) so that it may foreclose a mortgage which it holds on real property known and numbered as 56 East Side Terrace, Northfield, NH 03276 and commence a summary process action against occupants of the Property. In support of its motion, U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II states the following:

1.      On November 13, 2003, Brian J. Goodman executed a note to 1-800-East-West Mortgage Company, Inc. in the original principal amount of $123,474.00 (the "Note"). The Note was subsequently endorsed into blank and transferred to Movant.

2.      The Note is secured by a mortgage from Brian J. Goodman to Mortgage Electronic Registrations Systems, Inc. dated November 13, 2003 and recorded with the Belknap County Registry of Deeds at Book 2645, Page 1635, subsequently assigned to Federal National Mortgage Association ("Fannie Mae"), a Corporation organized and existing under the laws of

the United States of America by assignment dated September 13, 2017 and recorded in said Belknap County Registry of Deeds at Book 3571, Page 1641, subsequently assigned to U.S. Bank Trust, N.A., as Trustee for LSRMF MH Master Participation Trust II by assignment dated February 4, 2020 and recorded in said Belknap County Registry of Deeds at Book 3664, Page 2154. The Mortgage is a first mortgage on real property owned by the Debtor known and numbered as 56 East Side Terrace, Northfield, NH 03276 (the "Property").

3.  U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II is the current holder of the Mortgage.

4.  U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II is the current holder of the Note.

5.  Fay Servicing, LLC is the servicing agent for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II.

6.  U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II directly or through an agent, has possession of the promissory note. The promissory note is either made payable to Note-holder or has been duly endorsed.

7.  On April 11, 2025, the Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

8.  The Ch. 13 Plan has not yet been confirmed.

9.  As of July 15, 2025, the Note and the Mortgage are in post-petition default for the May 1, 2025 payment and all subsequent payments in the net total amount $3,514.68, plus reasonable attorney's fees and costs and other charges incurred.

10. There is no other collateral securing the obligation.

11. According to Debtor's Schedule A/B, the fair market value of the Property is $306,300.00. U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II estimates that the liquidation value of the Property is no greater than $287,922.00, which is the market value minus 6% for the cost of sale.

12. According to Schedule C, the Debtor is not claiming an exemption in the Property.

13. As of July 15, 2025, the total outstanding balance owed on the Note is $161,625.33.

14. As of July 15, 2025, the estimated amount of encumbrances on the Property is $161,625.33.

15. U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II is not aware of any other liens on the Property.

16. The Debtor's arrearage at the time of filing totaled $53,137.33.

17. U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1) because the Debtor has not made payments pursuant to the Note and Mortgage.

WHEREFORE, U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II moves that the court enter an order granting U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may exercise its rights pursuant to the Note and Mortgage in accordance with applicable state and federal law, and may commence a summary process action against occupants of the Property. U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II moves that

entry of the Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(4).

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II
By its attorneys,

Date:  July 25, 2025

Respectfully Submitted,

 /s/Lynne Rocheleau_____
Lynne A. Rocheleau, Esq. BNH0634
Orlans Law Group PLLC
Attorneys for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 25-009773