UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:                                             Chapter 13
                                                   Case Number 25-10233-KB
Brian J. Goodman Sr.                               Honorable Kimberly Bacher

        Debtor
_____/

**WORKSHEET COMPLETED BY THE MORTGAGEE/SERVICER IN SUPPORT OF MOTION FOR RELIEF FROM STAY INVOLVING RESIDENTIAL REAL PROPERTY**

I, **Kimberly N. Wright**, *Assistant Vice President Bankruptcy*, of Fay Servicing, LLC as servicing agent for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II (insert the name of movant or, if movant is a business entity other than an individual, the name and representative capacity of the person signing this worksheet on behalf of such entity and the name of the entity), do hereby declare:

### BACKGROUND INFORMATION

| | | |
|---|---|---|
| 1. | Address or general description of the real property that is the subject of this motion | 56 East Side Terrace, Northfield, NH 03276 |
| 2. | Name and address of original mortgagee | Mortgage Electronic Registrations Systems, Inc. P.O. Box 2026 Flint, MI 48501-2026 |
| 3. | Dates of the note and mortgage | 11/13/2003 |
| 4. | If Movant is different from the original mortgagee, the status of Movant (e.g., holder, assignee, or servicing agent) | Assignee |
| 5. | Current address of Movant | U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II c/o Fay Servicing, LLC P.O. Box 814609 Dallas, TX 75381 |
| 6. | Post-petition payment address of movant if different from address in Paragraph 5 above | Same as Above |
| 7 | Brief statement of Movant's standing (e.g., first mortgagee, second mortgagee, assignee, servicing agent) | First Mortgage |

LBF 4001-1A (Eff. 11/1/16)

1

## DEBT/VALUE REPRESENTATIONS

| 8. | Total indebtedness of Debtor to Movant at the time of filing the motion. This amount may not be relied upon as a "payoff" quotation. | $161,625.33 |
|---|---|---|
| 9. | Estimated market value of the real property | $306,300.00 |
| 10. | Source of estimated valuation | Debtor's Schedule A/B |

## STATUS OF DEBT AS OF THE PETITION DATE (CH. 13) OR MOTION FOR RELIEF FILING DATE (CH. 7)

| 11. | Total prepetition indebtedness of debtor to movant as of petition filing date | $156,210.36 |
|---|---|---|
| A. | Amount of principal | $108,435.43 |
| B. | Amount of interest | $16,032.52 |
| C. | Amount of escrow (taxes and insurance) | $20,481.27 |
| D. | Amount of forced placed insurance | N/A |
| E. | Amount of attorney's fees incurred prepetition that have been or will be charged to the Debtor(s) | N/A |
| F. | Amount of prepetition late fees, if any, billed to Debtor(s) | N/A |
| G. | Itemize any additional prepetition fees or costs charged to the Debtor(s)' account and not listed above, including inspection fees, valuation fees, real estate taxes, etc. A separate exhibit may be attached to this worksheet. If so, it is marked Exhibit N/A | A. Fees/Costs: $9,921.14<br>B. Deferred Balance:  $1,470.00<br>C. Suspense:   ($130.00) |
| 12. | Number of payments in arrears on the petition date | 36 |
| 13. | Total amount of prepetition arrearage | $53,137.33 |
| 14. | Contractual interest rate. If interest rate is (or was) adjustable, please list the rate(s) and date(s) the rate(s) was/were in effect. A separate exhibit may be attached to this worksheet. If so, it is marked Exhibit N/A | 4.8750% |

## STATUS OF DEFAULT AS OF 07/15/2025

| 15. | Amount of monthly payment (including principal, interest, and escrow) | $1,171.56 |
|---|---|---|
| 16. | Date last payment was received (MM/DD/YYYY) | N/A |
| 17. | Alleged number of contractual payments due post-petition from filing of petition through payment due on 07/01/2025 | 3 |
| 18. | Number of payments in arrears as of above date | 3 |
| 19. | Please list below all post-petition payments alleged to be in default: | See Tables Below |

