UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re: | Chapter 13 |
| | Case No. 25-10233 |
| Brian J. Goodman Sr. | Honorable Kimberly Bacher |
| Debtor | |

**AFFIDAVIT OF DEBTOR'S MILITARY STATUS**

I, Lynne Rocheleau, Esq., hereby state that, based on the information provided by the Department of Defense Manpower Data Center Website, the debtor is not in military service as defined by Servicemembers Civil Relief Act of 2003.

Sworn under the pains and penalties of perjury this: Twenty-Fifth day of July, 2025

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II

By its attorneys,
/s/Lynne Rocheleau
Lynne Rocheleau, Esq.  BNH06834
Orlans Law Group PLLC
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 25-009773