UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In Re:                                              Chapter 13
                                                    Case No. 25-10233
Brian J. Goodman Sr.                                Honorable Kimberly Bacher

      Debtor
_____/

## STATEMENT OF PARENT COMPANIES AND PUBLIC COMPANIES

In compliance with Administrative Order 1074-1 U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ("BANK") hereby lists as follows:

Parent Companies of Bank                                          None

Publicly Held Companies that own 10% or more of BANK              None

Dated: July 25, 2025

                          U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II

                          By its Attorneys,

                          /s/Lynne Rocheleau
                          Lynne Rocheleau, Esq.  BNH06834
                          Orlans Law Group PLLC
                          PO Box 540540
                          Waltham, MA 02454
                          (781) 790-7800
                          Email: bankruptcyNE@orlans.com
                          File Number: 25-009773