UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:                                                      Chapter 13
                                                            Case Number 25-10233-KB
Brian J. Goodman Sr.                                        Honorable Kimberly Bacher


     Debtor

_____/

**CERTIFICATE OF SERVICE**

I, Lynne Rocheleau, Attorney of Orlans Law Group PLLC, do hereby certify that on July 25, 2025, I caused to be served a copy of Motion For Relief From The Automatic Stay on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  July 25, 2025

Respectfully Submitted,

 /s/Lynne Rocheleau___
Lynne Rocheleau, Esq. BNH07700
Orlans Law Group PLLC
Attorneys for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 25-009773

VIA US MAIL

Brian J. Goodman Sr.
40 Hall St.
Concord, NH 03301

VIA ECF

Kathleen McKenzie, Esq. on behalf of Debtor
Office of the U.S. Trustee, U.S. Trustee
Lawrence P Sumski Esq., Chapter 13 Trustee
Craig S. Donais on behalf of Mark Plantier
Marcus E. Pratt on behalf of U.S. Bank Trust Company, National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1
Joseph M. Dolben on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St
Marcus E. Pratt on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust