# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
In Re:  Brian Goodman, Sr.                      *   Case No.: 25-10233-KB
                                                *   Chapter 13
                    Debtor                      *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
        US Bank Trust, NA                       *   Hearing Date:   8/13/2025
                    Movant                      *   Hearing Time:   10:00 A.M.
                                                *
            v.                                  *
                                                *
        Brian Goodman, Sr.                      *
                    Respondent                  *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## CERTIFICATE OF SERVICE

I, Kathleen E. McKenzie, of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 hereby certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 6th day of August, 2025, I served a copy of the Debtor's Answer and Objection to Movant's Motion for Relief by Electronic Mail upon:

Joseph M. Dolben     nhbk@harmonlaw.com

Craig S. Donais     cdonais@wadleighlaw.com, emaloney@wadleighlaw.com;cdonais@recap.email

Office of the U.S. Trustee     USTPRegion01.MR.ECF@usdoj.gov

Marcus E. Pratt     bankruptcy@kordeassociates.com

Lynne Rocheleau     ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Lawrence P. Sumski     SumskiCh13@gmail.com

Jamie Welch     ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  August 6, 2025                          /s/ Kathleen E. McKenzie, Esq.
                                                Kathleen E. McKenzie, Esq.