**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In Re:  Chapter 13
Brian J. Goodman Sr.  Case No. 25-10233
 Honorable Kimberly Bacher

    Debtor

_____/

**ORDER APPROVING MOTION TO CONTINUE HEARING DATE**

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, by and through its attorney, having filed an Assented to Motion to Continue Hearing Date, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Assented to Motion to Continue Hearing Date is hereby granted and the hearing scheduled for August 13, 2025 at 10:00 AM be continued to September 10, 2025 at 10:00 AM.

Dated:

                                                                         _____
                                                                        Kimberly Bacher
                                                                        U.S. BANKRUPTCY JUDGE