# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re: Brian Goodman, Sr.<br>　　　　　　　　　Debtor | Case No.: 25-10233-KB<br>Chapter 13 |
| US Bank Trust, NA<br>　　　　　Movant<br>　　v.<br>Brian Goodman, Sr.<br>　　　　　Respondent | Hearing Date:　8/20/2025<br>Hearing Time:　10:00 A.M. |

## CERTIFICATE OF SERVICE

I, Kathleen E. McKenzie, of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 hereby certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 13th day of August, 2025, I served a copy of the Debtor's Answer and Objection to Movant's Motion for Relief by Electronic Mail upon:

Joseph M. Dolben　　nhbk@harmonlaw.com

Craig S. Donais　　cdonais@wadleighlaw.com, emaloney@wadleighlaw.com;cdonais@recap.email

Office of the U.S. Trustee　　USTPRegion01.MR.ECF@usdoj.gov

Marcus E. Pratt　　bankruptcy@kordeassociates.com

Lynne Rocheleau　　ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Lawrence P. Sumski　　SumskiCh13@gmail.com

Jamie Welch　　ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2025　　　　　　　　　　　　/s/ Kathleen E. McKenzie, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Kathleen E. McKenzie, Esq.