## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re: | Chapter 13 |
| Brian J. Goodman Sr. | Case No. 25-10233 |
| | Honorable Kimberly Bacher |
| Debtor | |
| | Ref No. 53 |

_____/

### ASSENTED TO MOTION TO CONTINUE HEARING DATE

Now comes Movant, U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, by and through its attorneys, Orlans Law Group PLLC and hereby request that they be granted a continuance of approximately thirty (30) days for the hearing scheduled for August 20, 2025 set for the Motion for Relief filed July 25, 2025 at ECF No. 53.

Parties are in discussions to resolve the matter via a consent resolution.

Dated: August 15, 2025

/s/Lynne Rocheleau
Lynne Rocheleau, Esq.  BNH06834
Orlans Law Group PLLC
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 25-009773

Assented to:
/s/ Kathleen McKenzie (w/ Consent)
Kathleen McKenzie, Esq.
Attorney for Debtors
81 S State St
Concord, NH 03301