**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In Re:                                                  Chapter 13
Brian J. Goodman Sr.                                    Case No. 25-10233 -KB
                                                        Honorable Kimberly Bacher

      Debtor

_____/

## ORDER APPROVING MOTION TO CONTINUE HEARING DATE

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee

of LSRMF MH Master Participation Trust II, by and through its attorney, having filed an

Assented to Motion to Continue Hearing Date, notice having been given and good cause

appearing therefore, it is hereby ORDERED that the Assented to Motion to Continue

Hearing Date is hereby granted and the hearing scheduled for August 20, 2025 at

10:00AM be continued to September 10, 2025 at 10:00 AM.


Dated:  August 15, 2025


                                        /s/ Kimberly Bacher_____
                                        Kimberly Bacher
                                        Chief Bankruptcy Judge