United States Bankruptcy Court

District of New Hampshire

| | |
|---|---|
| In re: | Case No. 25-10233-KB |
| Brian J. Goodman, Sr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 15, 2025 | Form ID: pdf935 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian J. Goodman, Sr., 40 Hall St., Concord, NH 03301-3414 |
| cr | + Mark Plantier, P.O. Box 10076, 95 Market St., Bedford, NH 03110, UNITED STATES 03110-0076 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Aug 17, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig S. Donais | on behalf of Creditor Mark Plantier cdonais@wadleighlaw.com  emaloney@wadleighlaw.com;cdonais@recap.email |
| Jamie Welch | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Jamie Welch | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Jamie Welch | on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Joseph M. Dolben | |

District/off: 0102-1     User: admin     Page 2 of 2
Date Rcvd: Aug 15, 2025     Form ID: pdf935     Total Noticed: 2

| | |
|---|---|
| | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St nhbk@harmonlaw.com |
| Kathleen McKenzie | on behalf of Debtor Brian J. Goodman Sr. kate@nhbankruptcy.com, kate@nhbankruptcy.com;sally@nhbankruptcy.com;raymondjdilucci@gmail.com |
| Lawrence P. Sumski | SumskiCh13@gmail.com |
| Lynne Rocheleau | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Marcus E. Pratt | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bankruptcy@kordeassociates.com |
| Marcus E. Pratt | on behalf of Creditor U.S. Bank Trust Company National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 bankruptcy@kordeassociates.com |
| Marcus E. Pratt | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST bankruptcy@kordeassociates.com |
| Office of the U.S. Trustee | USTPRegion01.MR.ECF@usdoj.gov |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In Re:  
Brian J. Goodman Sr.

Chapter 13  
Case No. 25-10233 -KB  
Honorable Kimberly Bacher

Debtor

_____/

## ORDER APPROVING MOTION TO CONTINUE HEARING DATE

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, by and through its attorney, having filed an Assented to Motion to Continue Hearing Date, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Assented to Motion to Continue Hearing Date is hereby granted and the hearing scheduled for August 20, 2025 at 10:00AM be continued to September 10, 2025 at 10:00 AM.

Dated: August 15, 2025

/s/ Kimberly Bacher  
Kimberly Bacher  
Chief Bankruptcy Judge