United States Bankruptcy Court

District of New Hampshire

| In re: | Case No. 25-10233-KB |
|---|---|
| Brian J. Goodman, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0102-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf936 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian J. Goodman, Sr., 40 Hall St., Concord, NH 03301-3414 |
| cr | + | Mark Plantier, P.O. Box 10076, 95 Market St., Bedford, NH 03110, UNITED STATES 03110-0076 |
| 3201205 | + | Breezeline, 41 N. Main St., Concord, NH 03301-4930 |
| 3205688 | + | Brian J. Goodwin, Sr., Craig S. Donais, Esq., 95 Market Street, Manchester, NH 03101-1933 |
| 3201206 | | Capital Well, 150 Stage Rd., Dunbarton, NH 03046 |
| 3201207 | + | Coll. Bureau of the Hudson Valley, PO Box 3495, Toledo, OH 43607-0495 |
| 3201208 | + | Concord General Services, 311 N. State St., Concord, NH 03301-3228 |
| 3201209 | + | Consolidated Communications, PO box 11560, Portland, ME 04104-7560 |
| 3201211 | + | Dartmouth Hitchcock Clinic, 21 Lafayette St. #200, Lebanon, NH 03766-1492 |
| 3201212 | + | Dover Billing Services, 3220 Executive RDG #200, Vista, CA 92081-8572 |
| 3201214 | | Educational Credit Management Corp, PO Box 16048, Saint Paul, MN 55116 |
| 3201215 | + | Equity One, 2052 W. State St., New Castle, PA 16101-1250 |
| 3201218 | + | Fort Worth Associates, 26 Birth View Way, Manchester, NH 03102-8129 |
| 3201220 | | Joseph Dolben, Esq., Harmon Law Office, PO Box 610389, Newton Highlands, MA 02461-0389 |
| 3201222 | + | Marcus Pratt, Esq., Korde & Associates, 900 Chelmsford St., Ste. 3102, Lowell, MA 01851-8100 |
| 3205689 | + | Mark Plantier, P.O. Box 10076, Bedford, NH 03110-0076 |
| 3202165 | + | New Rez LLC d/b/a Shellpoint Mortgage Servicing, Wendy Locke, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 3201223 | + | Northeast Dermatology, 197 Loudon Rd. #350, Concord, NH 03301-8000 |
| 3201231 | + | Unitil, 5 McGuire Street, Concord, NH 03301-4622 |
| 3206168 | + | Unitil, c/o Credit Department, 5 McGuire St, Concord, NH 03301-4622 |
| 3206012 | | Wilmington Savings Fund Society, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 3201203 | + | Email/Text: bknotices@acsrecovery.com | Aug 20 2025 17:58:00 | Associated Credit Services, P.O. Box 1201, Tewksbury M.A. 01876-0901 |
| 3201204 | + | Email/Text: bk@avant.com | Aug 20 2025 17:58:00 | Avant Inc., 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 3201210 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2025 17:58:56 | Credit One Bank*, PO Box 98873, Las Vegas, NV 89193-8873 |
| 3201213 | | Email/Text: operationsclerk@easypayfinance.com | Aug 20 2025 17:58:00 | Duvera dba Easypay Finance, PO Box 2549, Carlsbad, CA 92018 |
| 3203747 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 20 2025 17:58:00 | Educational Credit Management, Corporation, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 3201216 | + | Email/Text: bankruptcynotices@eversource.com | Aug 20 2025 17:58:00 | Eversource*, PO Box 330, Manchester, NH 03105-0330 |
| 3201217 | | Email/Text: ECF@fayservicing.com | Aug 20 2025 17:58:00 | Fay Servicing*, PO Box 814609, Dallas, TX 75381 |
| 3201219 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case: 25-10233-KB  Doc #: 64  Filed: 08/22/25  Desc: Imaged Certificate of Notice  Page 2 of 4

| District/off: 0102-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf936 | Total Noticed: 47 |

