EXHIBIT "B-1" TO ORDER CONFIRMING PLAN DATED DECEMBER 5, 2011

A. Upon entry of the Order confirming the Plan, Chapter 11 Trustee shall make the distributions listed on Exhibit "B-2" attached hereto and incorporated herein by this reference. It is anticipated and allowed that certain claims identified on Exhibit "B-2" require additional sums for accrued interest and other factors. Chapter 11 Trustee is hereby authorized to pay the full amounts of such claims as warranted in his sole discretion to accomplish the terms of this Confirmation Order. If Debtor fails to update the Chapter 11 Trustee of any adjustments to the distributions identified in Exhibit "B-2" by December 27, 2011, the Chapter 11 Trustee shall make said distributions as identified on or before December 28, 2011, and any subsequent amounts owed to the creditors shall be the responsibility of the Debtor. The Chapter 11 Trustee is responsible for filing the final tax return of the estate. Chapter 11 Trustee shall file application for final decree by January 23, 2012.

B. The Debtor shall not receive his distribution under the Plan until the Chapter 11 Trustee receives a certification from an accountant that there is no further tax liability to the Estate due to the Somerville Note proceeds or interest payments.

C. The monthly plan payments to be made by the Debtor under the plan on any claim to which Debtor files an objection shall be made to Debtor's Counsel who will hold the funds in trust pending the outcome of the objection to the claim(s).

D. The class 3 claims are to be paid in part with cash upon confirmation of the plan and in part via a mortgage and promissory note secured by realty owned by Debtor located at 656 Main Street, Wolfeboro NH as listed on Exhibit "B-2". The holder of the mortgage and promissory note shall be Berten, LLC and Carole Berkow. The mortgage and promissory note shall provide for security in the amount of $74,500, due and payable at 0% (zero percent) interest on or before the earliest of April 1, 2012, or transfer, sale of the realty, or refinancing of the present mortgage. Thereafter, the obligation shall draw interest at the annual rate of 12% (twelve percent) interest until paid in full. Debtor shall execute a mortgage and promissory note reflecting these terms on forms to be provided by attorney for Berten, LLC and return the executed documents to the attorney for Berten, LLC no later than January 20, 2012, which shall be recorded by Creditor in due course. The parties are authorized and directed to execute, deliver and exchange any documents necessary to effectuate this Order, including such documents that are customarily provided in similar transactions in New Hampshire or otherwise required by law.

E. The chapter 11 trustee shall file his final accounting with the Court and obtain a contingent hearing for approval of same. If no objections are filed within 7 days of the contingent hearing set the Court, the Court may in its discretion act upon the Final Accounting and discharge the chapter 11 trustee. The Debtor, through counsel, shall be responsible for filing the application for final decree. Immediately upon confirmation of the plan, Debtor shall be restored to "debtor-in-possession" status and all property rights,

except for the funds in the Chapter 11 Trustee's account that are to be distributed according to Exhibit "B-2".  Upon the confirmation of the plan, Debtor shall be responsible for filing the post-confirmation reports and payment of the quarterly fees to the UST until the case is closed.

F.  Upon approval of the Trustee's Application for Final Decree the case shall be closed. Once the Debtor makes all of the payments to unsecured creditors under the Plan, the Debtor may file a motion to reopen the case in order to apply for a discharge under 11 USC §1141.  The discharge of the Debtor shall occur upon the completion of all payments to unsecured creditors under the Plan, and not upon confirmation of the Plan pursuant to 11 USC §1141(d)(5).

G.  The Court will retain jurisdiction over any POC objections that are filed.

..........End of Exhibit "B-1"