# The State of New Hampshire

**MERRIMACK, SS**                                                                                 **SUPERIOR COURT**

Brian Goodman

v.

Mark Plantier

NO. 09-E-148

## ORDER

Since it appears that the Defendant is subject to a Chapter 11 plan under an Order of the United States Bankruptcy Court, this matter is STAYED.

**SO ORDERED**

12/3/13
DATE

*Richard B. McNamara* (signature)
Richard B. McNamara,
Presiding Justice

RBM/

36