LBF 4001-1A
(Eff. 11/1/16)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW HAMPSHIRE (CONCORD)

IN RE:

Brian J. Goodman, Sr.,

Debtor

Case No. 25-10233-KB

Chapter 13

### WORKSHEET COMPLETED BY THE MORTGAGEE/SERVICER IN SUPPORT OF MOTION FOR RELIEF FROM STAY INVOLVING RESIDENTIAL REAL PROPERTY

I, **Marc Beans** of Select Portfolio Servicing, Inc. as servicer for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4, Asset-Backed Certificates, Series 2007-HE4, do hereby declare:

### BACKGROUND INFORMATION

| 1. | Address or general description of the real property that is the subject of this motion. | 72 Hall Street, Concord, NH 03301 |
|---|---|---|
| 2. | Name and address of original mortgagee. | Mortgage Electronic Registration Systems, Inc., as nominee for Aegis Lending Corporation, P.O. Box 2026, Flint, MI 48501-2026 |
| 3. | Dates of the note and mortgage. | December 26, 2006 |
| 4. | If Movant is different from the original mortgagee, the status of Movant (e.g., holder, assignee, or servicing agent). | Servicing agent |
| 5. | Current address of Movant. | P.O. Box 65450, Salt Lake City, UT 84165-0450. |

| | | |
|---|---|---|
| 6. | Postpetition payment address of Movant if different from address in paragraph 5 above. | P.O. Box 65450, Salt Lake City, UT 84165-0450. |
| 7. | Brief statement of Movant's standing (e.g., first mortgagee, second mortgagee, assignee, servicing agent). | Servicing agent |

## DEBT/VALUE REPRESENTATIONS

| | | |
|---|---|---|
| 8. | Total indebtedness of Debtor(s) to Movant at the time of filing the motion. This amount may not be relied upon as a "payoff" quotation. | $188,704.27 as of 7/8/2025 |
| 9. | Movant's estimated market value of the real property. | $150,000.00 |
| 10. | Source of estimated valuation. | Debtor's Schedule A/B |

## STATUS OF DEBT AS OF
## THE PETITION DATE (CH. 13)
## OR MOTION FOR RELIEF FILING DATE (CH.7)

| | | |
|---|---|---|
| 11. | Total prepetition indebtedness of Debtor(s) to Movant as of petition filing date (Ch. 13) OR Total contractual debt owed (Ch. 7) | $186,159.82 |
| A. | Amount of principal. | $114,968.76 |
| B. | Amount of Interest. | $25,076.51 |
| C. | Amount of escrow (taxes and insurance). | $36,996.27 |
| D. | Amount of forced placed insurance. | $0.00 |
| E. | Amount of attorney's fees incurred prepetition that have been or will be charged to the Debtor(s). | $0.00 |
| F. | Amount of prepetition late fees, if any, billed to Debtor(s). | N/A |

| | | |
|---|---|---|
| G. | Itemize any additional prepetition fees or costs charged to the Debtor(s)' account and not listed above, including inspection fees, valuation fees, real estate taxes, etc. A separate exhibit may be attached to this worksheet. If so, it is marked Exhibit N/A | A. $9,118.28 fees, costs<br>B. $0.00<br>C. $0.00<br>D. $0.00 |
| 12. | Number of payments in arrears on the petition date. | 72 |
| 13. | Total amount of prepetition arrearage. | $102,613.68 |
| 14. | Contractual interest rate. If interest rate is (or was) adjustable, please list the rate(s) and date(s) the rate(s) was/were in effect. A separate exhibit may be attached to this worksheet. If so, it is marked Exhibit N/A | 4.13000% |

