UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE (CONCORD)

| | |
|---|---|
| IN RE:<br><br>Brian J. Goodman, Sr.,<br>Debtor | Case No. 25-10233-KB<br>Chapter 13 |

### NOTICE OF HEARING

Please take notice that on September 24, 2025 at 10:00 a.m., movant and Brian J. Goodman, Sr. will appear before the Hon. Kimberly Bacher, or any judge that may be sitting in that judge's place, at **either** the United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, or via Zoom as described below, and present the Motion for Relief.

**To appear by Zoom via video, go to this link: https://www.zoomgov.com and then enter the Meeting ID and Passcode listed below.**

**To appear by Zoom using a telephone, call Zoom for Government at 1-646-828-7666 or 1-669-254-5252** and then enter the Meeting ID and Passcode listed below.

**The Meeting ID for this hearing is 160 462 2499, and the Passcode is 760398. The Meeting ID and Passcode can also be found on the court's website.**

**YOUR RIGHTS MAY BE AFFECTED. You should read this notice and the motion carefully and discuss it with your attorney.** If you do not have an attorney, you may wish to consult one. If you have no objection to the motion, no action is required by you. If you do object to the relief sought, or if you wish to be heard, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 on or before September 17, 2025.

A copy of your objection or response must be mailed or delivered to the undersigned filer at the address set forth below, the case trustee, the United States Trustee, and a certificate of such action must be filed with the clerk. If you file an objection or response, you must also appear at the hearing on the date and time set forth above.

Respectfully submitted,
U.S. Bank Trust Company, National Association,
as Trustee, as successor-in-interest to U.S. Bank
National Association, as successor Trustee to
LaSalle Bank National Association, as Trustee
for Bear Stearns Asset Backed Securities I Trust
2007-HE4, Asset-Backed Certificates, Series
2007-HE4,
By its Attorney

/s/ Joseph Dolben
Joseph Dolben
NH Bar Number 265894
Harmon Law Offices, P.C.



PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
nhbk@harmonlaw.com

Dated: August 28, 2025