UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE (CONCORD)

| IN RE:<br><br>Brian J. Goodman, Sr.,<br>Debtor | Case No. 25-10233-KB<br>Chapter 13 |
|---|---|

## AFFIDAVIT OF DEBTOR MILITARY STATUS

I, Joseph Dolben, Esquire, hereby state, that, based on the information provided by the Department of Defense Manpower Data Center website, the debtor is not in military service as defined in the Service Members Civil Relief Act of 2010 (SCRA).

Sworn this 28th day of August, 2025.

                                          Respectfully submitted,
                                          U.S. Bank Trust Company, National Association, as
                                          Trustee, as successor-in-interest to U.S. Bank
                                          National Association, as successor Trustee to LaSalle
                                          Bank National Association, as Trustee for Bear
                                          Stearns Asset Backed Securities I Trust 2007-HE4,
                                          Asset-Backed Certificates, Series 2007-HE4,
                                          By its Attorney

                                          /s/ Joseph Dolben
                                          Joseph Dolben
                                          NH Bar Number 265894
                                          Harmon Law Offices, P.C.
                                          PO Box 610389
                                          Newton Highlands, MA 02461
                                          (617)558-0500
                                          nhbk@harmonlaw.com

Dated: August 28, 2025

