UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE (CONCORD)

| | |
|---|---|
| IN RE:<br><br>Brian J. Goodman, Sr.,<br>Debtor | Case No. 25-10233-KB<br>Chapter 13 |

## STATEMENT OF PARENT COMPANIES AND PUBLIC COMPANIES

In compliance with Administrative Order 1074-1, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4, Asset-Backed Certificates, Series 2007-HE4, hereby states as follows:

Parent Companies of the Movant:   None

Publicly held Companies that own 10% or more of the Movant:   None

Respectfully submitted,
U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4, Asset-Backed Certificates, Series 2007-HE4,
By its Attorney

/s/ Joseph Dolben
Joseph Dolben
NH Bar Number 265894
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
nhbk@harmonlaw.com

Dated: August 28, 2025