UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re: | Chapter 13 |
| Brian J. Goodman Sr. | Case No. 25-10233 |
| | Honorable Kimberly Bacher |
| Debtor | |

_____/

## ASSENTED TO MOTION TO CONTINUE HEARING DATE

Now comes Movant, U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, by and through its attorneys, Orlans Law Group PLLC and hereby request that they be granted a continuance for the hearing scheduled for September 10, 2025 for approximately thirty days.

Debtor has responded to the Motion, and the parties are attempting to resolve the matter via consent. Parties have agreed to this continuance.

Dated: September 9, 2025

/s/Lynne Rocheleau
LYNNE ROCHELEAU, ESQ.
Orlans Law Group PLLC
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 25-005894

Assented to:
/s/Kathleen McKenzie (w/ Consent)_____
Kathleen McKenzie, ESQ.
Attorney for Debtors
81 S State St

Concord, NH 03301