UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

| | |
|---|---|
| Brian J. Goodman Sr. | Chapter 13 |
| | Case Number 25-10233-KB |
| Debtor | Honorable Kimberly Bacher |

_____/

## CERTIFICATE OF SERVICE

    I, Lynne Rocheleau, Attorney of Orlans Law Group PLLC, do hereby certify that on September 9, 2025, I caused to be served a copy of Assented Motion to Continue Hearing on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  September 9, 2025

    Respectfully Submitted,

    /s/Lynne Rocheleau
    Jamie Welch, Esq. BNH07700
    Lynne Rocheleau, Esq. BNH06834
    Orlans Law Group PLLC
    Attorneys for U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust
    PO Box 540540
    Waltham, MA 02454
    (781) 790-7800
    Email: bankruptcyNE@orlans.com
    File Number: 25-005894

VIA US MAIL

Brian J. Goodman Sr.
40 Hall St.
Concord, NH 03301

Brian J. Goodman Sr.
42 Hall Street
Concord, NH 03301

VIA ECF

Kathleen McKenzie, Esq. on behalf of Debtor

Office of the U.S. Trustee Esq., U.S. Trustee

Lawrence P Sumski Esq., Chapter 13 Trustee

Craig S. Donais on behalf of Mark Plantier

Joseph M. Dolben on behalf of U.S. Bank Trust Company, National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1

Marcus E. Pratt on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust