**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In Re: | Chapter 13 |
| Brian J. Goodman Sr. | Case No. 25-10233 |
| | Honorable Kimberly Bacher |
| Debtor | |
| _____/ | |

## ORDER APPROVING MOTION TO CONTINUE HEARING DATE

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, by and through its attorney, having filed an Assented to Motion to Continue Hearing Date, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Assented to Motion to Continue Hearing Date is hereby granted and the hearing scheduled for September 10, 2025 at 10:00 AM be continued to October 8, 2025 at 10:00 AM.

Dated: September 09, 2025

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge