**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Brian J. Goodman, Sr.,                    Case No. 25-10233-KB
                                          Chapter 13

        Debtor.

## ORDER

The hearing regarding the Motion for Relief from Stay Filed by Creditor U.S. Bank
Trust National Association [ECF No.43] is continued to October 8, 2025 at 10:00 a.m.

Date: 09/10/2025                    /s/ Kimberly Bacher
                                    Kimberly Bacher
                                    Chief Bankruptcy Judge