THE STATE OF NEW HAMPSHIRE

MERRIMACK COUNTY; ss.                          SUPERIOR COURT
                                               DOCKET No. 09-E-0148

**BRIAN GOODMAN,**

Plaintiff,

v.

**MARK N. PLANTIER,**

Defendant.

**SUGGESTION OF BANKRUPTCY**

NOW COMES the Defendant in the above-captioned matter, Mark N. Plantier, by and through counsel, and respectfully notifies the Court that the Defendant, Mark N. Plantier, commenced a bankruptcy proceeding on April 28, 2010 under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Hampshire, which case has been assigned Case Number 10-11887-JMD and, as of the date indicated below, is, to the best of undersigned counsel's knowledge and belief, still pending.

Respectfully submitted,

The Defendant,
Mark N. Plantier

Dated: May 28, 2010

By its attorneys,

By: _____
John L. Allen, PC
Allen-Fuller, PA
40 Stark Street
Manchester, NH 03101
603-666-9966
NH Bar ID 4784

1