# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH

Merrimack Superior Court
163 North Main St./PO Box 2880
Concord NH 03302-2880

Telephone: (603) 225-5501
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## CLERKS NOTICE
## BANKRUPTCY STAY

**FILE COPY**

Case Name: **Brian Goodman v. Mark Plantier**
Case Numbers: **217-2009-EQ-00148**

The court has been advised that Mark N. Plantier (Case Number 10-11887-JMD) has filed a Petition with the Federal Bankruptcy Court and has sought the protection afforded by the bankruptcy laws from the pursuit of this case. Accordingly, this case is stayed and is administratively closed subject to reactivation, if appropriate, upon filing of a motion by any party.

June 30, 2010

William S. McGraw, Clerk of Court

(484)

C: Jason Beecher, ESQ; John L Allen, ESQ

20.

NHJB-2620-S (10/31/2009)