# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: **Merrimack Superior Court**

Case Name: **Mark Plantier** v. **Brian J. Goodman**
Plaintiff/Petitioner — Defendant/Respondent

Case Number: (if known)

## PETITION / MOTION FOR *EX PARTE* ATTACHMENT

The Plaintiff/Petitioner requests permission to make the following attachments without prior notice to the Defendant/Respondent:

| Name of Defendant/Respondent | Category of Property to be attached (check one) — Real Estate (Provide address or book & page reference. Attach additional pages if necessary.) | Other | Amount of attachment |
|---|---|---|---|
| Brian J. Goodman | 40 Hall St, Concord Bk2015-pg1438 | 03/05/1996 | $ 90,000.00 |
| Brian J. Goodman | 42 Hall St, Concord Bk2412-pg1351 | 10/15/2002 | $ 90,000.00 |
|  |  |  | $ |

A. The Plaintiff/Petitioner certifies the following facts to establish a reasonable likelihood that he/she will recover the amount stated above. (Specify facts in detail. Attach additional pages if necessary).

  Plaintiff holds 2nd mortgage on realty of Defendant at 72 Hall St (FMV =$150K) that is being foreclosed upon February 28, 2013. 1st mortgage payoff is $252K, leaving plaintiff's 2nd mortgage completely unsecured. Plaintiff is suing for deficiency on his 2nd mortgage in Face amount of $50,000 plus interest at 9% from 4/18/2006 ($79,835.27 as of 2/25/13 ) and court and collection costs.

B. The Plaintiff/Petitioner asserts that such an attachment is justified on the following grounds: (Specify which of the statutory grounds for making an *ex parte* attachment applies and detail the facts warranting the application of those grounds. Attach additional pages if necessary).

  ☐ There is substantial danger the property sought to be attached will be damaged, destroyed, concealed, or removed from the state and placed beyond the attachment jurisdiction of the court.

  ☑ There is imminent danger of transfer to a bona fide third party.

  ☐ Other:

  There is substantial danger that Defendant will transfer or encumber the realty at 40 Hall St, Concord, NH to prevent Plaintiff from attaching it should notice of this proceeding be required. At present 40 Hall St, Concord NH is owned free and clear by Defendant.

2/25/13
Date

*[signature]*
Petitioner/Plaintiff Signature
(If petitioner is a corporation or partnership, a duly authorized officer or partner shall sign.)

State of NEW HAMPSHIRE, County of MERRIMACK

This instrument was acknowledged before me on 2/25/13 by MARK PLANTIER

My Commission Expires 8/11/15

*[signature]* Kathy Bond
Signature of Notarial Officer / Title

Affix Seal, if any

PETITION FOR *EX PARTE* ATTACHMENT

## ORDER

☐ Petition / motion to attach is denied.

☑ Petition / motion to attach is granted. The Plaintiff/Petitioner is granted permission to make the above attachment(s) and shall complete service on the Defendant/Respondent within ___30___ days.

☐ Petition / motion to attach is granted subject to the following modifications:
_____
_____
_____
_____
_____
_____
_____
_____

___2/25/13___  
Date

_____  
Judge

## NOTICE TO DEFENDANT/RESPONDENT

The court has authorized the above attachment to secure any judgment or decree that the Plaintiff/Petitioner may obtain. You have the right to object in writing, ask for a hearing and request that the attachment be removed. Any objection to this attachment shall be filed in writing within 14 days after service of this notice on you. If you fail to file such a request within the time specified in the order, you will be deemed to have waived your right to a hearing with reference to the attachment, but not with reference to the merits of the Plaintiff/Petitioner's claim.

___2/25/13___  
Date

_____  
Clerk of Court