# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Merrimack Superior Court  
163 North Main St./PO Box 2880  
Concord NH 03302-2880

Telephone: (603) 225-....  
TTY/TDD Relay: (800) 735-....  
http://www.courts.state.nh....

## NOTICE OF DECISION

FILE COPY

Case Name: **Brian Goodman v. Mark Plantier**  
Case Number: **217-2009-EQ-00148**

Please be advised that on April 01, 2013 Judge Smukler made the following order relative to:

Motion to Reopen Case and Prayers for Additional Relief ; "No objection has been filed. The court thereby assumes that defendant assents to the relief sought at Prayers A through I. These Prayers are GRANTED."

April 02, 2013

William S. McGraw  
Clerk of Court

(629)

C: Jo-Ann Samson, ESQ; Jason E. Beecher, ESQ; John L. Allen, ESQ

NHJB-2501-S (07/01/2011)