# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Merrimack Superior Court
163 North Main St./PO Box 2880
Concord NH 03302-2880

Telephone: (603) 225-5501
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF DECISION

**File Copy**

Case Name: **Brian Goodman v. Mark Plantier**
Case Number: **217-2009-EQ-00148**

Enclosed please find a copy of the court's order of May 31, 2013 relative to:

Structuring Conference/ADR Order

June 05, 2013

William S. McGraw
Clerk of Court

(629)

C: Jo-Ann Samson, ESQ; John L. Allen, ESQ

NHJB-2503-S (07/01/2011)