**United States Bankruptcy Court**
**District of New Hampshire**

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                 *
In Re:  Brian J. Goodman, Sr.                    *       Case No.: 25-10233-KB
                                                 *       Chapter 13
                                                 *
                Debtor                           *       Hearing Date:  9/24/2025
                                                 *       Hearing Time:  9:00 A.M.
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                 *
        Brian J. Goodman, Sr.                    *
                v.                               *
        Mark Plantier                            *
                                                 *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

### CERTIFICATE OF SERVICE

I, Kathleen E. McKenzie, Esq., of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 17th day of September, 2025 I served a copy of the Debtor's Response to Creditor's Reply to Objection to Claim Number 8, along with all accompanying exhibits, by Electronic Mail upon:

**Joseph M. Dolben**     nhbk@harmonlaw.com

**Craig S. Donais**    cdonais@wadleighlaw.com, emaloney@wadleighlaw.com;cdonais@recap.email

**Office of the U.S. Trustee**     USTPRegion01.MR.ECF@usdoj.gov

**Marcus E. Pratt**    bankruptcy@kordeassociates.com

**Lynne Rocheleau**    ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

**Lawrence P. Sumski**    SumskiCh13@gmail.com

**Jamie Welch**    ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2025                    /s/ Kathleen E. McKenzie, Esq.
                                             Kathleen E. McKenzie, Esq.