# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re: Brian Goodman, Sr.<br>Debtor | Case No.: 25-10233-KB<br>Chapter 13 |
| US Bank Trust, NA<br>Movant<br>v.<br>Brian Goodman, Sr.<br>Respondent | Hearing Date: 9/24/2025<br>Hearing Time: 10:00 A.M. |

## CERTIFICATE OF SERVICE

I, Kathleen E. McKenzie, of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 hereby certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 17th day of September, 2025, I served a copy of the Debtor's Answer and Objection to Movant's Motion for Relief by Electronic Mail upon:

Joseph M. Dolben    nhbk@harmonlaw.com

Craig S. Donais    cdonais@wadleighlaw.com, emaloney@wadleighlaw.com;cdonais@recap.email

Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov

Marcus E. Pratt    bankruptcy@kordeassociates.com

Lynne Rocheleau    ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Lawrence P. Sumski    SumskiCh13@gmail.com

Jamie Welch    ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2025        /s/ Kathleen E. McKenzie, Esq.
                                 Kathleen E. McKenzie, Esq.