# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                               *
Re:    Brian Goodman, Sr.                      *    Case No.: 25-10233-KB
                                               *    Chapter 13
                                               *
                Debtor(s)                      *
                                               *
* * * * * * * * * * * * * * * * * * * * * * * *
                                               *
       US Bank Trust, NA                       *
                        Movant                 *    Hearing Date:  9/24/2025
       v.                                      *    Hearing Time:  10:00 A.M.
                                               *
       Brian Goodman, Sr.                      *
                        Respondent             *
                                               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ASSENTED MOTION TO CONTINUE

**NOW COMES**, Kathleen E. McKenzie, Esquire, Attorney for the Debtor in the above-captioned matter, and Respectfully Requests that this Honorable Court continue the Debtor's Hearing and in support thereof says:

1. That this matter is scheduled for a Preliminary Hearing on September 24, 2025 at 10:00 a.m.

2. That the parties are working to resolve the matter and believe a brief continuance is sufficient.

3. That Movant's Counsel, Joseph Dolben, Esq. has been contacted and has no objection to a continuance to the next available Court date, however states that the Debtor needs to provide the September mortgage payment in the amount of $1,330.45 and additionally provide the October mortgage payment in the amount of $1.330.45 within the grace period.

4. That there will be no prejudice to any party from a continuance to the next available Court date.

5. That Lawrence P. Sumski, the Chapter 13 Trustee, states that he has no objection to a continuance to the next available Court date as he has no interest in the Motion for Relief.

**WHEREFORE**, the Debtor's Attorney Respectfully Requests that this Honorable Court:

    A.    Grant this Continuance to the next available Court date; and

      B.      For such other and further relief as is deemed fair, just and equitable.

      Respectfully submitted,

Dated: September 23, 2025

/s/ Kathleen E. McKenzie, Esq.
Kathleen E. McKenzie, Esquire
BNH 07628
Raymond J. DiLucci, P.A.
81 South State Street
Concord, NH  03301
(603) 224-2100