**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| In Re:   Brian Goodman, Sr. | \* | Case No: 25-10233-KB |
| | \* | Chapter 13 |
| | \* | |
| Debtor(s) | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| | \* |
| US Bank Trust, NA | \* |
| | \* |
| v. | \* |
| | \* |
| Brian Goodman, Sr. | \* |
| | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**
**ON**
**ASSENTED MOTION TO CONTINUE**

The Movant's Assented Motion to Continue is Granted.

The Motion for Relief from the Automatic Stay by US Bank Trust, NA is continued to _____, United States Bankruptcy Court for the District of New Hampshire Warren B. Rudman United States Courthouse, Courtroom A, 55 Pleasant Street, Concord, NH

Additionally, the Debtor is ordered to provide the September payment in the amount of $1,330.45 by September 30, 2025 and the October payment in the amount of $1,330.45 on or prior to the end of the grace period.

**SO ORDERED:**

Dated: _____           _____
                                                                        Bruce A. Harwood, Chief Judge