**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In Re:  Brian J. Goodman, Sr.  Debtor | Case No.: 25-10233-KB  Chapter 13 |

## ORDER OF THE COURT

| | |
|---|---|
| Hearing Date: | August 20, 2025 and September 24, 2025 |
| Nature of Proceeding: | Objection to Claim Number 8, filed on June 13, 2025 by Mark Plantier. Filed by Brian Goodman, Sr. |
| Outcome of Hearing: | The objection to claim no. 8, filed on June 13, 2025 by Mark Plantier is sustained. The claim is disallowed. |

**SO ORDERED:**

DATED:   September 24, 2025                                    /s/ Kimberly Bacher
                                                                Kimberly Bacher
                                                                Chief Bankruptcy Judge