UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| In Re: | Case Number 25-10233-KB |
|---|---|
| Brian J. Goodman | Chapter 13 |

**MOTION OF U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE OF CIM TRUST 2025-NR1 FOR RELIEF FROM THE AUTOMATIC STAY AND FOR LEAVE TO FORECLOSE MORTGAGE**

U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 (hereinafter referred to as the "Movant"), a secured creditor, hereby moves this Court for Relief from the Automatic Stay pursuant to Bankruptcy Rules 4001 and 9014 and 11 U.S.C. Section 362(d) and for leave to foreclose a certain mortgage encumbering the property owned by the Debtor, known as *40 Hall Street, Concord, NH 03301*. In support of this Motion, Movant states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157(b)(2)(G). This case relates to a case under Title 11 of the United States Code (the "Bankruptcy Code"). This proceeding is a "core" proceeding as this term is defined in the Code.

2. On April 11, 2025, Brian J. Goodman (hereinafter referred to as the "Debtor") filed a voluntary Chapter 13 Petition in Bankruptcy. A Chapter 13 Plan has not been confirmed.

3. Movant is the current holder of a certain mortgage given by the Debtor to Mortgage Electronic Registration Systems, Inc., as nominee for 1-800-East-West Mortgage Company Inc. in the original principal amount of $180,000.00 dated September 30, 2004, and recorded in Merrimack County Registry of Deeds in Book 2712, Page 875 (the "Mortgage"). A copy of the Mortgage is attached hereto as Exhibit A.

4. The Mortgage secures a promissory note of even date and original principal amount given by the Debtor to 1-800-East-West Mortgage Company Inc. (the "Note") of which Movant is the current holder. A copy of the Note is attached hereto as Exhibit B.

5. Mortgage Electronic Registration Systems, Inc. (as nominee for 1-800-East-West Mortgage Company Inc.) assigned the Mortgage to OneWest Bank FSB by assignment dated August 17, 2009 and recorded at Merrimack County Registry of Deeds in Book 3154, Page 361, a copy which is attached hereto as Exhibit C. CIT Bank, N.A. f/k/a OneWest Bank N.A. f/k/a OneWest Bank, FSB assigned the Mortgage to Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 2005-A2 Mortgage Pass-Through Certificates Series 2005-B by assignment dated February 26, 2019 and recorded at Merrimack County Registry of Deeds in Book

18-033491 / BK02

      3623, Page 2751, a copy which is attached here to as <u>Exhibit D</u>. Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 2005-A2 Mortgage Pass-Through Certificates Series 2005-B assigned the Mortgage to U.S. Bank Trust Company, National Association, not in its individual capacity but solely as Indenture Trustee of CIM Trust 2022-NR1 by assignment dated October 29, 2024 and recorded at Merrimack County Registry of Deeds in Book 3874, Page 2090, a copy which is attached hereto as <u>Exhibit E</u>. Lastly, U.S. Bank Trust Company, National Association, not in its individual capacity but solely as Indenture Trustee of CIM Trust 2022-NR1 lastly assigned the Mortgage to U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 by assignment dated August 13, 2025 and recorded at Merrimack County Registry of Deeds in Book 3899, Page 755, a copy which is attached here to as <u>Exhibit F</u>. The current loan servicer for the Movant is Fay Servicing, LLC ("Fay").

6. The Mortgage encumbers real property known as *40 Hall Street, Concord, NH 03301* (hereinafter referred to as the "Property"). Copies of the Mortgage and Note are attached hereto as <u>Exhibits</u> "<u>A</u>" and "<u>B</u>" respectively. The Mortgage is in first lien position. Aside from the Property, there is no other collateral securing the obligation to Movant.

7. The Debtor defaulted on the Note and Mortgage by failing to make post-petition payments to Movant. As of September 18, 2025, the balance due Movant on the Note was approximately $469,874.61 (may not include negative escrow balances or recent escrow advances). The full amount of the Movant's claim together with allowable post-petition interest, reasonable attorney fees, court costs, and other recoverable expenses is secured by the Mortgage.

8. According to the Debtor's Schedules, the fair market value of the Property is $250,000.00. Accepting the Debtor's valuation for purposes of this Motion only, the liquidation value of the Property is $235,125.00 based upon a usual and customary broker's commission of $12,500.00 (5% of stated fair market value), deed stamps of $1,875.00 (seller's one-half), and $500.00 in miscellaneous estimated closing costs.

9. As of September 18, 2025, Movant has not received any post-petition mortgage payments. The current monthly payment is $1,659.00/month, subject to such subsequent adjustment as may be specified in the Note.

10. As of September 18, 2025, the Debtor owed Movant a total post-petition arrearage of $10,794.00 as follows:

    - 5 Monthly Payments (5/1/25 - 9/1/25) at $1,659.00/mo.        $8,295.00
    - Motion Fees and Costs        $1,549.00

18-033491 / BK02

|  |  |
|---|---|
| - Prior Attorney Fees/Costs (Per Notices) | $950.00 |
| **Total Post-Petition Arrearage:** | **$10,794.00** |

11. The pre-petition arrearage owed to the Movant as of the filing date of the petition was $337,530.85.

12. In addition to the Mortgage to Movant, there are outstanding liens on the Property as follows:

| Lien | Type | Amount | Book/Page |
|---|---|---|---|
| Movant | 1st Mortgage | $469,874.61 (as of September 18, 2025) | 2712/875 |
| Andrew H. Sullivan, Esq., c/o Fort Worth Associates, LLC | Jr. Mortgage | $78,000.00 | 3063/1653 |
| Concord Hospital | Attachment | $17,000.00 | 3479/363 |

The total of all liens on the Property is approximately $564,874.61.

13. Movant is entitled to Relief from the Automatic Stay for cause pursuant to Section 362(d)(1) of the Code inasmuch as the Debtor has failed to make post-petition payments to the Movant in violation of the proposed Plan and of the terms of the Note and Mortgage.

14. Movant is entitled to Relief from the Automatic Stay and leave to foreclose its mortgage pursuant to 11 U.S.C. Section 362(d)(2) in that the Debtor has no equity in the Property above and beyond the Property's liquidation value and the Property is not necessary to an effective reorganization of the Debtor.

WHEREFORE, Movant requests that this Honorable Court:

(a) Grant Movant Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(d) and for leave to Foreclose Mortgage, allowing Movant, its successors or assigns to foreclose said mortgage (including, at its sole option, leave to accept a deed-in-lieu of foreclosure from the Debtor, their heirs, successors, assigns or transferees); and for it or a third party purchaser to prosecute summary process proceedings to evict any persons residing in the Property;

(b) In the alternative, order the Debtor to provide Movant with adequate protection of its claim; and/or

(c) Grant such other Relief as this Honorable Court may deem just.

18-033491 / BK02

Date:  September 25, 2025

      Respectfully submitted,
      U.S. Bank Trust Company, National Association, not in
      its individual capacity but solely in its capacity as
      Indenture Trustee of CIM Trust 2025-NR1
      By its attorney,

      <u>/s/ Marcus E. Pratt</u>
      Marcus E. Pratt, Esquire
      NH Bar #21206, BNH #07275
      Korde & Associates, P.C.
      900 Chelmsford Street, Suite 3102
      Lowell, MA 01851
      Tel: (978) 256-1500
      bankruptcy@kordeassociates.com