United States Bankruptcy Court

District of New Hampshire

| | |
|---|---|
| In re: | Case No. 25-10233-KB |
| Brian J. Goodman, Sr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 23, 2025 | Form ID: pdf935 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian J. Goodman, Sr., 40 Hall St., Concord, NH 03301-3414 |
| cr | + | Mark Plantier, P.O. Box 10076, 95 Market St., Bedford, NH 03110, UNITED STATES 03110-0076 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 25, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig S. Donais | |
| | on behalf of Creditor Mark Plantier cdonais@wadleighlaw.com  emaloney@wadleighlaw.com;cdonais@recap.email |
| Jamie Welch | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Jamie Welch | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Jamie Welch | |
| | on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Joseph M. Dolben | |

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 23, 2025 | Form ID: pdf935 | Total Noticed: 2 |

        on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St nhbk@harmonlaw.com

Kathleen McKenzie

        on behalf of Debtor Brian J. Goodman  Sr. kate@nhbankruptcy.com, kate@nhbankruptcy.com;sally@nhbankruptcy.com;raymondjdilucci@gmail.com

Lawrence P. Sumski

        SumskiCh13@gmail.com

Lynne Rocheleau

        on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Marcus E. Pratt

        on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bankruptcy@kordeassociates.com

Marcus E. Pratt

        on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 bankruptcy@kordeassociates.com

Marcus E. Pratt

        on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST bankruptcy@kordeassociates.com

Office of the U.S. Trustee

        USTPRegion01.MR.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
* * * * * * * * * * * * * * * * * * * * * * * * *
In Re:  Brian Goodman, Sr.              *      Case No: 25-10233-KB
                                        *      Chapter 13
                                        *
                Debtor(s)               *
                                        *
* * * * * * * * * * * * * * * * * * * * *
                                        *
        US Bank Trust, NA               *
                                        *
                v.                      *
                                        *
        Brian Goodman, Sr.              *
                                        *
* * * * * * * * * * * * * * * * * * * * *
```

**ORDER**
**ON**
**ASSENTED MOTION TO CONTINUE**

The Movant's Assented Motion to Continue is Granted.

The Motion for Relief from the Automatic Stay by US Bank Trust, NA is continued to October 22, 2025 at 10:00 a.m., United States Bankruptcy Court for the District of New Hampshire Warren B. Rudman United States Courthouse, Courtroom A, 55 Pleasant Street, Concord, NH

Additionally, the Debtor is ordered to provide the September payment in the amount of $1,330.45 by September 30, 2025 and the October payment in the amount of $1,330.45 on or prior to the end of the grace period.

**SO ORDERED:**

Dated:  September 23, 2025

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge