**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:                                                                                                  Case No. 25-10233KB

    Brian J. Goodman, Sr.
                                                                  Chapter 13

                                     Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S**
**ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

    Lawrence P. Sumski, Trustee, for the above-captioned case submits the following accounting of the estate, through September 30, 2025, pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

| **Receipts** | |
|---|---:|
|     Cash Receipt | $2,603.00 |
|     Regular Payment | $7,809.00 |
| **NET RECEIPTS:** | **$10,412.00** |

| **Disbursements & Expense of Administration** | |
|---|---:|
|     Trustee Commission & Expense | $1,041.20 |
| **Total Disbursements & Expense of Administration:** | **$1,041.20** |
| **Balance Transferred to Successor Trustee** | **$9,370.80** |

The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which this trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee, Lawrence P. Sumski, and grants such other relief as may be just and proper.

Dated: 09-30-2025                                                                                            /s/ Lawrence P. Sumski
                                                                                                                         Trustee