UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| In Re: | Case Number 25-10233 |
|---|---|
| Brian J. Goodman, Sr. | Chapter 13 |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

     Please take notice that the undersigned appears for **JPMorgan Chase Bank, National Association** and pursuant to Bankruptcy Rules 9010(b) and 2002, requests that all notices and/or motions or pleadings of any kind given or required to be given in this case be given to and served upon Marcus E. Pratt, Korde & Associates, P.C., 900 Chelmsford Street, Suite 3102, Lowell, MA.

Date: October 2, 2025

                                      Respectfully submitted,
                                      JPMorgan Chase Bank, National Association
                                      By its attorney,

                                      /s/ Marcus E. Pratt
                                      Marcus E. Pratt, Esquire
                                      NH Bar #21206, BNH #07275
                                      Korde & Associates, P.C.
                                      900 Chelmsford Street, Suite 3102
                                      Lowell, MA 01851
                                      Tel: (978) 256-1500
                                      bankruptcy@kordeassociates.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| In Re: | Case Number 25-10233 |
| Brian J. Goodman, Sr. | Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Marcus E. Pratt, Attorney for **JPMorgan Chase Bank, National Association** hereby certify that on October 2, 2025 I electronically filed the foregoing *Notice of Appearance* with the United States Bankruptcy Court for the District of New Hampshire using the CM/ECF System. I served the foregoing documents on the following CF/ECF participants:

Office of the U.S. Trustee
Andrew M. Dudley, Trustee
Kathleen McKenzie, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Brian J. Goodman, Sr.
40 Hall Street
Concord, NH 03301

/s/ Marcus E. Pratt
Marcus E. Pratt, Esquire
NH Bar #21206, BNH #07275
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

19-036195 / BK03