**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In Re:                                                    Chapter 13
Brian J. Goodman Sr.                                      Case No. 25-10233
                                                         Honorable Kimberly Bacher
    Debtor

                                                         Ref No. 53

_____/

### ASSENTED TO MOTION TO CONTINUE HEARING DATE

    Now comes Movant, U.S. Bank Trust National Association, not in its individual

capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, by and

through its attorneys, Orlans Law Group PLLC and hereby request that they be granted a

continuance of approximately thirty (30) days for the hearing scheduled for October 8,

2025 set for the Motion for Relief filed July 25, 2025 at ECF No. 53.

    Parties are in discussions to resolve the matter via a consent resolution.


Dated: October 7, 2025

                                    /s/Lynne Rocheleau_____
                                    Lynne Rocheleau, Esq.  BNH06834
                                    Orlans Law Group PLLC
                                    PO Box 540540
                                    Waltham, MA 02454
                                    (781) 790-7800
                                    Email: bankruptcyNE@orlans.com
                                    File Number: 25-009773

                                    Assented to:
                                    /s/ Kathleen McKenzie (with
                                    consent)
                                    Kathleen  McKenzie, Esq.
                                    Attorney for Debtors
                                    81 S State St

Concord, NH 03301