UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman Sr.                                   Chapter 13
                                                       Case Number 25-10233-KB
    Debtor                                             Honorable Kimberly Bacher

_____/

**CERTIFICATE OF SERVICE**

    I, Lynne Rocheleau, Attorney of Orlans Law Group PLLC, do hereby certify that on October 7, 2025, I caused to be served a copy of the Assented Motion to Continue Hearing on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  October 7, 2025

    Respectfully Submitted,

/s/Lynne Rocheleau
Jamie Welch, Esq. BNH07700
Lynne Rocheleau, Esq. BNH06834
Orlans Law Group PLLC
Attorneys for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 25-009773

VIA US MAIL

Brian J. Goodman Sr.
40 Hall St.
Concord, NH 03301

VIA ECF

Kathleen McKenzie, Esq. on behalf of Debtor

Lawrence P Sumski Esq., Chapter 13 Trustee

Craig S. Donais on behalf of Mark Plantier

Marcus E. Pratt on behalf of U.S. Bank Trust Company, National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1

Joseph M. Dolben on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St

Marcus E. Pratt on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust