UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In Re:                                                                                                                         Chapter 13
Brian J. Goodman Sr.                                                             Case No. 25-10233
                                                                                                        Honorable Kimberly Bacher

Debtor

_____/

## ORDER APPROVING MOTION TO CONTINUE HEARING DATE

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, by and through its attorney, having filed an Assented to Motion to Continue Hearing Date, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Assented to Motion to Continue Hearing Date is hereby granted and the hearing scheduled for October 8, 2025 at 10:00AM be continued to November 12, 2025 at 10:00 AM.

Dated: October 07, 2025

                                                                                         /s/ Kimberly Bacher_____
                                                                                         Kimberly Bacher
                                                                                         Chief Bankruptcy Judge