# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,　　　　　　　　　　　　Case No. 25-10233-KB
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor.

## ORDER

The hearing regarding the Motion for Relief from Stay Filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust [ECF No.43] is continued to November 12, 2025 at 10:00 a.m.

To the extent no representative for U.S. Bank Trust National Association appears at the hearing, the Court will deny the Motion for want of prosecution.

Date: 10/08/2025　　　　　　　　　　　　/s/ Kimberly Bacher
　　　　　　　　　　　　　　　　　　　　Kimberly Bacher
　　　　　　　　　　　　　　　　　　　　Chief Bankruptcy Judge