# The State of New Hampshire

**MERRIMACK, SS**                                                          **SUPERIOR COURT**

Brian Goodman

v.

Mark Plantier

NO. 09-E-148

## ORDER

Since it appears that the Defendant is subject to a Chapter 11 plan under an Order of the United States Bankruptcy Court, this matter is STAYED.

**SO ORDERED**

_12/3/13_
DATE

_Richard B McNamara_
Richard B. McNamara,
Presiding Justice

RBM/

36