## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:  

Brian J. Goodman, Sr.,  

    Debtor.

Case No. 25-10233-KB  
Chapter 13

## ORDER

The Court has before it Mark Plantier's (the "**Creditor**") Motion for Relief from Automatic Stay & for Leave to Litigate Mortgage Validity (ECF No. 92) (the "**Motion**"). The Motion was not noticed for hearing, as required by LBRs 7101(b) & (c) and 7104. Moreover, the Motion does not include an affidavit stating whether Debtor serves in the military, as required by AO 9012-1(b). For those reasons, the Motion is denied without prejudice.

Date:  October 10, 2025

/s/ Kimberly Bacher  
Kimberly Bacher  
Chief Bankruptcy Judge