United States Bankruptcy Court

District of New Hampshire

In re:                                                              Case No. 25-10233-KB

Brian J. Goodman, Sr.                                                  Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1                                     User: admin                                           Page 1 of 4

Date Rcvd: Oct 08, 2025                                Form ID: pdf936                               Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian J. Goodman, Sr., 40 Hall St., Concord, NH 03301-3414 |
| cr | + | Mark Plantier, P.O. Box 10076, 95 Market St., Bedford, NH 03110, UNITED STATES 03110-0076 |
| 3201205 | + | Breezeline, 41 N. Main St., Concord, NH 03301-4930 |
| 3205688 | + | Brian J. Goodwin, Sr., Craig S. Donais, Esq., 95 Market Street, Manchester, NH 03101-1933 |
| 3201206 | | Capital Well, 150 Stage Rd., Dunbarton, NH 03046 |
| 3201207 | + | Coll. Bureau of the Hudson Valley, PO Box 3495, Toledo, OH 43607-0495 |
| 3201208 | + | Concord General Services, 311 N. State St., Concord, NH 03301-3228 |
| 3201209 | + | Consolidated Communications, PO box 11560, Portland, ME 04104-7560 |
| 3201211 | + | Dartmouth Hitchcock Clinic, 21 Lafayette St. #200, Lebanon, NH 03766-1492 |
| 3201212 | + | Dover Billing Services, 3220 Executive RDG #200, Vista, CA 92081-8572 |
| 3201214 | | Educational Credit Management Corp, PO Box 16048, Saint Paul, MN 55116 |
| 3201215 | + | Equity One, 2052 W. State St., New Castle, PA 16101-1250 |
| 3201218 | + | Fort Worth Associates, 26 Birth View Way, Manchester, NH 03102-8129 |
| 3201220 | | Joseph Dolben, Esq., Harmon Law Office, PO Box 610389, Newton Highlands, MA 02461-0389 |
| 3201222 | + | Marcus Pratt, Esq., Korde & Associates, 900 Chelmsford St., Ste. 3102, Lowell, MA 01851-8100 |
| 3205689 | + | Mark Plantier, P.O. Box 10076, Bedford, NH 03110-0076 |
| 3202165 | + | New Rez LLC d/b/a Shellpoint Mortgage Servicing, Wendy Locke, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 3201223 | + | Northeast Dermatology, 197 Loudon Rd. #350, Concord, NH 03301-8000 |
| 3201231 | + | Unitil, 5 McGuire Street, Concord, NH 03301-4622 |
| 3206168 | + | Unitil, c/o Credit Department, 5 McGuire St, Concord, NH 03301-4622 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 3201203 | + | Email/Text: bknotices@acsrecovery.com | Oct 08 2025 17:41:00 | Associated Credit Services, P.O. Box 1201, Tewksbury M.A. 01876-0901 |
| 3201204 | + | Email/Text: bk@avant.com | Oct 08 2025 17:41:00 | Avant Inc., 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 3201210 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 08 2025 17:55:30 | Credit One Bank*, PO Box 98873, Las Vegas, NV 89193-8873 |
| 3201213 | | Email/Text: operationsclerk@easypayfinance.com | Oct 08 2025 17:41:00 | Duvera dba Easypay Finance, PO Box 2549, Carlsbad, CA 92018 |
| 3203747 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 08 2025 17:41:00 | Educational Credit Management, Corporation, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 3201216 | + | Email/Text: bankruptcynotices@eversource.com | Oct 08 2025 17:41:00 | Eversource*, PO Box 330, Manchester, NH 03105-0330 |
| 3201217 | | Email/Text: ECF@fayservicing.com | Oct 08 2025 17:41:00 | Fay Servicing*, PO Box 814609, Dallas, TX 75381 |
| 3206012 | | Email/Text: ECF@fayservicing.com | Oct 08 2025 17:41:00 | Wilmington Savings Fund Society, et al., Fay |

