**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                 *
In Re:  Brian Goodman, Sr.                       *     Case No.: 25-10233-KB
                                                 *     Chapter 13
                                                 *
               Debtor                            *
                                                 *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

**ORDER
ON
DEBTOR'S MOTION TO
VACATE ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

The Debtor's Motion to Vacate Order Granting Relief from Automatic Stay is hereby **GRANTED.**

**SO ORDERED:**

Dated: _____

Kimberley Bacher, Chief Judge