**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                        *
In Re:  Brian Goodman, Sr.              *        Case No.: 25-10233-KB
                                        *        Chapter 13
                          Debtor        *
                                        *
* * * * * * * * * * * * * * * * * * * * * * * *
                                        *
        US Bank Trust, NA               *        Hearing Date:   10/22/2025
                          Movant        *        Hearing Time:   10:00 A.M.
                                        *
                v.                      *
                                        *
        Brian Goodman, Sr.              *
                          Respondent    *
                                        *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## CERTIFICATE OF SERVICE

I, Kathleen E. McKenzie, of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 hereby certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 16th day of October, 2025, I served a copy of the Debtor's Motion to Vacate Order Granting Relief from Automatic Stay dated October 16, 2025 by Electronic Mail upon:

Joseph M. Dolben    nhbk@harmonlaw.com

Craig S. Donais    cdonais@wadleighlaw.com, emaloney@wadleighlaw.com; cdonais@recap.email

Andrew M. Dudley    jawill@chap13.com, karen@chap13.com; kalyn@chap13.com; ecfbrunswick@trustee13.com

Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov

Marcus E. Pratt    bankruptcy@kordeassociates.com

Lynne Rocheleau    ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jamie Welch    ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  October 16, 2025                            /s/ Kathleen E. McKenzie, Esq.

Kathleen E. McKenzie, Esq.