# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                                   *
In Re:  Brian Goodman, Sr.                         *    Case No.: 25-10233-KB
                                                   *    Chapter 13
               Debtor                              *
                                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                                   *
       US Bank Trust, NA                           *    Hearing Date:  10/22/2025
               Movant                              *    Hearing Time:  10:00 A.M.
                                                   *
            v.                                     *
                                                   *
       Brian Goodman, Sr.                          *
               Respondent                          *
                                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

## CERTIFICATE OF SERVICE

I, Kathleen E. McKenzie, of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 hereby certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 16th day of October, 2025, I served a copy of the Debtor's Answer and Objection to Movant's Motion for Relief by Electronic Mail upon:

Joseph M. Dolben     nhbk@harmonlaw.com

Craig S. Donais     cdonais@wadleighlaw.com, emaloney@wadleighlaw.com; cdonais@recap.email

Andrew M. Dudley     jawill@chap13.com, karen@chap13.com; kalyn@chap13.com; ecfbrunswick@trustee13.com

Office of the U.S. Trustee     USTPRegion01.MR.ECF@usdoj.gov

Marcus E. Pratt     bankruptcy@kordeassociates.com

Lynne Rocheleau     ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jamie Welch     ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  October 16, 2025                                      /s/ Kathleen E. McKenzie, Esq.

Kathleen E. McKenzie, Esq.