# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:  
 
Brian J. Goodman Sr.,

    Debtor.

Case No. 25-10233-KB  
Chapter 13

## ORDER VACATING ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The Court has before it Debtor Brian J Goodman Sr.'s Motion to Vacate Order Granting Relief From the Automatic Stay (ECF No. 101) (the "**Motion**"). The Court granted U.S. Bank Trust Company, National Association's ("**U.S. Bank**") motion for relief from stay regarding real property at 40 Hall Street, Concord NH 03301 (ECF No. 80) (the "**RFS Motion**") on October 16, 2025 because it was unopposed after the October 15, 2025 objection deadline ran. ECF No. 100. After granting the RFS Motion, Debtor filed the Motion and an objection to the RFS Motion. Debtor states that no objection was timely filed because counsel did not calendar the deadline. Good cause appearing, it is hereby ordered that:

1. The Court's order at ECF No. 100 granting the RFS Motion is vacated; and

2. The hearing on the RFS Motion, set for October 22, 2025 at 10:00 a.m. is reinstated. Counsel for Debtor and U.S. Bank are expected to appear at the hearing.

Date:  October 17, 2025

/s/ Kimberly Bacher  
Kimberly Bacher  
Chief Bankruptcy Judge