UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

    Brian Goodman, Sr.                          Case No. 25-10233-KB
          Debtor.                               Chapter 13

## NOTICE OF CONTINGENT HEARING ON CONFIRMATION
## (RESPONSE REQUIRED)

Pleases take notice that on November 21, 2025 at 9:00 A.M., the debtor's amended plan dated October 17, 2025 is scheduled for a hearing on confirmation pursuant to 11 U.S.C. § 1324 before the Hon. Kimberly Bacher, or any judge that may be sitting in that judge's place, at **either** the United States Bankruptcy Court, Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, or via Zoom as described below.

**To appear by Zoom via video, go to this link: https://www.zoomgov.com and then enter the Meeting ID and Passcode listed below.**

**To appear by Zoom using a telephone, call Zoom for Government at 1-646-828-7666 or 1-669-254-5252 and then enter the Meeting ID and Passcode listed below.**

**The Meeting ID for this hearing is 160 462 2499, and the Passcode is 760398. The Meeting ID and Passcode can also be found on the court's website.**

An order confirming the plan will be binding on all parties pursuant to 11 U.S.C. § 1327, except as provided by 11 U.S.C. § 1329.

**YOUR RIGHTS MAY BE AFFECTED. You should read the attached plan carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.** If you have no objection to the confirmation of the debtor's amended plan dated October 17, 2025 no action is required by you. If you do object to the plan, or if you wish to be heard, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 on or before November 7, 2025.

A copy of your objection or response must be mailed or delivered to the undersigned debtor or debtor's attorney at the address set forth below, the chapter 13 trustee, and the United States Trustee, and a certificate of such action must be filed with the clerk. If you file an objection or response, you must also appear at the hearing on the date and time set forth above. **If no objections are filed by the objection deadline stated above, November 7, 2025, the court may enter an order confirming the plan without a hearing.**

Date: October 17, 2025                            /s/Kathleen E. McKenzie, Esq.
                                                                      Kathleen E. McKenzie, Esq.
                                                                      BNH 07628
                                                                      Raymond J. DiLucci, P.A.
                                                                      81 South State Street
                                                                      Concord, NH 03301
                                                                      (603) 224-2100

LBF 3015-1B (Eff. 10/01/2024)