UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * *
                                        *
In Re:   Brian Goodman, Sr.             *      Case No.: 25-10233-KB
                                        *      Chapter 13
                                        *
             Debtor                     *      Hearing Date:  11/21/25
                                        *      Hearing Time:  9:00 A.M.
* * * * * * * * * * * * * * * * * * * * *
```

### CERTIFICATE OF SERVICE

I, Kathleen E. McKenzie, Esq., of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 17th day of October, 2025, I served a copy of the Debtor's First Amended Chapter 13 Plan of Reorganization dated October 17, 2025, accompanied by a Notice of Confirmation Hearing, by first class mail, postage prepaid, upon the attached list of creditors.

That I further certify that on the 17th day of October, 2025, I served a copy of the Debtor's First Amended Chapter 13 Plan of Reorganization dated October 17, 2025, accompanied by a Notice of Confirmation Hearing, by Electronic Mail upon:

Joseph M. Dolben     nhbk@harmonlaw.com

Craig S. Donais     cdonais@wadleighlaw.com, emaloney@wadleighlaw.com; cdonais@recap.email

Andrew M. Dudley     jawill@chap13.com, karen@chap13.com; kalyn@chap13.com; ecfbrunswick@trustee13.com

Office of the U.S. Trustee     USTPRegion01.MR.ECF@usdoj.gov

Marcus E. Pratt     bankruptcy@kordeassociates.com

Lynne Rocheleau     ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jamie Welch     ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  October 17, 2025                    /s/ Kathleen E. McKenzie, Esq.
                                            Kathleen E. McKenzie, Esq.
                                            Raymond J. DiLucci, P.A.