## UNITED STATES BANKRUPTCY COURT

## NEW HAMPSHIRE

In re:                                                    Case No.25-10233-KB
                                                          Chapter 13

    Brian J. Goodman, Sr.

       Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FRBP 2012 REPORT
### ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

Andrew M. Dudley, successor Chapter 13 Trustee to Lawrence Sumski, for the above captioned case, submits the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

| Receipts: | |
|---|---|
| Total paid by or on behalf of the debtor | $10,412.00 |
| Less amount refunded to debtor | $0.00 |
| **Net Receipts:** | **$10,412.00** |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,041.20 |
| Other | $0.00 |
| Secured Creditors | $0.00 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $0.00 |
| **Total Expenses of Administration:** | **$1,041.20** |

| **Balance Transferred to Successor Trustee** | **$9,370.80** |
|---|---|

Dated: 10/20/2025

/s/  Andrew M. Dudley
Successor Chapter 13 Standing Trustee
Post Office Box 429
Brunswick, Maine 04011