## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
Re:   Brian Goodman, Srl.                     *   Case No.: 25-10233-KB
                                              *   Chapter 13
                                              *
                     Debtor                   *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
         US Bank Trust Co,                    *
                                              *
                     Movant                   *   Hearing Date:  10/22/2025
  v.                                          *   Hearing Time: 10:00 A.M.
                                              *
         Brian Goodman, Sr.                   *
                     Respondent               *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### ASSENTED MOTION TO CONTINUE

    **NOW COMES**, Kathleen E. McKenzie, Esquire, Attorney for the Debtor in the above-captioned matter, and Respectfully Requests that this Honorable Court continue the Debtor's Hearing and in support thereof says:

1. That this matter is scheduled for a Preliminary Hearing on October 22, 2025 at 10:00 a.m.

2. That the parties are working to resolve the matter and believe a brief continuance will be sufficient.

3. That Movant's Counsel, Marcus Pratt, Esq. has been contacted and has no objection to a continuance to the next available Court date.

4. That there will be no prejudice to any party from a continuance to the next available Court date.

**WHEREFORE**, the Debtor's Attorney Respectfully Requests that this Honorable Court:

    A.    Grant this Continuance to the next available Court date; and

    B.    For such other and further relief as is deemed fair, just and equitable.

|  | Respectfully submitted, |
|---|---|
| Dated: October 20, 2025 | /s/ Kathleen E. McKenzie, Esq.<br>Kathleen E. McKenzie, Esquire<br>BNH 07628<br>Raymond J. DiLucci, P.A.<br>81 South State Street<br>Concord, NH  03301<br>(603) 224-2100 |