UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| In Re:   Brian Goodman, Sr. | \* | Case No: 25-10233-KB |
| | \* | Chapter 13 |
| Debtor | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

US Bank Trust Co.

v.

Brian Goodman, Sr.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER
ON
ASSENTED MOTION TO CONTINUE**

The Movant's Assented Motion to Continue is Granted.

The Motion for Relief filed by US Bank Trust co. is continued to _____, United States Bankruptcy Court for the District of New Hampshire Warren B. Rudman United States Courthouse, Courtroom A, 55 Pleasant Street, Concord, NH

**SO ORDERED:**

Dated: _____

_____
Kimberley Bacher, Chief Judge