**United States Bankruptcy Court**
**District of New Hampshire**

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
                                                    *
In Re:  Brian Goodman, Sr.                          *    Case No.: 25-10233-KB
                                                    *    Chapter 13
                                                    *
              Debtor                                *
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
                                                    *
        US Bank Trust Co.                           *    Hearing Date:  10/22/2025
                                                    *    Hearing Time:  10:00 A.M.
           v.                                       *
                                                    *
        Brian Goodman, Sr.                          *
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**CERTIFICATE OF SERVICE**

I, Kathleen E. McKenzie, of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That I certify that on the 20th day of October, 2025, I served a copy of the Debtor's Assented Motion to Continue by Electronic Mail upon:

    Joseph M. Dolben     nhbk@harmonlaw.com

    Craig S. Donais    cdonais@wadleighlaw.com, emaloney@wadleighlaw.com; cdonais@recap.email

    Andrew M. Dudley     jawill@chap13.com, karen@chap13.com; kalyn@chap13.com; ecfbrunswick@trustee13.com

    Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov

    Marcus E. Pratt    bankruptcy@kordeassociates.com

    Lynne Rocheleau     ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

    Jamie Welch    ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  October 20, 2025                                      /s/ Kathleen E. McKenzie, Esq.
                                                              Kathleen E. McKenzie, Esq.
                                                              Raymond J. DiLucci, P.A.