# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
In Re:   Brian Goodman, Sr.                *        Case No: 25-10233-KB
                                           *        Chapter 13
                                           *
                    Debtor                 *
                                           *
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                           *
    US Bank Trust Co.                      *
                                           *
         v.                                *
                                           *
    Brian Goodman, Sr.                     *
                                           *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

**ORDER**
**ON**
**ASSENTED MOTION TO CONTINUE**

The Movant's Assented Motion to Continue is Granted.

The Motion for Relief filed by US Bank Trust co. is continued to **November 26, 2025 at 10:00 a.m.**, United States Bankruptcy Court for the District of New Hampshire Warren B. Rudman United States Courthouse, Courtroom A, 55 Pleasant Street, Concord, NH

**SO ORDERED:**

Dated:  October 20, 2025                         /s/ Kimberly Bacher
                                                 Kimberly Bacher
                                                 Chief Bankruptcy Judge