**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Re:   Brian Goodman, Sr.                          Case No.: 25-10233-KB
                                                  Chapter 13

              Debtor(s)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

      US Bank Trust, NA
                       Movant                     Hearing Date:  10/22/2025
      v.                                          Hearing Time:  10:00 A.M.

      Brian Goodman, Sr.
                       Respondent

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ASSENTED MOTION TO CONTINUE

**NOW COMES**, Kathleen E. McKenzie, Esquire, Attorney for the Debtor in the above-captioned matter, and Respectfully Requests that this Honorable Court continue the Debtor's Hearing and in support thereof says:

1. That this matter is scheduled for a Preliminary Hearing on September 24, 2025 at 10:00 a.m.

2. That the parties are working to resolve the matter and believe a brief continuance is sufficient.

3. That Movant's Counsel, Joseph Dolben, Esq. has been contacted and has no objection to a continuance to the next available Court date.

4. That there will be no prejudice to any party from a continuance to the next available Court date.

**WHEREFORE**, the Debtor's Attorney Respectfully Requests that this Honorable Court:

   A.  Grant this Continuance to the next available Court date; and

   B.  For such other and further relief as is deemed fair, just and equitable.

                                                  Respectfully submitted,

Dated: September 23, 2025            /s/ Kathleen E. McKenzie, Esq.
                                     Kathleen E. McKenzie, Esquire
                                     BNH 07628
                                     Raymond J. DiLucci, P.A.
                                     81 South State Street
                                     Concord, NH  03301
                                     (603) 224-2100