# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * * *
In Re:   Brian Goodman, Sr.                      *      Case No: 25-10233-KB
                                                 *      Chapter 13
                                                 *
                      Debtor(s)                  *
                                                 *
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                 *
         US Bank Trust, NA                       *
                                                 *
                v.                               *
                                                 *
         Brian Goodman, Sr.                      *
                                                 *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER
## ON
## ASSENTED MOTION TO CONTINUE

The Movant's Assented Motion to Continue is Granted.

The Motion for Relief from the Automatic Stay by US Bank Trust, NA is continued to _____, United States Bankruptcy Court for the District of New Hampshire Warren B. Rudman United States Courthouse, Courtroom A, 55 Pleasant Street, Concord, NH

**SO ORDERED:**

Dated: _____         _____

                                          Kimberly Bacher, Chief Judge