**United States Bankruptcy Court**
**District of New Hampshire**

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                                   *
In Re:  Brian Goodman, Sr.                         *    Case No.: 25-10233-KB
                                                   *    Chapter 13
                                                   *
        Debtor                                     *
                                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                                   *
        US Bank Trust, NA                          *    Hearing Date:  10/22/2025
                                                   *    Hearing Time:  10:00 A.M.
             v.                                    *
                                                   *
        Brian Goodman, Sr.                         *
                                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

**CERTIFICATE OF SERVICE**

I, Kathleen E. McKenzie, of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That I certify that on the 23rd day of September, 2025, I served a copy of the Debtor's Assented Motion to Continue by Electronic Mail upon:

Joseph M. Dolben     nhbk@harmonlaw.com

Craig S. Donais     cdonais@wadleighlaw.com, emaloney@wadleighlaw.com;cdonais@recap.email

Office of the U.S. Trustee     USTPRegion01.MR.ECF@usdoj.gov

Marcus E. Pratt     bankruptcy@kordeassociates.com

Lynne Rocheleau     ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Andrew M. Dudley     jawill@chap13.com, karen@chap13.com; kalyn@chap13.com; ecfbrunswick@trustee13.com

Jamie Welch     ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  October 21, 2025                    /s/ Kathleen E. McKenzie, Esq.
                                            Kathleen E. McKenzie, Esq.

                                                    Raymond J. DiLucci, P.A.