UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In Re:   Brian Goodman, Sr. | Case No: 25-10233-KB |
| | Chapter 13 |
| Debtor(s) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

US Bank Trust, NA

v.

Brian Goodman, Sr.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER
ON
ASSENTED MOTION TO CONTINUE**

The Movant's Assented Motion to Continue is Granted.

The Motion for Relief from the Automatic Stay by US Bank Trust, NA is continued to November 26, 2025 at 10 am, United States Bankruptcy Court for the District of New Hampshire Warren B. Rudman United States Courthouse, Courtroom A, 55 Pleasant Street, Concord, NH

**SO ORDERED:**

Dated:   October 21, 2025

/s/ Kimberly Bacher
Kimberly Bacher, Chief Judge