UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman Sr.                                    Chapter 13
                                                        Case Number 25-10233-KB
            Debtor                                      Honorable Kimberly Bacher

_____/

### CERTIFICATE OF SERVICE

      I, Conner Lang, Attorney of Orlans Law Group PLLC, do hereby certify that on October 30, 2025, I caused to be served a copy of Objection to Confirmation on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  October 30, 2025

                                        Respectfully Submitted,

                                        */s/ Conner Lang*_____
                                        Conner Lang, Esq. BNH07116
                                        Orlans Law Group PLLC
                                        Attorneys for U.S. Bank Trust National Association,
                                        not in its individual capacity but solely as Owner
                                        Trustee for VRMTG Asset Trust
                                        PO Box 540540
                                        Waltham, MA 02454
                                        (781) 790-7800
                                        Email: bankruptcyNE@orlans.com
                                        File Number: 25-005894

VIA US MAIL

Brian J. Goodman Sr.
40 Hall St.
Concord, NH 03301

VIA ECF

Kathleen McKenzie, Esq. on behalf of Debtor

Office of the U.S. Trustee Esq., U.S. Trustee

Lawrence P Sumski Esq., Chapter 13 Trustee

Craig S. Donais on behalf of Mark Plantier

Joseph M. Dolben on behalf of U.S. Bank Trust Company, National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1

Marcus E. Pratt on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust