UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:                                            Chapter 13
                                                  Case Number 25-10233-KB
Brian J. Goodman Sr.                              Honorable Kimberly Bacher

   Debtor

_____/

## NOTICE OF APPEARANCE

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  November 3, 2025

                                                   Respectfully Submitted,

                                                   */s/ Conner Lang*
                                                   Conner Lang, Esq. BNH07116
                                                   Orlans Law Group PLLC
                                                   Attorneys for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II
                                                   PO Box 540540
                                                   Waltham, MA 02454
                                                   (781) 790-7800
                                                   Email: bankruptcyNE@orlans.com
                                                   File Number: 25-014265