# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In Re: Brian Goodman, Sr.  
                  Debtor

Case No.: 25-10233-KB  
Chapter 13

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Mark Plantier  
                Movant

v.

Brian Goodman, Sr.  
               Respondent

Hearing Date: November 12, 2025  
Hearing Time: 10:00 A.M.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **CERTIFICATE OF SERVICE**

I, Kathleen E. McKenzie, of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 hereby certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 5th day of November, 2025, I served a copy of the Debtor's Answer and Objection to Movant's Motion for Relief by Electronic Mail upon:

- **Joseph M. Dolben**    nhbk@harmonlaw.com

- **Craig S. Donais**    cdonais@wadleighlaw.com, emaloney@wadleighlaw.com;cdonais@recap.email

- **Andrew M. Dudley**    jawill@chap13.com, karen@chap13.com;kalyn@chap13.com;ecfbrunswick@trustee13.com

- **Conner P Lang**    clang@orlans.com

- **Office of the U.S. Trustee**    USTPRegion01.MR.ECF@usdoj.gov

- **Marcus E. Pratt**    bankruptcy@kordeassociates.com

- **Lynne Rocheleau**    ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

- **Jamie Welch**    ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2025 /s/ Kathleen E. McKenzie, Esq.
Kathleen E. McKenzie, Esq.