UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

| | |
|---|---|
| Brian J. Goodman Sr. | Chapter 13 |
| | Case Number 25-10233-KB |
| Debtor | Honorable Kimberly Bacher |

_____/

**CERTIFICATE OF SERVICE**

      I, Conner Lang, Attorney of Orlans Law Group PLLC, do hereby certify that on November 7, 2025, I caused to be served a copy of Objection to Confirmation on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  November 7, 2025

      Respectfully Submitted,

      */s/ Conner Lang*
      Conner Lang, Esq. BNH07116
      Orlans Law Group PLLC
      Attorneys for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II
      PO Box 540540
      Waltham, MA 02454
      (781) 790-7800
      Email: bankruptcyNE@orlans.com
      File Number: 25-014265

<u>VIA US MAIL</u>

Brian J. Goodman Sr.
40 Hall St.
Concord, NH 03301

<u>VIA ECF</u>

Kathleen McKenzie, Esq. on behalf of Debtor

Office of the U.S. Trustee Esq., U.S. Trustee

Andrew M. Dudley Esq., Chapter 13 Trustee