# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: Brian J. Goodman Sr. | Chapter 13 |
| Debtor | Case No. 25-10233-KB |
| _____/ | Honorable Kimberly Bacher |

## CERTIFICATE OF SERVICE

I, Craig S. Donais, certify that on this 7th day of November 2025, I caused to be served a copy of Motion for Refund of Duplicate Filing Fee on the service list below by first class mail, postage prepaid or other method specified on the list.

<u>VIA US MAIL</u>
Brian J. Goodman Sr.
20 Hall Street
Concord, NH 03301

<u>VIA ECF</u>
Kathleen McKenzie, Esq. on behalf of Debtor
Office of the U.S. Trustee Esq., U.S. Trustee
Lawrence P Sumski Esq., Chapter 13 Trustee

<u>Dated: November 7, 2025</u>

Respectfully Submitted,
<u>/s/ Craig S. Donais</u>
Craig S. Donais, Esq. (NH Bar #12466)
Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101
(603) 669-4140
cdonais@wadleighlaw.com