# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,                    Case No. 25-10233-KB
                                          Chapter 13
    Debtor.

## **ORDER**

The Motion for Relief from Stay Filed by Creditor Mark Plantier [ECF No.96] is granted.

The Motion for Refund of Duplicate Filing Fee Filed by Creditor Mark Plantier [ECF No. 119] is denied for the reasons stated on the record.

Date: 11/12/2025                    /s/ Kimberly Bacher
                                        Kimberly Bacher
                                        Chief Bankruptcy Judge