# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,            Case No. 25-10233-KB
                                         Chapter 13

        Debtor.

## ORDER

The hearing regarding the Motion for Relief from Stay Filed by Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II [ECF No.53] and the Motion for Relief from Stay Filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG [ECF No. 43] are continued to December 17, 2025 at 10:00 a.m.

Date: 11/18/2025                            /s/ Kimberly Bacher
                                                        Kimberly Bacher
                                                        Chief Bankruptcy Judge