# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,            Case No. 25-10233-KB
                                                      Chapter 13
        Debtor.

## ORDER

The hearing regarding the Motion to Dismiss Case For Failure to File All Required Documents Filed by Trustee [ECF No. 33] is continued to February 20, 2026 at 9:00 a.m.

Confirmation of the Chapter 13 Plan [ECF No. 104] is denied. On or before January 16, 2026 the debtor must file with the Court an amended plan, serve a copy of the amended plan and a notice of confirmation hearing as required by Federal Rules of Bankruptcy Procedure 2002(b) and 3015(d) and LBR 3015-(b), and file a certificate of service with the Court, failing which the case may be dismissed. If an amended plan is timely filed and served, a confirmation hearing will be held on February 20, 2026 at 9:00 a.m.

Date: 11/21/2025                                                 /s/ Kimberly Bacher
                                                                      Kimberly Bacher
                                                                      Chief Bankruptcy Judge