# UNITED STATES BANKRUPTCY COURT

**DISTRICT OF NEW HAMPSHIRE**

In re:
**BRIAN J. GOODMAN, SR.,**
Debtor.
Case No. 25-10233-KB
Chapter 13

FILED 2025 NOV 26 AM 9:10
Clerk of the US Bankruptcy Court NH

# CERTIFICATE OF SERVICE

I, **Brian J. Goodman, Sr.**, hereby certify that on this _26_ day of _November_ 2025, I caused true and correct copies of the following documents to be served:

- **Adversary Complaint**
- **Notice to Defendants**
- **Objection to Proof of Claim No. 11**
- **Motion to Strike Proof of Claim No. 11**
- **Memorandum of Law**
- **Stand-Alone Accounting Objection**
- **Exhibit List**
- **All attached Exhibits**, including:
    - PSA Cover Page (Closing Date January 1, 2005)
    - Proof of Claim No. 11 (full packet)
    - Loan Payment History
    - Escrow / Corporate Advance Ledger
    - Any other exhibits included in the filing package

by **First Class U.S. Mail**, postage prepaid, to the following parties at their respective addresses:

**Wilmington Savings Fund Society, FSB**

As Owner Trustee of CIM Trust 2025-NR1
c/o McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076

**Fay Servicing, LLC**

1601 Lyndon B. Johnson Freeway
Farmers Branch, TX 75234

**McCalla Raymer Leibert Pierce, LLP**

1544 Old Alabama Road
Roswell, GA 30076

---

Additionally, a copy was served electronically (if applicable) via the Court's **CM/ECF system** upon all registered participants.

---

# Respectfully submitted,

/s/ Brian J. Goodman, Sr.
Debtor / Pro Se
40 Hall Street
Concord, NH 03301
Date: 11/26/25