# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,    Case No. 25-10233-KB
                          Chapter 13
    Debtor.

## ORDER

The Motion for Relief from Stay Filed by Creditor U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St [ECF No. 67] is granted.

Date: 11/26/2025                /s/ Kimberly Bacher
                                Kimberly Bacher
                                Chief Bankruptcy Judge