United States Bankruptcy Court
District of New Hampshire

In re:     Case No. 25-10233-KB
Brian J. Goodman, Sr.     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1     User: admin     Page 1 of 4
Date Rcvd: Nov 24, 2025     Form ID: pdf936     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian J. Goodman, Sr., 40 Hall St., Concord, NH 03301-3414 |
| 3201205 | + | Breezeline, 41 N. Main St., Concord, NH 03301-4930 |
| 3205688 | + | Brian J. Goodwin, Sr., Craig S. Donais, Esq., 95 Market Street, Manchester, NH 03101-1933 |
| 3201206 | | Capital Well, 150 Stage Rd., Dunbarton, NH 03046 |
| 3201207 | + | Coll. Bureau of the Hudson Valley, PO Box 3495, Toledo, OH 43607-0495 |
| 3201208 | + | Concord General Services, 311 N. State St., Concord, NH 03301-3228 |
| 3201209 | + | Consolidated Communications, PO box 11560, Portland, ME 04104-7560 |
| 3201211 | + | Dartmouth Hitchcock Clinic, 21 Lafayette St. #200, Lebanon, NH 03766-1492 |
| 3201212 | + | Dover Billing Services, 3220 Executive RDG #200, Vista, CA 92081-8572 |
| 3201214 | | Educational Credit Management Corp, PO Box 16048, Saint Paul, MN 55116 |
| 3201215 | + | Equity One, 2052 W. State St., New Castle, PA 16101-1250 |
| 3201218 | + | Fort Worth Associates, 26 Birth View Way, Manchester, NH 03102-8129 |
| 3201220 | | Joseph Dolben, Esq., Harmon Law Office, PO Box 610389, Newton Highlands, MA 02461-0389 |
| 3201222 | + | Marcus Pratt, Esq., Korde & Associates, 900 Chelmsford St., Ste. 3102, Lowell, MA 01851-8100 |
| 3205689 | + | Mark Plantier, P.O. Box 10076, Bedford, NH 03110-0076 |
| 3202165 | + | New Rez LLC d/b/a Shellpoint Mortgage Servicing, Wendy Locke, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 3201223 | + | Northeast Dermatology, 197 Loudon Rd. #350, Concord, NH 03301-8000 |
| 3201231 | + | Unitil, 5 McGuire Street, Concord, NH 03301-4622 |
| 3206168 | + | Unitil, c/o Credit Department, 5 McGuire St, Concord, NH 03301-4622 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 3201203 | + | Email/Text: bknotices@acsrecovery.com | Nov 24 2025 17:47:00 | Associated Credit Services, P.O. Box 1201, Tewksbury M.A. 01876-0901 |
| 3201204 | + | Email/Text: bk@avant.com | Nov 24 2025 17:47:00 | Avant Inc., 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 3201210 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 24 2025 17:47:39 | Credit One Bank*, PO Box 98873, Las Vegas, NV 89193-8873 |
| 3201213 | | Email/Text: operationsclerk@easypayfinance.com | Nov 24 2025 17:47:00 | Duvera dba Easypay Finance, PO Box 2549, Carlsbad, CA 92018 |
| 3203747 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 24 2025 17:47:00 | Educational Credit Management, Corporation, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 3201216 | + | Email/Text: bankruptcynotices@eversource.com | Nov 24 2025 17:47:00 | Eversource*, PO Box 330, Manchester, NH 03105-0330 |
| 3201217 | | Email/Text: ECF@fayservicing.com | Nov 24 2025 17:47:00 | Fay Servicing*, PO Box 814609, Dallas, TX 75381 |
| 3206012 | | Email/Text: ECF@fayservicing.com | Nov 24 2025 17:47:00 | Wilmington Savings Fund Society, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |

Case: 25-10233-KB  Doc #: 136  Filed: 11/26/25  Desc: Imaged Certificate of Notice  Page 2 of 5

