# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| In Re: ) | Case No. 25-10233-KB |
| ) | |
| ) | Chapter 13 |
| Brian J. Goodman, Sr., ) | |
|     Debtor ) | |
| ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and All Parties of Record:

On behalf of the Creditor, Shellpoint Mortgage Servicing, kindly enter the appearance of Jennifer L. Joubert in the above-captioned matter.

Please provide to Jennifer L. Joubert, Esq., c/o Barton Gilman LLP copies of all notices given or required to be given in this case and all papers served or required to be served, pursuant to Bankruptcy Code Section 102(1) or 1109(b), or by Bankruptcy Rules 2002 or 9007.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Rules specified above, but also include without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopies or otherwise, (1) which affect or week to affect in any way rights or interest of Shellpoint Mortgage Servicing with respect to (a) the debtor; (b) the property or proceeds thereof in which the debtors may claim an interest; or (2) which require or seek to require any act, delivery or any property payment or other conduct by debtor.

Shellpoint Mortgage Servicing

By its Attorney,

***/s/Jennifer L. Joubert***
Jennifer L. Joubert | B.B.O. No.: 671032
jjoubert@bglaw.com
Barton Gilman LLP
One Liberty Square, Suite 410
Boston, MA 02109
T:  617.654.8200 | F:  617.482.5350

Dated: December 9, 2025

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**AT BOSTON**

|  |  |
|---|---|
| In Re:  ) | Case 25-10233-KB |
| ) |  |
| ) | Chapter 13 |
| Brian J. Goodman, Sr., ) |  |
|     Debtor ) |  |

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing document with the Clerk of the Bankruptcy Court for the District of Massachusetts using the CM/ECF System, which will send electronic notification of such filing, in accordance with Rules 7004(a), 9014 F.R. Bankr. P. a copy as follows:

Office of the U.S. Trustee:                USTPRegion01.BO.ECF@USDOJ.GOV

Andrew M. Dudley, Bankruptcy Trustee:      jawill@chap13.com

Kathleen McKenzie  Debtor's Counsel:      kate@nhbankruptcy.com

    I further hereby certify that on December 9, 2025, I mailed via first class mail, postage prepaid, a copy of this foregoing document to the following:

DEBTOR
Brian J. Goodman, Sr.
33-35 Pinecrest Cir,
Concord, NH 03301

                                  */s/Jennifer L. Joubert*
                                  Jennifer L. Joubert | B.B.O. No.: 671032
                                  jjoubert@bglaw.com
                                  Barton Gilman LLP
                                  One Liberty Square, Suite 410
                                  Boston, MA 02109
                                  T:  617.654.8200 | F:  617.482.5350