# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

In Case No. 2022-0715, <u>Deutsche Bank National Trust Company, as Trustee for Residential Asset Securitization Trust Series 2005-A2 Mortgage Pass-Through Certificates Series 2005-B v. Brian J. Goodman & a.</u>, the court on May 9, 2024, issued the following order:

    The court has reviewed the written arguments and the record submitted on appeal and has determined to resolve the case by way of this order.  <u>See</u> <u>Sup. Ct. R.</u> 20(2).  Defendant Brian Goodman appeals an order of the Superior Court (<u>Kissinger</u>, J.) granting summary judgment to the plaintiff, Deutsche Bank National Trust Company, as Trustee for Residential Asset Securitization Trust Series 2005-A2 Mortgage Pass-Through Certificates Series 2005-B, on its claims for declaratory relief, to quiet title, and for attorney's fees relative to a mortgage encumbering real property owned by the defendant.  On appeal, the defendant raises a number of arguments, including arguments that the plaintiff allegedly does not hold the note secured by the mortgage and, thus, allegedly lacked standing to pursue its complaint against him, and that the trial court deprived him of his constitutional rights to due process and equal protection.  Based upon our review of the parties' written arguments, the relevant law, the record on appeal, and the trial court's thorough and well-reasoned decision, we find the defendant's arguments unpersuasive, and we affirm the trial court's decision.

                                    <u>Affirmed</u>.

    MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

                                    **Timothy A. Gudas,**
                                              **Clerk**

Distribution:
Clerk, Merrimack County Superior Court, 217-2020-CV-00402
Honorable John C. Kissinger, Jr.
Mr. Brian Goodman
Tracy A. Kish, Esquire
Francis C. Fredericks, Supreme Court
Sherri L. Miscio, Supreme Court
File