# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

In Case No. 2022-0715, <u>Deutsche Bank National Trust Company, as Trustee for Residential Asset Securitization Trust Series 2005-A2 Mortgage Pass-Through Certificates Series 2005-B v. Brian J. Goodman & a.</u>, the court on June 5, 2024, issued the following order:

Supreme Court Rule 22(2) provides that a party filing a motion for rehearing or reconsideration shall state with particularity the points of law or fact that he claims the court has overlooked or misapprehended.

We have reviewed the claims made in the motion for rehearing and conclude that no points of law or fact were overlooked or misapprehended in our decision. Accordingly, upon reconsideration, we affirm our May 9, 2024 decision and deny the relief requested in the motion.

<u>Relief requested in motion for rehearing denied</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,
Clerk**

Distribution:
Clerk, Merrimack County Superior Court, 217-2020-CV-00402
Honorable John C. Kissinger, Jr.
Mr. Brian Goodman
Tracy A. Kish, Esquire
Sherri L. Miscio, Supreme Court
File