UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:  Chapter 13
  Case No. 25-10233-KB

BRIAN J. GOODMAN, SR.,
  Petitioner

_____/

## NOTICE OF MOTION AND OPPORTUNITY FOR HEARING

Petitioner, Brian J. Goodman, Sr. ("Petitioner"), has filed a Motion to Reconsider Order Granting Relief from Stay (the "Motion") concerning a property owned by Petitioner located at 72 Hall Street, Concord, New Hampshire.

Your rights may be affected. You should read these papers carefully and consult with an attorney if you have any questions.

If you object to the Motion, you must file a written objection with the Court on or before fourteen (14) days from the date of service of this Notice. Your objection must be filed with:

United States Bankruptcy Court

    District of New Hampshire

    55 Pleasant Street, Room 200

    Concord, NH 03301

A copy of your objection must also be served upon:

Petitioner, Pro Se:

__Brian J Goodman Sr_____

__40 Hall St _____

__Concord NH 03301_____

If no objection is timely filed, the Court may act on the Motion without a hearing.

If an objection is timely filed, the Court will schedule a hearing and you will be notified of the date, time, and location of the hearing.

Dated: ____DECEMBER 10th_____, 2025

/s/ Brian J. Goodman, Sr.
Brian J. Goodman, Sr.
Petitioner, pro se

*[signature: Brian J Goodman Sr]*