UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:                                         Chapter 13
                                               Case No. 25-10233-KB
BRIAN J. GOODMAN, SR.,
    Petitioner
_____/

REQUEST FOR HEARING

Petitioner, Brian J. Goodman, Sr. ("Petitioner"), pursuant to Fed. R. Bankr. P. 9014 and NH LBR 9013-1, respectfully requests that the Court schedule a hearing on Petitioner's Motion to Reconsider Order Granting Relief from Stay.

Petitioner submits that a hearing is necessary because:

1. The Motion raises material factual disputes regarding the authenticity and accuracy of the promissory note and endorsement chain relied upon by Movant in Proof of Claim No. 5;

2. Movant's prior sworn filing—the O'Leary Sworn Affidavit—conflicts with the note and allonge submitted in this bankruptcy case;

3. An evidentiary hearing is required to determine standing, authenticity, and validity of the note under the U.C.C. and Fed. R. Bankr. P. 3001;

4. The outcome directly affects Petitioner's ability to administer and reorganize this property within the Chapter 13 framework.

WHEREFORE, Petitioner respectfully requests that the Court schedule and hold a hearing on the Motion, permit the presentation of evidence and testimony, and grant such other relief as the Court deems just.

Dated: _____December 10th_____, 2025

/s/ Brian J. Goodman, Sr.
Brian J. Goodman, Sr.
Petitioner, pro se

_____
_____