# CERTIFICATE OF SERVICE

I hereby certify that on this ___10__ day of _____December _____, 2025, a true and correct copy of the foregoing Motion to Reconsider was served upon the following parties via us postal mail to the addresses listed below:

U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4

c/o Counsel of Record

___Joseph M. Dolben  Harmon Law Office  P.C. with an address of 150 California St. Newton, MA 02458_____

Chapter 13 Trustee

____Andrew M. Dudley with an address of PO Box 429 Brunswick ME 04011_____

All other parties entitled to service under Fed. R. Bankr. P. 7004 and 9014.

/s/ Brian J. Goodman, Sr.
Brian J. Goodman, Sr.
Petitioner, pro se

**EXHIBITS**

Exhibit A – O'Leary Sworn Affidavit and attached 2020 Note ("True Original Copy")

Exhibit B – Proof of Claim No. 5 Note and Allonge Submitted in 2025