**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| IN RE: | Case No. 25-10233-KB |
| BRIAN J. GOODMAN, SR., | Chapter 13 |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NR1 and Fay Servicing, LLC, hereby requests that notice of all matter arising in this case of which notice is sent to any creditor, party in interest, creditor's committee or a member of any creditors' committee, be sent to

>Donald W. Seeley, Jr., Esq.
>Hinshaw & Culbertson LLP
>53 State Street, 27th Floor
>Boston, MA 02109
>dseeley@hinshawlaw.com

>Respectfully submitted,
>
>WILMINGTON SAVINGS FUND SOCIETY,
>FSB, not in its individual capacity but solely as
>Owner Trustee of CIM TRUST 2025-NR1;
>FAY SERVICING, LLC
>By: Their Attorneys
>
>*/s/ Donald W. Seeley, Jr.*
>Donald W. Seeley, Jr., #20454
>HINSHAW & CULBERTSON LLP
>53 State Street, 27th Floor
>Boston, MA 02109
>617-213-7032
>dseeley@hinshawlaw.com

Dated:     December 10, 2025

87233\327254072.v1

**CERTIFICATE OF SERVICE**

    I, Donald W. Seeley, ‚Jr., hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

    Kathleen McKenzie: kate@nhbankruptcy.com
    Marcus E. Pratt:  mpratt@kordeassociates.com
    Jamie Welch: ANHSOrlans@infoex.com
    Craig S. Donais: cdonais@wadleighlaw.com
    Joseph M. Dolben: nhbk@harmonlaw.com
    Conner P. Lang: clang@orlans.com
    Lynne Rocheleau: ANHSOrlans@infoex.com
    Andrew M. Dudley, Trustee: jawill@chap13.com
    Office of the U.S. Trustee: USTPRegion01.MR.ECF@usdoj.gov

    and paper copies will be sent to those indicated as non-registered participants on December 10, 2025,

Avant Inc.
222 Merchandise Mart Plaza, Ste 900
Chicago, IL 60654-1105

Consolidated Communications
PO Box 11560
Portland, ME 04104-7560

Educational Credit Management Corp
PO Box 16048
Saint Paul, MN 55116

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

United States Bankruptcy Court
55 Pleasant Street, Room 200
Concord, NH 03301-3954

Coll. Bureau of the Hudson Valley
PO Box 3495
Toledo, OH 43607-0495

Capital Well
150 Stage Road
Dunbarton, NH 03046

Dover Billing Services
3220 Executive RDG #200
Vista, CA 92081-8572

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-7999

Breezeline
41 N. Main Street
Concord, NH 03301-4930

Credit One Bank
PO Box 98873
Las Vegas, NH 89193-8873

Equity One
2052 W. State Street
New Castle, PA 16101-1250

Easypay Finance
PO Box 2549
Carlsbad, CA 92018-2549

Fort Worth Associates
26 Birth View Way
Manchester, NH 03102-8129

NewRez LLC d/b/a Shellpoint Mortgage Svc
Wendy Locke
Aldridge Pite, LLP
3333 Camine del Rio South, Ste 225
San Diego, CA 92108-3808

Brian J. Goodwin, Sr.
Craig S. Donais, Esq.
95 Market Street
Manchester, NH 03101-1933

Dartmouth Hitchcock Clinic
21 Lafayette Street, #200
Lebanon, NH 03766-1492

Eversource
PO Box 330
Manchester, NH 03105-0330

Northeast Dermatology
197 Loudon Road, #350
Concord, NH 03301-8000

Public Service of NH dba Eversource
Eversource Legal – Attn Honor Heath
107 Selden Avenue
Berlin, CT 06037-1616

Schreiber Law Firm, LLC
53 Stiles Road, Suite A102
Salem, NH 03079-2890

Shellpoint Mortgage Servicing
Po Box 10826
Greenville, SC 29603-0826

Liberty Utilities
PO Box 1380
Londonderry, NH 03053-1380

Associated Credit Services
PO Box 1201
Tewksbury, MA 01876-0901

Concord General Services
311 N. State Street
Concord, NH 03301-3228

Educational Credit Management Corp
PO Box 16408
St. Paul, MN 55116-0408

JPMorgan Chase Bank, NA c/o NewRez LLC
Dba Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Office of the US Trustee
James C. Cleveland Building
53 Pleasant Street, Suite 2300
Concord, NH 03301-3937

Rushmore Servicing
8950 Cypress Waters Boulevard
Coppell, TX 75019-4620
Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

State Farm Mutual Auto Insurance
One State Farm Plaza
Bloomington, IL 61710-0001

US Bank Trust Company, NA
Robertson, Anschutz, Schneid & Crane PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004-2001

3

US Bank Trust Company, NA
c/o Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

US Bank Trust Company, NA
c/o McCalla Raymer Leibert Pierce LLC
Bankruptcy Department
280 Trumbull Street, Fl 23
Hartford, CT 06103-3599

US Bank Trust NA
c/o Rushmore Servicing
Attn Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9096

McCalla Raymer Leibert Pierce LLC
Attn Wendy Reiss
1544 Old Alabama Road
Roswell, GA 30076-2102

Unitil
c/o Credit Department
5 McGuire Street
Concord, NH 03301-4622

/s/ *Donald W. Seeley, Jr.*
Donald W. Seeley, Jr.

87233\327254072.v1