**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| IN RE: | Case No. 25-10233-KB |
| BRIAN J. GOODMAN, SR., | Chapter 13 |
| Debtor. | |

**CREDITOR'S MOTION TO EXTEND TIME TO RESPOND TO DEBTOR'S MOTION TO STRIKE PROOF OF CLAIM NO. 11 AND DEBTOR'S REFINED OBJECTION TO PROOF OF CLAIM NO. 11**

Wilmington Savings Fund Society FBS, not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NR-1, by Fay Servicing, LLC, ("Creditor") hereby moves to extend the response deadlines to the Debtor's motion to strike Creditor's proof of claim #11 [ECF#127] and Debtor's objections to the same [ECFs #128 and 129]. This is Creditor's first request for an extension. The motion, objection, and adversary complaint [25-01028, ECF#130] appear to have been filed *pro se* by the Debtor himself, but he continues to be represented by counsel. Undersigned counsel has requested an extension from Debtor's counsel. Debtor's counsel indicated that she was not representing the Debtor in the adversary proceeding or with the motions referred to herein and that she took no position on the request. Debtor's counsel also indicated that she would relay the request for an extension to the Debtor. As of filing, undersigned has not received a response from the Debtor on the request for an extension. As grounds for the extension, Creditor states the following:

On November 26, 2025, Debtor filed both the motion to strike and objection to claim noted above. On the same day, he filed an adversary proceeding against Creditor, consisting of a complaint seeking the same relief and asserting largely the same facts and theories as those in the motion and objection. All of these filings were done *pro se* and were not signed by Debtor's counsel.

87233\327230686.v1

Creditor intends to respond to the adversary proceeding in a timely manner and due to the identical nature of the claims presented in the motion, objection, and complaint, requests that this Court extend the response deadlines to the motion and objection from December 10 to December 29, 2025.

This request is intended to promote judicial economy. An extension would allow Creditor to present its legal argument and responses in fewer pleadings, and would permit the Court to schedule hearings more uniformly. An extension does not prejudice the Debtor as he has sought the same relief using a motion, an objection, and a complaint. Creditor's request simply asks that the Court adopt the timeline for a response provided by the adversary complaint for all three rather than three separate deadlines. This request is also made before the expiration of the response deadlines for the motion and objection.

          Respectfully submitted,

          WILMINGTON SAVINGS FUND SOCIETY,
          FSB, not in its individual capacity but solely as
          Owner Trustee of CIM TRUST 2025-NR1;
          FAY SERVICING, LLC
          By: Their Attorneys

*/s/ Donald W. Seeley, Jr.*
Donald W. Seeley, Jr., #20454
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
617-213-7032
dseeley@hinshawlaw.com

Dated:      December 10, 2025

# CERTIFICATE OF SERVICE

I, Donald W. Seeley, Jr., hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

Kathleen McKenzie: kate@nhbankruptcy.com
Marcus E. Pratt:  mpratt@kordeassociates.com
Jamie Welch: ANHSOrlans@infoex.com
Craig S. Donais: cdonais@wadleighlaw.com
Joseph M. Dolben: nhbk@harmonlaw.com
Conner P. Lang: clang@orlans.com
Lynne Rocheleau: ANHSOrlans@infoex.com
Andrew M. Dudley, Trustee: jawill@chap13.com
Office of the U.S. Trustee: USTPRegion01.MR.ECF@usdoj.gov

and paper copies will be sent to those indicated as non-registered participants on December 10, 2025,

Avant Inc.
222 Merchandise Mart Plaza, Ste 900
Chicago, IL 60654-1105

Consolidated Communications
PO Box 11560
Portland, ME 04104-7560

Educational Credit Management Corp
PO Box 16048
Saint Paul, MN 55116

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

United States Bankruptcy Court
55 Pleasant Street, Room 200
Concord, NH 03301-3954

Coll. Bureau of the Hudson Valley
PO Box 3495
Toledo, OH 43607-0495

Capital Well
150 Stage Road
Dunbarton, NH 03046

Dover Billing Services
3220 Executive RDG #200
Vista, CA 92081-8572

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-7999

Breezeline
41 N. Main Street
Concord, NH 03301-4930

Credit One Bank
PO Box 98873
Las Vegas, NH 89193-8873

Equity One
2052 W. State Street
New Castle, PA 16101-1250

Easypay Finance
PO Box 2549
Carlsbad, CA 92018-2549

Fort Worth Associates
26 Birth View Way
Manchester, NH 03102-8129

NewRez LLC d/b/a Shellpoint Mortgage Svc
Wendy Locke
Aldridge Pite, LLP
3333 Camine del Rio South, Ste 225
San Diego, CA 92108-3808

Brian J. Goodwin, Sr.
Craig S. Donais, Esq.
95 Market Street
Manchester, NH 03101-1933

Dartmouth Hitchcock Clinic
21 Lafayette Street, #200
Lebanon, NH 03766-1492

Eversource
PO Box 330
Manchester, NH 03105-0330

Northeast Dermatology
197 Loudon Road, #350
Concord, NH 03301-8000

Public Service of NH dba Eversource
Eversource Legal – Attn Honor Heath
107 Selden Avenue
Berlin, CT 06037-1616

Schreiber Law Firm, LLC
53 Stiles Road, Suite A102
Salem, NH 03079-2890

Shellpoint Mortgage Servicing
Po Box 10826
Greenville, SC 29603-0826

Liberty Utilities
PO Box 1380
Londonderry, NH 03053-1380

Associated Credit Services
PO Box 1201
Tewksbury, MA 01876-0901

Concord General Services
311 N. State Street
Concord, NH 03301-3228

Educational Credit Management Corp
PO Box 16408
St. Paul, MN 55116-0408

JPMorgan Chase Bank, NA c/o NewRez LLC
Dba Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Office of the US Trustee
James C. Cleveland Building
53 Pleasant Street, Suite 2300
Concord, NH 03301-3937

Rushmore Servicing
8950 Cypress Waters Boulevard
Coppell, TX 75019-4620
Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

State Farm Mutual Auto Insurance
One State Farm Plaza
Bloomington, IL 61710-0001

US Bank Trust Company, NA
Robertson, Anschutz, Schneid & Crane PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004-2001

87233\327230686.v1

US Bank Trust Company, NA
c/o Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

US Bank Trust Company, NA
c/o McCalla Raymer Leibert Pierce LLC
Bankruptcy Department
280 Trumbull Street, Fl 23
Hartford, CT 06103-3599

US Bank Trust NA
c/o Rushmore Servicing
Attn Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9096

McCalla Raymer Leibert Pierce LLC
Attn Wendy Reiss
1544 Old Alabama Road
Roswell, GA 30076-2102

Unitil
c/o Credit Department
5 McGuire Street
Concord, NH 03301-4622

/s/ *Donald W. Seeley, Jr.*
Donald W. Seeley, Jr.

87233\327230686.v1