## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                          Case No. 25-10233-KB
                                                Chapter 13
Brian J. Goodman, Sr.,

      Debtor.

### ORDER DIRECTING THE DEBTOR TO NOTICE MOTIONS FOR HEARING

The Court has before it the Debtor's Motion to Strike Proof of Claim No. 11 (ECF No. 127), Refined Objection to Proof of Claim No. 11 (ECF No. 128), Stand-Alone Accounting Objection to Proof of Claim No. 11 (ECF No. 129) and Motion to Reconsider Order Granting Relief from Stay (ECF No. 142) (collectively, the "**Motions**"). LBR 7101(b) requires that, prior to filing any motion requiring a hearing, parties contact the courtroom deputy to reserve a hearing date and time. The Debtor did not do so. Moreover, none of the Motions were properly noticed for hearing: ECF Nos. 127, 128, and 129 were not noticed for hearing at all, while ECF No. 142 was improperly noticed for a contingent hearing, which is not permitted under AO 7104.

Accordingly, the Court orders that the Debtor shall notice each of the Motions for hearing after obtaining a hearing date from the courtroom deputy, and shall file and serve a notice of hearing in accordance with the LBRs. In the event that the Debtor fails to notice each of the Motions for hearing on or before **December 22, 2025**, each of the Motions will be terminated on the docket without further notice.

Date:   December 11, 2025                       /s/ Kimberly Bacher
                                                Kimberly Bacher
                                                Chief Bankruptcy Judge