UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In Re:  Brian Goodman, Sr.　　　　　　　Case No.: 25-10233-KB
　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　Debtor(s)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER ON MOTION BY DEBTOR'S COUNSEL TO WITHDRAW

After such Process as this Court deems appropriate:

1. The Motion by Debtor's Counsel to Withdraw is Granted.

2. The Debtor has _____ Days to obtain new Counsel or filed an appearance indicating that he desires to represent himself.

SO ORDERED:

Dated:　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Kimberley Bacher, Chief Judge