**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
* * * * * * * * * * * * * * * * * * * *
                                       *
In Re:  Brian Goodman, Sr.             *    Case No.: 25-10233-KB
                                       *    Chapter 13
                                       *
            Debtor                     *
                                       *
* * * * * * * * * * * * * * * * * * * *
```

### CERTIFICATE OF SERVICE

I, Kathleen E. McKenzie, of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That I certify that on the 11th day of December, 2025, I served a copy of the Notice of Address Change by first class mail, postage prepaid, upon the attached list of creditors.

That I further certify that on the 11th day of December, 2025, I served a copy of the Notice of Address Change by Electronic Mail upon:

Joseph M. Dolben    nhbk@harmonlaw.com

Craig S. Donais    cdonais@wadleighlaw.com, emaloney@wadleighlaw.com; cdonais@recap.email

Andrew M. Dudley    jawill@chap13.com, karen@chap13.com; kalyn@chap13.com; ecfbrunswick@trustee13.com

Conner P Lang    clang@orlans.com

Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov

Marcus E. Pratt    bankruptcy@kordeassociates.com

Lynne Rocheleau    ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jamie Welch    ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  December 11, 2025                    /s/ Kathleen E. McKenzie, Esq.
                                             Kathleen E. McKenzie, Esq.