| | | |
|---|---|---|
| Associated Credit Services<br>PO Box 1201<br>Tewksbury, MA 01876 | Avant Inc.<br>222 Merchandise Mart Plz Ste 900<br>Chicago, IL 60654 | Breezeline<br>41 N. Main St.<br>Concord, NH 03301 |
| Capital Well<br>150 Stage Rd.<br>Dunbarton, NH 03046 | Coll. Bureau of the Hudson Valley<br>PO Box 3495<br>Toledo, OH 43607 | Concord General Services<br>311 N. State St.<br>Concord, NH 03301 |
| Consolidated Communications<br>PO box 11560<br>Portland, ME 04104 | Credit One Bank*<br>PO Box 98873<br>Las Vegas, NV 89193 | Dartmouth Hitchcock Clinic*<br>21 Lafayette St. #200<br>Lebanon, NH 03766 |
| Dover Billing Services<br>3220 Executive RDG #200<br>Vista, CA 92081 | Duvera dba Easypay Finance<br>PO Box 2549<br>Carlsbad, CA 92018 | Educational Credit Management Corp<br>PO Box 16048<br>Saint Paul, MN 55116 |
| Equity One<br>2052 W. State St.<br>New Castle, PA 16101 | Eversource*<br>PO Box 330<br>Manchester, NH 03105 | Fay Servicing*<br>PO Box 814609<br>Dallas, TX 75381 |
| Fort Worth Associates, LLC<br>26 Birch View Way<br>Manchester, NH 03102 | Jefferson Capital System*<br>PO Box 7999<br>Saint Cloud, MN 56302 | Liberty Utilities*<br>PO Box 1380<br>Londonderry, NH 03053 |
| Northeast Dermatology<br>197 Loudon Rd. #350<br>Concord, NH 03301 | Resurgent Capital Services*<br>PO Box 10587<br>Greenville, SC 29603-0587 | Resurgent Capital/LVNV Funding<br>PO Box 10497<br>Greenville, SC 29603 |
| Rushmore Servicing<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | Schreiber Law Firm, LLC<br>53 Stiles Rd., Ste A102<br>Salem, NH 03079 | Select Portfolio Servicing, Inc.<br>PO Box 65250<br>Salt Lake City, UT 84165 |
| Shellpoint Mortgage Servicing*<br>PO Box 10826<br>Greenville, SC 29603-0675 | State Farm Mutual Auto Insurance<br>One State Farm Plaza<br>Bloomington, IL 61710 | Unitil<br>5 McGuire Street<br>Concord, NH 03301 |