# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
In Re:   Brian Goodman, Sr.                     *       Case No.: 25-10233-KB
                                                *       Chapter 13
                    Debtor(s)                   *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER ON MOTION BY DEBTOR'S COUNSEL TO WITHDRAW

Attorney McKenzie filed a Motion to Withdraw as Counsel (ECF No. 147) as Brian Goodman, the debtor, informed her, via electronic mail, that effective immediately he is "revoking all authority for [Attorney McKenzie] to act on [the Debtor's] behalf in any capacity…" As a result, the Court will grant the Motion to Withdraw.

Dated: December 11, 2025

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge