UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

    Brian J. Goodman, Sr.,
    Debtor.

Case No. 25-10233-KB
Chapter 13

## NOTICE OF APPEARANCE AND PRO SE STATUS

PLEASE TAKE NOTICE that the Debtor, Brian J. Goodman, Sr., hereby appears pro se in this matter.

The Debtor's prior counsel has been terminated, and until such time as substitute counsel enters an appearance, all notices, pleadings, and correspondence should be served directly upon the Debtor at the address listed below.

This Notice is filed to inform the Court and all parties of the Debtor's current pro se status.

Respectfully submitted,

*/s/ Brian J. Goodman*
Brian J. Goodman, Sr.
Debtor, Pro Se

40 HALL ST
CONCORD NH 03301
603-892-4841
preservationrlty@aol.com


Date: _____December 12, 2025_____


CERTIFICATE OF SERVICE


I hereby certify that on this date, a true and correct copy of the foregoing Notice of Appearance and Pro Se Status was served upon all parties entitled to notice via the Court's ECF system and/or by first-class mail.


/s/ Brian J. Goodman, Sr.
Brian J. Goodman, Sr.