FILED 2025 DEC 12 PM 2:53
Clerk of the US Bankruptcy Court NH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,
Debtor.

Case No. 25-10233-KB
Chapter 13

### DEBTOR'S MOTION TO CONTINUE HEARING

NOW COMES the Debtor, Brian J. Goodman, Sr., appearing pro se, and respectfully moves this Honorable Court for an order continuing the hearing currently scheduled for December 17, 2025, and in support thereof states as follows:

1. A hearing is currently scheduled for December 17, 2025, on the Motion for Relief from the Automatic Stay (ECF No. 43).

2. On December 10, 2025, the Debtor terminated prior counsel and is now appearing pro se.

3. The Debtor has acted promptly and in good faith to notify the Court of his change in representation status.

4.  The Debtor requires a reasonable continuance in order to seek and retain new bankruptcy counsel and to adequately prepare for the matters set for hearing in compliance with applicable rules.

5.  This request is made in good faith and not for purposes of delay.

WHEREFORE, the Debtor respectfully requests that the Court continue the hearing to the next available hearing date or no sooner than thirty (30) days from the current hearing date, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

*[signature]*

Brian J. Goodman, Sr.
Debtor, Pro Se

Date: ____December 12, 2025_____

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Continue Hearing was served upon all parties entitled to notice via the Court's ECF system and/or by first-class mail.

/s/ Brian J. Goodman, Sr.
Brian J. Goodman, Sr.

*[signature]*