# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,                                Case No. 25-10233-KB
                                                      Chapter 13
    Debtor.

## ORDER

The Debtor's Motion to Continue is granted.

The Motion for Relief From Stay filed by Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II [ECF No.43] is continued to January 7, 2026 at 10:00 a.m.

Date: 12/15/2025                    /s/ Kimberly Bacher
                                    Kimberly Bacher
                                    Chief Bankruptcy Judge