**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| IN RE: | Case No. 25-10233-KB |
| BRIAN J. GOODMAN, SR., | Chapter 13 |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NR1 and Fay Servicing, LLC, hereby requests that notice of all matter arising in this case of which notice is sent to any creditor, party in interest, creditor's committee or a member of any creditors' committee, be sent to

>Patrick J. McDonald, Esq.
>Hinshaw & Culbertson LLP
>56 Exchange Terrace
>Providence, RI 02903
>pmcdonald@hinshawlaw.com

>Respectfully submitted,
>
>WILMINGTON SAVINGS FUND SOCIETY, FSB, not in its individual capacity but solely as Owner Trustee of CIM TRUST 2025-NR1; FAY SERVICING, LLC
>By: Its Attorneys
>
>*/s/ Patrick J. McDonald*
>Patrick J. McDonald, #BNH07719
>HINSHAW & CULBERTSON LLP
>56 Exchange Terrace
>Providence, RI 02903
>617-213-7032
>pmcdonald@hinshawlaw.com

Dated:    December 17, 2025

87233\327229474.v1

**CERTIFICATE OF SERVICE**

I, Patrick J. McDonald, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

    Kathleen McKenzie: kate@nhbankruptcy.com
    Marcus E. Pratt:  mpratt@kordeassociates.com
    Jamie Welch: ANHSOrlans@infoex.com
    Craig S. Donais: cdonais@wadleighlaw.com
    Joseph M. Dolben: nhbk@harmonlaw.com
    Conner P. Lang: clang@orlans.com
    Lynne Rocheleau: ANHSOrlans@infoex.com
    Andrew M. Dudley, Trustee: jawill@chap13.com
    Office of the U.S. Trustee: USTPRegion01.MR.ECF@usdoj.gov

and paper copies will be sent to those indicated as non-registered participants on December 17, 2025,

| | |
|---|---|
| Avant Inc.<br>222 Merchandise Mart Plaza, Ste 900<br>Chicago, IL 60654-1105 | Capital Well<br>150 Stage Road<br>Dunbarton, NH 03046 |
| Consolidated Communications<br>PO Box 11560<br>Portland, ME 04104-7560 | Dover Billing Services<br>3220 Executive RDG #200<br>Vista, CA 92081-8572 |
| Educational Credit Management Corp<br>PO Box 16048<br>Saint Paul, MN 55116 | Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Breezeline<br>41 N. Main Street<br>Concord, NH 03301-4930 |
| United States Bankruptcy Court<br>55 Pleasant Street, Room 200<br>Concord, NH 03301-3954 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NH 89193-8873 |
| Coll. Bureau of the Hudson Valley<br>PO Box 3495<br>Toledo, OH 43607-0495 | Equity One<br>2052 W. State Street<br>New Castle, PA 16101-1250 |

| | |
|---|---|
| Easypay Finance<br>PO Box 2549<br>Carlsbad, CA 92018-2549 | Liberty Utilities<br>PO Box 1380<br>Londonderry, NH 03053-1380 |
| Fort Worth Associates<br>26 Birth View Way<br>Manchester, NH 03102-8129 | Associated Credit Services<br>PO Box 1201<br>Tewksbury, MA 01876-0901 |
| NewRez LLC d/b/a Shellpoint Mortgage Svc<br>Wendy Locke<br>Aldridge Pite, LLP<br>3333 Camine del Rio South, Ste 225<br>San Diego, CA 92108-3808 | Concord General Services<br>311 N. State Street<br>Concord, NH 03301-3228 |
| Brian J. Goodwin, Sr.<br>Craig S. Donais, Esq.<br>95 Market Street<br>Manchester, NH 03101-1933 | Educational Credit Management Corp<br>PO Box 16408<br>St. Paul, MN 55116-0408 |
| Dartmouth Hitchcock Clinic<br>21 Lafayette Street, #200<br>Lebanon, NH 03766-1492 | JPMorgan Chase Bank, NA c/o NewRez LLC<br>Dba Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603-0826 |
| Eversource<br>PO Box 330<br>Manchester, NH 03105-0330 | Office of the US Trustee<br>James C. Cleveland Building<br>53 Pleasant Street, Suite 2300<br>Concord, NH 03301-3937 |
| Northeast Dermatology<br>197 Loudon Road, #350<br>Concord, NH 03301-8000 | Rushmore Servicing<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019-4620 |
| Public Service of NH dba Eversource<br>Eversource Legal – Attn Honor Heath<br>107 Selden Avenue<br>Berlin, CT 06037-1616 | Select Portfolio Servicing, Inc.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |
| Schreiber Law Firm, LLC<br>53 Stiles Road, Suite A102<br>Salem, NH 03079-2890 | State Farm Mutual Auto Insurance<br>One State Farm Plaza<br>Bloomington, IL 61710-0001 |
| Shellpoint Mortgage Servicing<br>Po Box 10826<br>Greenville, SC 29603-0826 | US Bank Trust Company, NA<br>Robertson, Anschutz, Schneid & Crane PLLC<br>13010 Morris Road, Suite 450<br>Alpharetta, GA 30004-2001 |

87233\327229474.v1

US Bank Trust Company, NA
c/o Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

US Bank Trust Company, NA
c/o McCalla Raymer Leibert Pierce LLC
Bankruptcy Department
280 Trumbull Street, Fl 23
Hartford, CT 06103-3599

US Bank Trust NA
c/o Rushmore Servicing
Attn Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9096

McCalla Raymer Leibert Pierce LLC
Attn Wendy Reiss
1544 Old Alabama Road
Roswell, GA 30076-2102

Unitil
c/o Credit Department
5 McGuire Street
Concord, NH 03301-4622

/s/ *Patrick J. McDonald*
Patrick J. McDonald