United States Bankruptcy Court

District of New Hampshire

| | |
|---|---|
| In re: | Case No. 25-10233-KB |
| Brian J. Goodman, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 15, 2025 | Form ID: pdf935 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian J. Goodman, Sr., 40 Hall St., Concord, NH 03301-3414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 17, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Dudley | jawill@chap13.com  karen@chap13.com;kalyn@chap13.com;ecfbrunswick@trustee13.com |
| Conner P Lang | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust clang@orlans.com |
| Conner P Lang | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II clang@orlans.com |
| Craig S. Donais | on behalf of Creditor Mark Plantier cdonais@wadleighlaw.com  emaloney@wadleighlaw.com;cdonais@recap.email |
| Donald William Seeley, Jr | on behalf of Creditor Wilmington Savings Fund Society FSB  not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NR-1, by Fay Servicing, LLC dseeley@hinshawlaw.com, cjalbert@hinshawlaw.com |

Case: 25-10233-KB  Doc #: 157  Filed: 12/17/25  Desc: Imaged Certificate of Notice  Page 2 of 3

| District/off: 0102-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 15, 2025 | Form ID: pdf935 | Total Noticed: 1 |

Jamie Welch
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jamie Welch
    on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jamie Welch
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jennifer L. Joubert
    on behalf of Creditor Shellpoint Mortgage Servicing jjoubert@bglaw.com

Joseph M. Dolben
    on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St nhbk@harmonlaw.com

Lynne Rocheleau
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Marcus E. Pratt
    on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 bankruptcy@kordeassociates.com

Marcus E. Pratt
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bankruptcy@kordeassociates.com

Marcus E. Pratt
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST bankruptcy@kordeassociates.com

Marcus E. Pratt
    on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@kordeassociates.com

Office of the U.S. Trustee
    USTPRegion01.MR.ECF@usdoj.gov

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Brian J. Goodman, Sr.,             Case No. 25-10233-KB
                                                Chapter 13
       Debtor.

## ORDER

The Debtor's Motion to Continue is granted.

The Motion for Relief From Stay filed by Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II [ECF No.43] is continued to January 7, 2026 at 10:00 a.m.

Date: 12/15/2025                             /s/ Kimberly Bacher
                                                       Kimberly Bacher
                                                       Chief Bankruptcy Judge