FILED 2025 DEC 18 PM3:44
Clerk of the US Bankruptcy Court NH

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:
BRIAN J. GOODMAN, SR.,
Debtor.

Case No. 25-10233-KB
Chapter 13

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a NON-CONTINGENT REMOTE HEARING has been scheduled on the Debtor's Motion to Strike Proof of Claim No. 11 (ECF No. 127).

DATE: January 28, 2026
TIME: 9:00 AM
FORMAT: REMOTE HEARING (Zoom)

The hearing date and time were obtained from the Courtroom Deputy pursuant to NH Local Bankruptcy Rule 7101(b) and in compliance with the Court's Order dated December 11, 2025.

The Court will provide remote access instructions prior to the hearing. All parties should monitor the docket for Zoom access information.

Dated: ____December 18th 2025_____

/s/ Brian J. Goodman, Sr.
Brian J. Goodman, Sr.
Debtor, Pro Se
40 Hall Street
Concord, NH 03301

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true and correct copy of the foregoing Notice of Hearing was served upon all parties entitled to notice via the Court's ECF system and/or by first-class U.S. Mail.

Dated: _____December 18th 2025_____

/s/ Brian J. Goodman, Sr.
Brian J. Goodman, Sr.
Debtor, Pro Se