FILED 2025 DEC 18 PM3:44
Clerk of the US Bankruptcy Court NH

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:
BRIAN J. GOODMAN, SR., Debtor.

Case No. 25-10233-KB
Chapter 13

## NOTICE OF MOTION AND NOTICE OF HEARING ON DEBTOR'S MOTION TO EXTEND TIME TO COMPLY WITH MONETARY PROVISION OF ORDER DATED NOVEMBER 26, 2025 (ECF NO. 135), OR IN THE ALTERNATIVE, FOR A TEMPORARY STAY OF ENFORCEMENT ONLY UNTIL THE CONTINUED HEARING OF JANUARY 7, 2026

PLEASE TAKE NOTICE that the Debtor, Brian J. Goodman, Sr., proceeding pro se, has filed a Motion to Extend Time to Comply with the Monetary Provision of the Order dated November 26, 2025 (ECF No. 135), or in the alternative, for a temporary stay of enforcement only until the continued hearing already scheduled by the Court.

PLEASE TAKE FURTHER NOTICE that the continued hearing on the underlying Motion for Relief from Stay is scheduled before the Honorable Kimberly Bacher, Chief Bankruptcy Judge, United States Bankruptcy Court for the District of New Hampshire, on January 7, 2026 at 10:00 a.m.

The Debtor respectfully requests that the Court consider the Motion in connection with the January 7, 2026 hearing. If no timely objection is filed in accordance with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of New Hampshire, the Court may grant the relief requested without a hearing.

Any objection to the relief requested must be filed with the Court and served upon the Debtor and all parties entitled to notice within the time prescribed by the Local Bankruptcy Rules.

Dated: ____December 18, _____, 2025

Brian J. Goodman, Sr.
Debtor, pro se

Certificate of Service

I hereby certify that on the date below, a true and correct copy of the foregoing Motion was served by first-class mail and/or CM/ECF upon all parties entitled to notice, including counsel for U.S. Bank Trust Company, N.A., the chapter 13 Trustee, and all other parties entitled to notice.

Brian Gahart
12/18/25