UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: | Case No. 25-10233-KB |
| BRIAN J. GOODMAN, SR., | Chapter 13 |
| Debtor. | |

## WITHDRAWAL OF MOTION

Creditor Wilmington Savings Fund Society FBS, not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NR-1, by Fay Servicing, LLC, ("Creditor") hereby withdraws its Motion to Extend Time to Respond to Debtor's Motion to Strike Proof of Claim No. 11 and Debtor's Refined Objection to Proof of Claim No. 11 [ECF #144], filed on December 10, 2025.

Respectfully submitted,

WILMINGTON SAVINGS FUND SOCIETY,
FSB, not in its individual capacity but solely as
Owner Trustee of CIM TRUST 2025-NR1;
FAY SERVICING, LLC
By: Their Attorneys

*/s/ Patrick J. McDonald*
Patrick J. McDonald, #BNH07719
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
617-213-7032
pmcdonald@hinshawlaw.com

Dated: December 19, 2025

87233\327376339.v1

## CERTIFICATE OF SERVICE

    I, Patrick J. McDonald, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

    Kathleen McKenzie: kate@nhbankruptcy.com
    Marcus E. Pratt: mpratt@kordeassociates.com
    Jamie Welch: ANHSOrlans@infoex.com
    Craig S. Donais: cdonais@wadleighlaw.com
    Joseph M. Dolben: nhbk@harmonlaw.com
    Conner P. Lang: clang@orlans.com
    Lynne Rocheleau: ANHSOrlans@infoex.com
    Andrew M. Dudley, Trustee: jawill@chap13.com
    Office of the U.S. Trustee: USTPRegion01.MR.ECF@usdoj.gov
    Jennifer Joubert: jjoubert@bglaw.com

    and paper copies will be sent to those indicated as non-registered participants on December 19, 2025,

| | |
|---|---|
| Avant Inc.<br>222 Merchandise Mart Plaza, Ste 900<br>Chicago, IL 60654-1105 | Capital Well<br>150 Stage Road<br>Dunbarton, NH 03046 |
| Consolidated Communications<br>PO Box 11560<br>Portland, ME 04104-7560 | Dover Billing Services<br>3220 Executive RDG #200<br>Vista, CA 92081-8572 |
| Educational Credit Management Corp<br>PO Box 16048<br>Saint Paul, MN 55116 | Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Breezeline<br>41 N. Main Street<br>Concord, NH 03301-4930 |
| United States Bankruptcy Court<br>55 Pleasant Street, Room 200<br>Concord, NH 03301-3954 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NH 89193-8873 |

87233\327376339.v1

dColl. Bureau of the Hudson Valley
PO Box 3495
Toledo, OH 43607-0495

Easypay Finance
PO Box 2549
Carlsbad, CA 92018-2549

Fort Worth Associates
26 Birth View Way
Manchester, NH 03102-8129

NewRez LLC d/b/a Shellpoint Mortgage Svc
Wendy Locke
Aldridge Pite, LLP
3333 Camine del Rio South, Ste 225
San Diego, CA 92108-3808

Dartmouth Hitchcock Clinic
21 Lafayette Street, #200
Lebanon, NH 03766-1492

Eversource
PO Box 330
Manchester, NH 03105-0330

Northeast Dermatology
197 Loudon Road, #350
Concord, NH 03301-8000

Public Service of NH dba Eversource
Eversource Legal – Attn Honor Heath
107 Selden Avenue
Berlin, CT 06037-1616

Schreiber Law Firm, LLC
53 Stiles Road, Suite A102
Salem, NH 03079-2890

US Bank Trust Company, NA
c/o Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

Equity One
2052 W. State Street
New Castle, PA 16101-1250

Liberty Utilities
PO Box 1380
Londonderry, NH 03053-1380

Associated Credit Services
PO Box 1201
Tewksbury, MA 01876-0901

Concord General Services
311 N. State Street
Concord, NH 03301-3228

Educational Credit Management Corp
PO Box 16408
St. Paul, MN 55116-0408

JPMorgan Chase Bank, NA c/o NewRez LLC
Dba Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Office of the US Trustee
James C. Cleveland Building
53 Pleasant Street, Suite 2300
Concord, NH 03301-3937

Rushmore Servicing
8950 Cypress Waters Boulevard
Coppell, TX 75019-4620

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

State Farm Mutual Auto Insurance
One State Farm Plaza
Bloomington, IL 61710-0001

87233\327376339.v1

US Bank Trust Company, NA
c/o McCalla Raymer Leibert Pierce LLC
Bankruptcy Department
280 Trumbull Street, Fl 23
Hartford, CT 06103-3599

US Bank Trust NA
c/o Rushmore Servicing
Attn Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9096

US Bank Trust Company, NA
Robertson, Anschutz, Schneid & Crane PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004-2001

McCalla Raymer Leibert Pierce LLC
Attn Wendy Reiss
1544 Old Alabama Road
Roswell, GA 30076-2102

Unitil
c/o Credit Department
5 McGuire Street
Concord, NH 03301-4622

/s/ *Patrick J. McDonald*
Patrick J. McDonald

4

87233\327376339.v1