**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:                                                                 Case No. 25-10233-KB
                                                                            Chapter 13
Brian J. Goodman, Sr.,

       Debtor.

## ORDER STRIKING NOTICES OF HEARING AND CANCELLING HEARINGS

The Court has before it four notices of hearing (ECF Nos. 159–62) (the "**Notices**") that purport to set hearings on the Debtor's Motion to Strike Proof of Claim No. 11 (ECF No. 127), Refined Objection to Proof of Claim No. 11 (ECF No. 128), Stand-Alone Accounting Objection to Proof of Claim No. 11 (ECF No. 129) and Motion to Reconsider Order Granting Relief from Stay (ECF No. 142) (collectively, the "**Motions**"). The Notices do not comply with LBR 7104 because they do not provide an objection deadline. Moreover, the Notices are not on the Court's LBF 7104-1 form for such notices. Finally, the certificates of service provided with the Notices do not state which, if any, parties were served by mail. Accordingly, the Notices are stricken, and the January 28, 2026 hearings on the Motions are cancelled.

Date:   December 23, 2025                          /s/ Kimberly Bacher
                                                                      Kimberly Bacher
                                                                      Chief Bankruptcy Judge