FILED 2025 DEC 23 PM3:21
Clerk of the US Bankruptcy Court NH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re: Brian J. Goodman Sr
Case No. 25-10233-KB
Chapter 13

## EMERGENCY MOTION TO STAY FORECLOSURE SALE PENDING HEARING ON MOTION TO RECONSIDER

Debtor Brian J. Goodman respectfully moves this Court, pursuant to 11 U.S.C. § 105(a), FRBP 9014, and LBR 7101(b), for entry of an order temporarily staying the foreclosure sale of the real property located at 72 Hall Street, Concord, New Hampshire, pending the Court's hearing and determination of Debtor's Motion to Reconsider Order Granting Relief from Stay (ECF No. 142), scheduled for January 28, 2026.

1. On December 10, 2025, Debtor filed a Motion to Reconsider the Court's order granting relief from the automatic stay (ECF 142).

2. The Court has scheduled a hearing on that motion for January 28, 2026.

3. The secured creditor has noticed a foreclosure auction for February 4, 2026, at 12:00 p.m. ( SEE EXHIBIT A )

4. Allowing the foreclosure to proceed before the Court rules would cause irreparable harm and risk mooting the pending motion and related proceedings.

5. Debtor seeks only temporary relief to preserve the status quo and the Court's jurisdiction.

WHEREFORE, Debtor respectfully requests that the Court enter an order staying the foreclosure sale pending resolution of the Motion to Reconsider, and grant such other relief as is just.

Respectfully submitted,

Brian J. Goodman Sr
Debtor, Pro Se

# EXHIBIT A

# HARMON LAW OFFICES, P.C.

150 CALIFORNIA STREET
NEWTON, MASSACHUSETTS 02458
TEL: (617) 558-0500
FAX: (617) 244-7304
Business Hours: Monday-Friday 8:00 AM to 5:30 PM

*SERVING MASSACHUSETTS, NEW HAMPSHIRE AND RHODE ISLAND*

310
3 of

December 15, 2025

## NOTICE OF MORTGAGE FORECLOSURE SALE

RE: U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4, Asset-Backed Certificates, Series 2007-HE4

Pursuant to New Hampshire Revised Statutes 479:25, as amended, enclosed is a copy of the Mortgagee's Notice of Sale of Real Estate.

This notice is provided to you because an examination of the record title shows that you hold an interest of record.

If you want to reinstate or payoff the mortgage, you may order a reinstatement or payoff 24 hours a day on-line by going to www.hloreinstatement.com or to www.hlopayoff.com. Please follow the instructions contained on the web page. Please note that only requests made by owners, borrowers, mortgagors and authorized parties will be processed. You may also contact us during business hours to request a reinstatement or payoff by calling (617) 558-0598. When completing the on-line form or when calling our office, please reference your Case Number 18377, so that we may process your request more quickly.

Our experience has shown us that you are likely to benefit if you allow qualified bidders at the foreclosure sale to enter and inspect the premises. This may result in a higher purchase price. If you are willing to allow qualified bidders to enter and inspect the premises, please be present at the time of the foreclosure sale.


U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4, Asset-Backed Certificates, Series 2007-HE4
Present holder of the mortgage
By its Attorney,

*Nicholas J Danforth*
*Harmon Law Offices, P. C.*
Enclosure

18377

Addressee: Brian J. Goodman, Sr.

**PLEASE BE ADVISED THAT THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**



310
5 of



18377

Addressee: Brian J. Goodman, Sr.

## MORTGAGEE'S NOTICE OF SALE OF REAL PROPERTY

By virtue of a Power of Sale contained in a certain mortgage given by Brian J. Goodman, Sr. ("the Mortgagor(s)") to Mortgage Electronic Registration Systems, Inc., as nominee for Aegis Lending Corporation, dated December 26, 2006 and recorded in the Merrimack County Registry of Deeds in Book 3053, Page 1419, as modified by a certain modification agreement recorded on January 31, 2014, and recorded with said Merrimack County Registry of Deeds in Book 3429, Page 1396, (the "Mortgage"), which mortgage is held by U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4, Asset-Backed Certificates, Series 2007-HE4, the present holder of said Mortgage, pursuant to and in execution of said power and for breach of conditions of said Mortgage and for the purposes of foreclosing the same will sell at:

Public Auction
on
February 4, 2026
at
12:00 PM

Said sale being located on the mortgaged premises and having a present address of 72 Hall Street, Concord, Merrimack County, New Hampshire. The premises are more particularly described in the Mortgage.

