FILED 2025 DEC 23 PM3:21
Clerk of the US Bankruptcy Court NH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
Brian J. Goodman Sr
Debtor.

Case No. 25-10233-KB
Chapter 13

MOTION TO EXPEDITE HEARING ON EMERGENCY MOTION TO STAY FORECLOSURE SALE

Debtor Brian J. Goodman respectfully moves this Court, pursuant to 11 U.S.C. § 105(a), FRBP 9014, and LBR 7101(b), for entry of an order expediting the hearing on the Debtor's Emergency Motion to Stay Foreclosure Sale Pending Hearing, and states as follows:

1. The Debtor has filed an Emergency Motion to Stay Foreclosure Sale Pending Hearing.
2. A foreclosure sale of the Debtor's property located at 72 Hall Street, Concord, NH is scheduled for February 4, 2026.
3. The Debtor has a pending Motion to Reconsider Order Granting Relief from Stay (ECF No. 142), scheduled for hearing on January 28, 2026.
4. Without expedited consideration, the foreclosure sale may occur before the Court is able to hear and rule on the Emergency Motion, thereby mooting the requested relief.
5. The Debtor seeks no determination on the merits and requests only that the Court expedite the hearing so the Emergency Motion may be considered prior to the foreclosure sale.

WHEREFORE, the Debtor respectfully requests that the Court expedite the hearing on the Emergency Motion to Stay Foreclosure Sale, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Brian J. Goodman Sr
Debtor, Pro Se
40 Hall St. Concord NH 03301
603-892-4841

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
Brian J. Goodman Sr
Debtor.

Case No. 25-10233-KB
Chapter 13

CERTIFICATE OF SERVICE

I, Brian J. Goodman, certify that on this _23_ day of ___December_____, 2026, I served a true and correct copy of the:

• Motion to Expedite Hearing on Emergency Motion to Stay Foreclosure Sale

by First Class U.S. Mail and/or CM/ECF where applicable upon the following parties:

U.S. Bank Trust Company, National Association
as successor in interest to U.S. Bank National Association,
as Trustee to LaSalle Bank National Association,
as Trustee for Bear Stearns Asset Backed Securities Trust 2007-HE4

Select Portfolio Servicing, Inc.
Attn: Legal Department
PO Box 65250
Salt Lake City UT
84165-0250

Counsel of Record for Creditor

Nicholas J. Danforth
Harmon Law Offices P.C.
PO Box 610389
Newton Highlands, MA
02461

Chapter 13 Trustee
Andrew M. Dudley
PO Box 429
Brunswick, ME
04011

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___December 23, 2025_____

*/s/ Brian J. Goodman Sr*

Brian J. Goodman Sr
Debtor, Pro Se
40 Hall St
Concord NH 03301
603-892-4841
preservationrlty@aol.com