UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:                                                                                     Case No. 25-10233-KB
                                                                                           Chapter 13
Brian J. Goodman Sr.,

      Debtor.

## ORDER

The Court has before it the Debtor's Emergency Motion to Stay Foreclosure Sale Pending Hearing on Motion to Reconsider (ECF No. 167) and Motion to Expedite Hearing on Emergency Motion to Stay Foreclosure Sale (ECF No. 168) (collectively, the "**Motions**"). Neither of the Motions include a proposed order, in violation of LBRs 7102(b)(3) and 9073-1(b). The Motions also include no notice of hearing, violating LBR 7104 and 9073-1. Moreover, the Motions demonstrate no cause for shortened notice. The Debtor seeks to stay a pending foreclosure sale on real property at 72 Hall Street, Concord, New Hampshire set for February 4, 2026. Debtor's pending Motion for Reconsideration (ECF No. 142) (the "**Reconsideration Motion**") was set for hearing on January 28, 2026 (ECF No. 162) (the "**Notice**"). While the Court struck the Notice for failure to comply with the LBRs (ECF No. 166), the Debtor fails to explain why he cannot re-notice the Reconsideration Motion for hearing in advance of the foreclosure sale. Accordingly, the Motions are denied.

Date:   December 24, 2025                     /s/ Kimberly Bacher
                                                         Kimberly Bacher
                                                         Chief Bankruptcy Judge