UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
Brian J. Goodman Sr.
Debtor.

FILED 2026 JAN 5 PM 12:25
Clerk of the US Bankruptcy Court NH

Chapter 13
Case No. 25-10233-KB

## NOTICE OF POSTPONED AND ANTICIPATED THIRD-PARTY PAYOFF OF MORTGAGE

The Debtor files this Notice to advise the Court and parties in interest of a postponed and anticipated third-party payoff of a mortgage loan relating to property located at 33–35 Pinecrest Circle, Concord, New Hampshire.

1. The mortgage loan secured by the Pinecrest Circle property is currently in the Debtor's name and is serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing, with JPMorgan Chase Bank, N.A. identified as creditor.

2. A third-party refinance transaction through a limited liability company is anticipated, the purpose of which is to satisfy the mortgage lien in full. The transaction is intended to benefit the bankruptcy estate and creditors by eliminating a secured claim and providing funds to address plan obligations.

3. A closing previously anticipated for December 30, 2025 was postponed at the request of the closing/title attorney so that the Bankruptcy Court could first be notified of the anticipated payoff.

4. The Debtor disputes certain components of the creditor's Proof of Claim, including escrow, fees, and accounting, and reserves all rights with respect thereto. This Notice is not intended as a concession or allowance of any claim.

5. The Debtor anticipates filing a modified Chapter 13 plan following completion of the transaction, as required by the Court.

This Notice is filed for transparency and to keep the Court and parties informed of anticipated developments.

Respectfully submitted,

*Brian J. Goodman Sr.*
Brian J. Goodman Sr.
Debtor, pro se
40 Hall St
Concord NH 03301
(603) 892-4841
Preservationrlty@aol.com

Date: 1/5/26

## CERTIFICATE OF SERVICE

I hereby certify that on ____January 5th 2026_____, I served a true and correct copy of the foregoing Notice of Postponed and Anticipated Third-Party Payoff of Mortgage by first-class United States mail, postage prepaid, addressed as follows:

Chapter 13 Trustee:

Andrew M. Dudley
PO Box 429
Brunswick, ME 04011


Counsel for Creditor:

Jennifer L. Joubert
Barton Gilman LLP
One Financial Plaza  18th Floor
Providence, RI 02903

Counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing and/or JPMorgan Chase Bank, N.A.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: ___January 5, 2026_____

_____
Brian J. Goodman Sr.
Debtor, pro se
40 Hall St
Concord NH 03301
(603) 892-4841
preservationrlty@aol.com