## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,                      Case No. 25-10233-KB
                                               Chapter 13

           Debtor.

## **ORDER**

The hearing regarding the Motion for Relief from Stay Filed by Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II (the "**Lender**") [ECF No. 53] is continued to February 18, 2026 at 10:00 a.m.

The Debtor shall make a payment to the Lender in the amount of $1,171.56 on or before February 13, 2026.

Date: 01/07/2026                                  /s/ Kimberly Bacher
                                                                       Kimberly Bacher
                                                                       Chief Bankruptcy Judge