# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,                             Case No. 25-10233-KB
                                                   Chapter 13
    Debtor.

## ORDER

The Motion for Relief from Stay RE: 40 Hall Street, Concord, NH 03301 Filed by Creditor U.S. Bank Trust Company, National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 [ECF No.80] is granted for cause.

Date: 01/07/2026                    /s/ Kimberly Bacher
                                    Kimberly Bacher
                                    Chief Bankruptcy Judge