# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,                 Case No. 25-10233-KB
                                                           Chapter 13

       Debtor.

## **ORDER**

The Motion to Extend Time Filed by Debtor Brian J. Goodman Sr. [ECF No.163] is denied for reasons stated on the record.

Date: 01/07/2026                               /s/ Kimberly Bacher
                                                          Kimberly Bacher
                                                          Chief Bankruptcy Judge