**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Brian J. Goodman, Sr.,    Case No. 25-10233-KB
                          Chapter 13
    Debtor.

**<u>ORDER</u>**

The hearing regarding the Motion for Relief from Stay Filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust (the "**Lender**") [ECF No.43] is continued to February 18, 2026 at 10:00 a.m.

The Debtor shall make a payment to the Lender in the amount of $1,450.81 on or before February 13, 2026.

Date: 01/08/2026    /s/ Kimberly Bacher
                                          Kimberly Bacher
                                          Chief Bankruptcy Judge