# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:
Brian J. Goodman, Sr.,
Debtor

Case No.: 25-10233-KB
Chapter 13

## ORDER APPROVING BUY-OUT AND DIRECT PAYMENT OF PROCEEDS TO CHAPTER 13 TRUSTEE

Upon consideration of the Debtor's Motion for Authority to Approve Buy-Out of Debtor's Interest and Direct Payment of Proceeds to the Chapter 13 Trustee, after due notice, it is hereby ORDERED:

1. The Motion is GRANTED.

2. The Debtor is authorized to consummate a buy-out of his economic interest in the property located at 33–35 Pinecrest Circle.

3. The closing agent is authorized and directed to issue a separate check in the amount of $40,000 payable directly to the Chapter 13 Trustee as part of the same closing transaction.

4. Said payment shall be applied by the Trustee in accordance with the Debtor's Chapter 13 plan.

SO ORDERED.

Dated: _____, 2026

_____
Hon. Kimberly Bacher
United States Bankruptcy Judge