UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman Sr.

    Debtor

_____/

Chapter 13
Case Number 25-10233-KB
Honorable Kimberly Bacher

## CERTIFICATE OF SERVICE

    I, Jamie Welch, Attorney of Orlans Law Group PLLC, do hereby certify that on January 23, 2026, I caused to be served a copy of Objection to Confirmation on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  January 23, 2026

    Respectfully Submitted,

    */s/ Conner Lang*
    Conner Lang, Esq. BNH07116
    Orlans Law Group PLLC
    Attorneys for U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust
    PO Box 540540
    Waltham, MA 02454
    (781) 790-7800
    Email: bankruptcyNE@orlans.com
    File Number: 25-005894

<u>VIA US MAIL</u>

Brian J. Goodman Sr.
40 Hall St.
Concord, NH 03301

<u>VIA ECF</u>

Office of the U.S. Trustee Esq., U.S. Trustee

Andrew M. Dudley Esq., Chapter 13 Trustee

Craig S. Donais on behalf of Mark Plantier

Joseph M. Dolben on behalf of U.S. Bank Trust Company, National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1

Marcus E. Pratt on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust