UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman Sr.　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　Case Number 25-10233-KB
　　　Debtor　　　　　　　　　　　　　　　　　Honorable Kimberly Bacher

_____/

### CERTIFICATE OF SERVICE

I, Lynne Rocheleau, Attorney of Orlans Law Group PLLC, do hereby certify that on January 29, 2026, I caused to be served a copy of Objection to Confirmation on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  January 29, 2026

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Conner Lang*
　　　　　　　　　　　　　　　　　　　　Conner Lang, Esq. BNH07116
　　　　　　　　　　　　　　　　　　　　Orlans Law Group PLLC
　　　　　　　　　　　　　　　　　　　　Attorneys for U.S. Bank Trust National Association,
　　　　　　　　　　　　　　　　　　　　not in its individual capacity, but solely as Trustee of
　　　　　　　　　　　　　　　　　　　　LSRMF MH Master Participation Trust II
　　　　　　　　　　　　　　　　　　　　PO Box 540540
　　　　　　　　　　　　　　　　　　　　Waltham, MA 02454
　　　　　　　　　　　　　　　　　　　　(781) 790-7800
　　　　　　　　　　　　　　　　　　　　Email: bankruptcyNE@orlans.com
　　　　　　　　　　　　　　　　　　　　File Number: 25-014265

VIA US MAIL

Brian J. Goodman Sr.
40 Hall St.
Concord, NH 03301

VIA ECF

Kathleen McKenzie, Esq. on behalf of Debtor

Office of the U.S. Trustee Esq., U.S. Trustee

Andrew M. Dudley Esq., Chapter 13 Trustee