FILED 2026 FEB 5 PM 2:16
Clerk of the US Bankruptcy Court NH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
Brian J Goodman Sr.,
Debtor.

Case No. 25-10233-KB
Chapter 13

### NOTICE OF HEARING

Please take notice that on February 18, 2026 at 10:00 A.M., movant Brian J. Goodman, Pro Se Debtor/Plaintiff will appear before the Hon. Kimberly Bacher, or any judge that may be sitting in that judge's place, at **either** the United States Bankruptcy Court, Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, or via Zoom as described below, and present the Hearing on Motion for Authority to Approve Buy-Out of Debtor's Interest and Direct Payment of Proceeds to Chapter 13 Trustee ( 11 U.S.C. §§ 363(b)and 1303)

**To appear by Zoom via video, go to this link:** https://www.zoomgov.com and then enter the Meeting ID and Passcode listed below.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-646-828-7666 or 1-669-254-5252 and then enter the Meeting ID and Passcode listed below.

**The Meeting ID for this hearing is 160 462 2499, and the Passcode is 760398.** The Meeting ID and Passcode can also be found on the court's website.

**YOUR RIGHTS MAY BE AFFECTED. You should read this notice and the motion carefully and discuss it with your attorney.** If you do not have an attorney, you may wish to consult one. If you have no objection to the motion, no action is required by you. If you do object to the relief sought, or if you wish to be heard, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 on or before February 11, 2026.

A copy of your objection or response must be mailed or delivered to the undersigned filer at the address set forth below, the case trustee, the United States Trustee, and a certificate of such action must be filed with the clerk. If you file an objection or response, you must also appear at the hearing on the date and time set forth above.

Date: 2/5/2026

Signature

*[signature]*
Brian J Goodman Sr.
40 Hall St. Concord NH 03301
603-892-4841

LBF 7104-1 (Eff. 10/01/2024)

FILED 2026 FEB 5 PM 2:16
Clerk of the US Bankruptcy Court NH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
Brian J. Goodman, Sr.,
Debtor

Case No.: 25-10233-KB
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, I served a true and correct copy of the following documents in the above-captioned case:

- NOTICE OF HEARING REGARDING (ECF 184)

by first-class United States mail, postage prepaid, upon all creditors and parties in interest at the addresses listed on the Court's official mailing matrix.

I further certify that I am filing the above-referenced documents and this Certificate of Service in person at the Clerk's Office, as I do not have CM/ECF filing privileges.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 5, 2026

Brian J. Goodman, Sr.
Debtor Pro Se