FILED 2026 FEB 17 AM 10:15
Clerk of the US Bankruptcy Court NH

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW HAMPSHIRE

In re:

Brian J Goodman Sr,

Debtor.

Chapter 13

Case No. 25-10233-KB

Hon. Kimberly Bacher

**SUPPLEMENT TO MOTION TO APPROVE BUY-OUT / REFINANCE**

The Debtor files this Supplement in response to the Court's request for additional information regarding the pending Motion to Approve Buy-Out / Refinance concerning 33-35 Pinecrest Circle, Concord, New Hampshire, and states as follows:

1. The proposed transaction will result in payment in full of the existing mortgage serviced by Shellpoint Mortgage Servicing.

2. Attached as Exhibit A is a true and correct copy of Shellpoint's payoff statement dated January 30, 2026, effective through February 15, 2026.

3. The closing will be administered by Summit Title Services LLC, Bedford, New Hampshire, acting as the neutral settlement agent. The settlement agent will receive refinance proceeds into escrow and will first remit payment to Shellpoint Mortgage Servicing in accordance with its payoff statement. No funds will be disbursed to the Debtor unless and until the existing mortgage lien is paid in full.

4. Summit Title Services LLC has confirmed that it will administer the closing and payoff in accordance with standard escrow procedures. The contact attorney for Summit Title Services LLC is Attorney Tanya Dancoes, Bedford, New Hampshire (603-703-8974), who is available to address any procedural questions regarding closing administration.

5. The net amount anticipated to be received by the Debtor from the transaction is approximately $40,000, which the Debtor intends to contribute to the Chapter 13 estate to address arrearages and support plan feasibility.

6. No closing has occurred, and no funds have been received or disbursed. Court approval is sought prior to any transaction taking place.

WHEREFORE, the Debtor respectfully requests that the Court approve the proposed buy-out/refinance transaction as clarified herein.

Respectfully submitted,

*[signature]*

Brian J Goodman Sr

Debtor, pro se

Dated: February 17, 2026