UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW HAMPSHIRE

In re:

Brian J Goodman Sr,

Debtor.

Chapter 13

Case No. 25-10233-KB

Hon. Kimberly Bacher

**PROPOSED ORDER ON MOTION TO APPROVE BUY-OUT / REFINANCE**

Upon consideration of the Debtor's Motion to Approve Buy-Out / Refinance and the Supplement thereto, and after notice and hearing, it is hereby ORDERED:

1. The Motion to Approve Buy-Out / Refinance, as supplemented, is GRANTED.

2. The closing shall be administered by Summit Title Services LLC, Bedford, New Hampshire, acting as settlement agent.

3. At closing, the settlement agent shall first remit payment to Shellpoint Mortgage Servicing in accordance with its payoff statement dated January 30, 2026, effective through February 15, 2026, in full satisfaction of the existing mortgage lien.

4. No funds shall be disbursed to the Debtor unless and until the existing mortgage lien has been paid in full.

5. The net proceeds of approximately $40,000 payable to the Debtor shall be contributed to the Chapter 13 estate and administered in accordance with the confirmed or pending Chapter 13 plan.

6. No closing shall occur prior to entry of this Order.

SO ORDERED.

Dated: _____

_____

Hon. Kimberly Bacher

United States Bankruptcy Judge