LBF 4001-1A (Eff. 11/1/16)

| Payments Due Since Date of Filing ||
|---|---|
| Date Due | Amount Due |
| 05/01/2025 | $1,171.56 |
| 06/01/2025 | $1,171.56 |
| 07/01/2025 | $1,171.56 |
| Totals: | $3,514.68 |

| Payments Made Since Date of Filing ||
|---|---|
| Date Received | Amount Paid |
| N/A | N/A |
| Totals: | $0.00 |

| | | |
|---|---|---|
| 20. | Amount of Movant's attorney's fees charged or to be charged to the Debtor(s) for the preparation, filing, and prosecution of this motion | $1,050.00 (not included in total below as not yet incurred) |
| 21. | Amount of filing fee for this motion | $199.00 (not included in total below as not yet incurred) |
| 22. | Itemize any additional post-petition fees or costs charged or to be charged to the Debtor(s)' account and not listed above, including inspection fees, valuation fees, insurance, real estate taxes, attorney's fees etc. A separate exhibit may be attached to this worksheet. If so, it is marked Exhibit N/A | N/A |
| 23. | Sum held in suspense by Movant in connection with this contract, if applicable | Credit of $0.00 |
| 24. | Total amount of post-petition arrearage | $3,514.68 |

## REQUIRED ATTACHMENTS

The following documents are attached to this worksheet in support of the motion and marked as exhibits:

1. Copies of documents showing Movant's interest in the subject property (e.g., a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignment in the chain from the original mortgagee to the Movant, which are marked Exhibits A-E)

2. Copies of documents showing proof of standing to bring this motion for relief if different than the above, which are marked Exhibits N/A

LBF 4001-1A (Eff. 11/1/16)

# CERTIFICATION FOR BUSINESS RECORDS

The information provided in this worksheet and/or any exhibits attached to this worksheet (other than the transactional documents attached as required by paragraphs 1 and 2 immediately above) is derived from records that (a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, (b) were kept in the course of the regularly conducted activity; and (c) were made by the regularly conducted activity as a regular practice.

Further, the copies of any transactional documents attached to this worksheet or motion as required by paragraphs 1 and 2 immediately above, are true and accurate copies of the original documents.

## DECLARATION

I, __Kimberly N. Wright, Assistant Vice President-Bankruptcy__, of Fay Servicing, LLC as servicing agent for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II (Name of Movant) hereby declare (or certify, verify, or state) pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct based on personal knowledge of the Movant's books and business records.

Executed at __Farmers Branch__ (City/Town), __Texas__ (State) on this __23rd__ day of __July__ (Month), __2025__ (Year).

/s/: _Kimberly N. Wright_

__Kimberly N. Wright__ (Print Name)
__Assistant Vice President, Bankruptcy__ (Title)
__Fay Servicing, LLC__ (Movant)
__1601 LBJ Freeway, Suite 150__ (Street Address)
__Farmers Branch, TX__ (City, State)
__75234__ (Zip Code)

LBF 4001-1A (Eff. 11/1/16)

4

# REPRESENTATIONS REGARDING OTHER LIENS ATTACHING
# TO THE PROPERTY

I, _____Kimberly N. Wright_____, of Fay Servicing, LLC as servicing agent for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II (name of movant or movant's attorney), do hereby declare:

| Names of Senior Lienholder | Amount Due | Source of Information (e.g., Debtor's schedules, public records, other) |
|---|---|---|
| N/A | N/A | N/A |
| Movant's lien | $161,625.33 | Payoff Quote |
| Name of Junior Lienholder | Amount Due | Source of Information (e.g., Debtor's schedules, public records, other) |
| N/A | N/A | N/A |

/s/: *Kimberly N. Wright*

__Kimberly N. Wright__ (Print Name)
__Assistant Vice President, Bankruptcy__ (Title)
__1601 LBJ Freeway, Suite 150__ (Street Address)
__Farmers Branch, TX__ (City, State)
__75234__ (Zip Code)

LBF 4001-1A (Eff. 11/1/16)

5