| Recipient ID | Type | Method/Address | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 20 2025 17:58:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 3206098 | | Email/Text: mtgbk@shellpointmtg.com | Aug 20 2025 17:58:00 | JPMorgan Chase Bank, National Association, c/o NewRez LLC, dba Shellpoint Mtg Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 3202405 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2025 17:58:56 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3205736 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2025 17:58:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3201221 | + | Email/Text: karenanne.sinville@libertyutilities.com | Aug 20 2025 17:58:00 | Liberty Utilities*, PO Box 1380, Londonderry, NH 03053-1380 |
| 3202193 | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 20 2025 17:58:00 | U.S. Bank Trust National Association, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 280 Trumbull St FL 23, Hartford, CT 06103 |
| 3205017 | + | Email/Text: bankruptcynotices@eversource.com | Aug 20 2025 17:58:00 | Public Service of New Hampshire dba Eversource, Eversource Legal - Attn Honor Heath, 107 Selden Ave, Berlin, CT 06037-1616 |
| 3201224 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2025 17:58:58 | Resurgent Capital Services*, PO Box 10587, Greenville, SC 29603-0587 |
| 3201225 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2025 17:58:58 | Resurgent Capital/LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 3201226 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 20 2025 17:58:00 | Rushmore Serviccing, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 3201227 | ^ | MEBN | Aug 20 2025 17:55:45 | Schreiber Law Firm, LLC, 53 Stiles Rd., Ste A102, Salem, NH 03079-2890 |
| 3201228 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2025 17:58:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 3201229 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 20 2025 17:58:00 | Shellpoint Mortgage Servicing*, PO Box 10826, Greenville, SC 29603-0826 |
| 3201230 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Aug 20 2025 17:58:00 | State Farm Mutual Auto Insurance, One State Farm Plaza, Bloomington, IL 61710-0001 |
| 3205001 | ^ | MEBN | Aug 20 2025 17:55:46 | U.S. Bank Trust Company, National Association, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 3202136 | + | Email/Text: RASEBN@raslg.com | Aug 20 2025 17:58:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz,, Schneid, & Crane PLLC, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 3202194 | + | Email/Text: BankruptcyECFMail@mccalla.com | Aug 20 2025 17:58:00 | U.S. Bank Trust Company, National Association, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 280 Trumbull St FL 23, Hartford, CT 06103-3599 |
| 3203519 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 20 2025 17:58:00 | U.S. Bank Trust National Association, c/o Rushmore Servicing, Attn: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 3205902 | ^ | MEBN | Aug 20 2025 17:55:44 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 20, 2025 | Form ID: pdf936 | Total Noticed: 47 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig S. Donais | on behalf of Creditor Mark Plantier cdonais@wadleighlaw.com  emaloney@wadleighlaw.com;cdonais@recap.email |
| Jamie Welch | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Jamie Welch | on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Jamie Welch | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Joseph M. Dolben | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St nhbk@harmonlaw.com |
| Kathleen McKenzie | on behalf of Debtor Brian J. Goodman  Sr. kate@nhbankruptcy.com, kate@nhbankruptcy.com;sally@nhbankruptcy.com;raymondjdilucci@gmail.com |
| Lawrence P. Sumski | SumskiCh13@gmail.com |
| Lynne Rocheleau | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Marcus E. Pratt | on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 bankruptcy@kordeassociates.com |
| Marcus E. Pratt | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST bankruptcy@kordeassociates.com |
| Marcus E. Pratt | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bankruptcy@kordeassociates.com |
| Office of the U.S. Trustee | USTPRegion01.MR.ECF@usdoj.gov |

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,           Case No. 25-10233-KB
                                                Chapter 13
       Debtor.

**ORDER**

The hearing regarding the Objection to Claim Number(s) 8 Filed by Debtor Brian J. Goodman Sr. [ECF No.51] is continued to September 24, 2025 at 9:00 a.m.

Attorney Donais shall file a response to the Objection to Claim on or before September 3, 2025. Attorney McKenzie shall file a reply, if desired, on or before September 17, 2025.

Date: 08/20/2025                      /s/ Kimberly Bacher
                                                    Kimberly Bacher
                                                    Chief Bankruptcy Judge