### STATUS OF DEFAULT
### AS OF 07/08/2025

| | | |
|---|---|---|
| 15. | Amount of monthly payment (including principal, interest, and escrow) | $0.00 |
| 16. | Date last payment was received. | N/A |
| 17. | Alleged number of postpetition or contractual payments due postpetition from filing of petition through payment due on 07/01/2025. | 3 |
| 18. | Number of payments in arrears as of above date. | 3 |
| 19. | Please list below all contractual payments due and all payments made since date of filing: | |

| Payments Due Since Date of Filing | |
|---|---|
| Date Due | Amount Due |
| 05/01/2025 | $1,330.45 |

| | |
|---|---|
| 06 01 2025 | $1,330.45 |
| 07 01 2025 | $1,330.45 |

| Payments Received Since Date of Filing | |
|---|---|
| Date Received | Amount Paid |
| N/A | N/A |

| | | |
|---|---|---|
| 20. | Amount of Movant's attorney's fees charged or to be charged to the Debtor(s) for the preparation, filing, and prosecution of this motion. | $N/A |
| 21. | Amount of filing fee for this motion. | $N/A |

| | | | |
|---|---|---|---|
| 22. | Itemize amount and date of charge for postpetition or contractual fees or costs charged or to be charged to the Debtor(s)' account and not listed above, including inspection fees, valuation fees, insurance, real estate taxes, attorney's fees, etc. A separate exhibit may be attached to this worksheet. If so, it is marked Exhibit N/A | | |
| | Amount | Date | |
| | A. $0.00<br>B. $0.00<br>C. $0.00<br>D. $0.00 | N/A | |
| 23. | Sum held in suspense by Movant in connection with this contract, if applicable. | | Credit of $0.00 |
| 24. | Total amount of postpetition or contractual arrearage. | | $3,991.35 |



## REQUIRED ATTACHEMENTS

The following documents are attached to this worksheet in support of the motion and marked as exhibits:

1. Copies of documents showing Movant's interest in the subject property (e.g., a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignment in the chain from the original mortgagee to the Movant), which are marked as Exhibits A.

2. Copies of documents showing proof of standing to bring this motion for relief if different than the above, which are marked as Exhibits A.

## CERTIFICATION FOR BUSINESS RECORDS

The information provided in this worksheet and/or any exhibits attached to this worksheet (other than the transactional documents attached as required by paragraphs 1 and 2 immediately above) is derived from records that (a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, (b) were kept in the course of the regularly conducted activity, and (c) were made by the regularly conducted activity as a regular practice.

Further, the copies of any transactional documents attached to this worksheet or motion, as required by paragraphs 1 and 2 immediately above, are true and accurate copies of the original documents.



## DECLARATION

I, **Marc Beans** _____ of Select Portfolio Servicing, Inc., as servicer for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4, Asset-Backed Certificates, Series 2007-HE4, hereby declare (or certify, verify, or state) pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct based on personal knowledge of the Movant's books and business records.

Executed at _Salt Lake City_ (City/Town), _UT_ (State) on this _22_ day of _August_ (Month), _2025_ (Year).

_Marc Beans_ (Print Name)
_Document Control Officer_ (Title)
_3217 S. Decker Lake Drive_ (Street Address)
_Salt Lake City, Utah 84119_
_3217 S. Decker Lake Drive_ (Zip Code)
_Salt Lake City, Utah 84119_



## REPRESENTATIONS REGARDING OTHER LIENS ATTACHING TO THE PROPERTY

I, _____, (Joseph Dolben, Esq.), do hereby declare:

| Names of Senior Lienholder | Amount Due | Source of Information (e.g., Debtor's schedules, public records, other) |
|---|---|---|
| N/A | $0.00 | N/A |
| Movant's Lien | $188,704.27 | Estimated Payoff as of July 8, 2025 |

| Names of Junior Lienholder | Amount Due | Source of Information (e.g., Debtor's schedules, public records, other) |
|---|---|---|
| Mark N. Plantier | $50,000.00 | public records |
| Concord Hospital | $10,719.90 | public records |

/s/ Joseph Dolben     8/28/2025
Joseph Dolben          (Print Name)