Case: 25-10233-KB  Doc #: 98  Filed: 10/10/25  Desc: Imaged Certificate of Notice  Page 2 of 5

| District/off: 0102-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: pdf936 | Total Noticed: 47 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 3201219 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 08 2025 17:41:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 3206098 | | Email/Text: mtgbk@shellpointmtg.com | Oct 08 2025 17:41:00 | JPMorgan Chase Bank, National Association, c/o NewRez LLC, dba Shellpoint Mtg Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 3202405 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2025 17:55:29 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3205736 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2025 17:55:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3201221 | + | Email/Text: karenanne.sinville@libertyutilities.com | Oct 08 2025 17:41:00 | Liberty Utilities*, PO Box 1380, Londonderry, NH 03053-1380 |
| 3202193 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 08 2025 17:41:00 | U.S. Bank Trust National Association, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 280 Trumbull St FL 23, Hartford, CT 06103 |
| 3205017 | + | Email/Text: bankruptcynotices@eversource.com | Oct 08 2025 17:41:00 | Public Service of New Hampshire dba Eversource, Eversource Legal - Attn Honor Heath, 107 Selden Ave, Berlin, CT 06037-1616 |
| 3201224 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2025 17:55:33 | Resurgent Capital Services*, PO Box 10587, Greenville, SC 29603-0587 |
| 3201225 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2025 17:55:29 | Resurgent Capital/LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 3201226 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 08 2025 17:41:00 | Rushmore Serviccing, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 3201227 | ^ | MEBN | Oct 08 2025 17:40:09 | Schreiber Law Firm, LLC, 53 Stiles Rd., Ste A102, Salem, NH 03079-2890 |
| 3201228 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 08 2025 17:41:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 3201229 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 08 2025 17:41:00 | Shellpoint Mortgage Servicing*, PO Box 10826, Greenville, SC 29603-0826 |
| 3201230 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Oct 08 2025 17:41:00 | State Farm Mutual Auto Insurance, One State Farm Plaza, Bloomington, IL 61710-0001 |
| 3205001 | ^ | MEBN | Oct 08 2025 17:40:09 | U.S. Bank Trust Company, National Association, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 3202136 | + | Email/Text: RASEBN@raslg.com | Oct 08 2025 17:41:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz,, Schneid, & Crane PLLC, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 3202194 | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 08 2025 17:41:00 | U.S. Bank Trust Company, National Association, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 280 Trumbull St FL 23, Hartford, CT 06103-3599 |
| 3203519 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 08 2025 17:41:00 | U.S. Bank Trust National Association, c/o Rushmore Servicing, Attn: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 3205902 | ^ | MEBN | Oct 08 2025 17:40:07 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Dudley | jawill@chap13.com  karen@chap13.com;kalyn@chap13.com;ecfbrunswick@trustee13.com |
| Craig S. Donais | on behalf of Creditor Mark Plantier cdonais@wadleighlaw.com  emaloney@wadleighlaw.com;cdonais@recap.email |
| Jamie Welch | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Jamie Welch | on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Jamie Welch | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Joseph M. Dolben | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St nhbk@harmonlaw.com |
| Kathleen McKenzie | on behalf of Debtor Brian J. Goodman  Sr. kate@nhbankruptcy.com, kate@nhbankruptcy.com;sally@nhbankruptcy.com;raymondjdilucci@gmail.com |
| Lynne Rocheleau | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Marcus E. Pratt | on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 bankruptcy@kordeassociates.com |
| Marcus E. Pratt | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST bankruptcy@kordeassociates.com |
| Marcus E. Pratt | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bankruptcy@kordeassociates.com |
| Marcus E. Pratt | on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@kordeassociates.com |
| Office of the U.S. Trustee | |

District/off: 0102-1 | User: admin | Page 4 of 4
Date Rcvd: Oct 08, 2025 | Form ID: pdf936 | Total Noticed: 47

USTPRegion01.MR.ECF@usdoj.gov

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,　　　　　　　　　　　Case No. 25-10233-KB
　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor.

**<u>ORDER</u>**

The hearing regarding the Motion for Relief from Stay Filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust [ECF No.43] is continued to November 12, 2025 at 10:00 a.m.

To the extent no representative for U.S. Bank Trust National Association appears at the hearing, the Court will deny the Motion for want of prosecution.

Date: 10/08/2025　　　　　　　　　　　/s/ Kimberly Bacher
　　　　　　　　　　　　　　　　　　　Kimberly Bacher
　　　　　　　　　　　　　　　　　　　Chief Bankruptcy Judge