| District/off: 0102-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: pdf936 | Total Noticed: 46 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 3201219 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 24 2025 17:47:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 3206098 | | Email/Text: mtgbk@shellpointmtg.com | Nov 24 2025 17:47:00 | JPMorgan Chase Bank, National Association, c/o NewRez LLC, dba Shellpoint Mtg Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 3202405 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2025 17:47:44 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3205736 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2025 17:47:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3201221 | + | Email/Text: karenanne.sinville@libertyutilities.com | Nov 24 2025 17:47:00 | Liberty Utilities*, PO Box 1380, Londonderry, NH 03053-1380 |
| 3202193 | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 24 2025 17:47:00 | U.S. Bank Trust National Association, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 280 Trumbull St FL 23, Hartford, CT 06103 |
| 3205017 | + | Email/Text: bankruptcynotices@eversource.com | Nov 24 2025 17:47:00 | Public Service of New Hampshire dba Eversource, Eversource Legal - Attn Honor Heath, 107 Selden Ave, Berlin, CT 06037-1616 |
| 3201224 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2025 17:47:45 | Resurgent Capital Services*, PO Box 10587, Greenville, SC 29603-0587 |
| 3201225 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2025 17:47:45 | Resurgent Capital/LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 3201226 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 24 2025 17:47:00 | Rushmore Serviccing, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 3201227 | ^ | MEBN | Nov 24 2025 17:42:03 | Schreiber Law Firm, LLC, 53 Stiles Rd., Ste A102, Salem, NH 03079-2890 |
| 3201228 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 24 2025 17:47:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 3201229 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 24 2025 17:47:00 | Shellpoint Mortgage Servicing*, PO Box 10826, Greenville, SC 29603-0826 |
| 3201230 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Nov 24 2025 17:47:00 | State Farm Mutual Auto Insurance, One State Farm Plaza, Bloomington, IL 61710-0001 |
| 3205001 | ^ | MEBN | Nov 24 2025 17:42:08 | U.S. Bank Trust Company, National Association, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 3202136 | + | Email/Text: RASEBN@raslg.com | Nov 24 2025 17:47:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz,, Schneid, & Crane PLLC, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 3202194 | + | Email/Text: BankruptcyECFMail@mccalla.com | Nov 24 2025 17:47:00 | U.S. Bank Trust Company, National Association, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 280 Trumbull St FL 23, Hartford, CT 06103-3599 |
| 3203519 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 24 2025 17:47:00 | U.S. Bank Trust National Association, c/o Rushmore Servicing, Attn: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 3205902 | ^ | MEBN | Nov 24 2025 17:41:58 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |

TOTAL: 27

## BYPASSED RECIPIENTS

| District/off: 0102-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: pdf936 | Total Noticed: 46 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Andrew M. Dudley
    jawill@chap13.com  karen@chap13.com;kalyn@chap13.com;ecfbrunswick@trustee13.com

Conner P Lang
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II clang@orlans.com

Conner P Lang
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust clang@orlans.com

Craig S. Donais
    on behalf of Creditor Mark Plantier cdonais@wadleighlaw.com  emaloney@wadleighlaw.com;cdonais@recap.email

Jamie Welch
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jamie Welch
    on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jamie Welch
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Joseph M. Dolben
    on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St nhbk@harmonlaw.com

Kathleen McKenzie
    on behalf of Debtor Brian J. Goodman  Sr. kate@nhbankruptcy.com, kate@nhbankruptcy.com;sally@nhbankruptcy.com;raymondjdilucci@gmail.com

Lynne Rocheleau
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Marcus E. Pratt
    on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 bankruptcy@kordeassociates.com

Marcus E. Pratt
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST bankruptcy@kordeassociates.com

Marcus E. Pratt
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bankruptcy@kordeassociates.com

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 24, 2025 | Form ID: pdf936 | Total Noticed: 46 |

Marcus E. Pratt
    on behalf of Creditor JPMorgan Chase Bank National Association bankruptcy@kordeassociates.com

Office of the U.S. Trustee
    USTPRegion01.MR.ECF@usdoj.gov

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,                 Case No. 25-10233-KB
                                                    Chapter 13
        Debtor.

**ORDER**

The hearing regarding the Motion to Dismiss Case For Failure to File All Required Documents Filed by Trustee [ECF No. 33] is continued to February 20, 2026 at 9:00 a.m.

Confirmation of the Chapter 13 Plan [ECF No. 104] is denied. On or before January 16, 2026 the debtor must file with the Court an amended plan, serve a copy of the amended plan and a notice of confirmation hearing as required by Federal Rules of Bankruptcy Procedure 2002(b) and 3015(d) and LBR 3015-(b), and file a certificate of service with the Court, failing which the case may be dismissed. If an amended plan is timely filed and served, a confirmation hearing will be held on February 20, 2026 at 9:00 a.m.

Date: 11/21/2025                                     /s/ Kimberly Bacher
                                                              Kimberly Bacher
                                                              Chief Bankruptcy Judge