For mortgagor's(s') title see deed recorded with the Merrimack County Registry of Deeds in Book 2884, Page 1294.

NOTICE

PURSUANT TO NEW HAMPSHIRE RSA 479:25, YOU ARE HEREBY NOTIFIED THAT YOU HAVE A RIGHT TO PETITION THE SUPERIOR COURT FOR THE COUNTY IN WHICH THE MORTGAGED PREMISES ARE SITUATED, WITH SERVICE UPON THE MORTGAGEE, AND UPON SUCH BOND AS THE COURT MAY REQUIRE TO ENJOIN THE SCHEDULED FORECLOSURE SALE.

The address of the mortgagee for service of process is 10 Ferry Street Suite 313, Concord, NH 03301 and the name of the mortgagee's agent for service of process is Corporation Service Company d/b/a Lawyers Incorporating Service.

You can contact the New Hampshire Banking Department by e-mail at nhbd@banking.nh.gov . For information on getting help with housing and foreclosure issues, please call the foreclosure information hotline at 1-800-437-5991. The hotline is a service of the New Hampshire Banking Department. There is no charge for this call.

The Property will be sold subject to all unpaid real estate taxes and all other liens and encumbrances which may be entitled to precedence over the Mortgage. Notwithstanding any title information contained in this notice, the Mortgagee expressly disclaims any representations as to the state of the title to the Property involved as of the date of the notice of the date of sale. The property

to be sold at the sale is "AS IS WHERE IS".

### TERMS OF SALE

A deposit of Five Thousand ($5,000.00) Dollars in the form of a certified check or bank treasurer's check or other check satisfactory to Mortgagee's attorney will be required to be delivered at or before the time a bid is offered. The successful bidder(s) will be required to execute a purchase and sale agreement immediately after the close of the bidding. The balance of the purchase price shall be paid within thirty (30) days from the sale date in the form of a certified check, bank treasurer's check or other check satisfactory to Mortgagee's attorney. The Mortgagee reserves the right to bid at the sale, to reject any and all bids, to continue the sale and to amend the terms of the sale by written or oral announcement made before or during the foreclosure sale. The description of the premises contained in said mortgage shall control in the event of an error in this publication.

Dated at Newton, Massachusetts, on December 15, 2025.

**U.S. Bank Trust Company,** National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4, Asset-Backed Certificates, Series 2007-HE4
By its Attorney,
Nicholas J Danforth
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
617-558-0500
18377

Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461



USPS CERTIFIED MAIL™

9214 8902 2003 7201 9492 75

310
1 of



18377 F

Brian J. Goodman, Sr.
a/k/a Brian Goodman
42 Hall St
Concord, NH 03301-3414



18377



CG30183414 CC27

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
Brian J. Goodman Sr
Debtor.

Case No. 25-10233-KB
Chapter 13

CERTIFICATE OF SERVICE

I, Brian J. Goodman, certify that on this _23_ day of ___December_____, 2026, I served a true and correct copy of the:

• Emergency Motion to Stay Foreclosure Sale Pending Hearing

by First Class U.S. Mail and/or CM/ECF where applicable upon the following parties:

U.S. Bank Trust Company, National Association
as successor in interest to U.S. Bank National Association,
as Trustee to LaSalle Bank National Association,
as Trustee for Bear Stearns Asset Backed Securities Trust 2007-HE4


Select Portfolio Servicing, Inc.
Attn: Legal Department
PO Box 65250
Salt Lake City UT
84165-0250

Counsel of Record for Creditor

Nicholas J. Danforth
Harmon Law Offices P.C.
PO Box 610389
Newton Highlands, MA
02461

Chapter 13 Trustee
Andrew M. Dudley
PO Box 429
Brunswick, ME
04011

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___December 23, 2025_____

*/s/ Brian J. Goodman Sr*
Brian J. Goodman Sr
Debtor, Pro Se
40 Hall St
Concord NH 03301
603-892-4841
preservationrlty@aol.com