UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW HAMPSHIRE


In re:

Brian J Goodman Sr,

Debtor.


Chapter 13

Case No. 25-10233-KB

Hon. Kimberly  Bacher


**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, I served a true and correct copy of the following:

• Supplement to Motion to Approve Buy-Out / Refinance
• Exhibit A – Shellpoint Payoff Statement dated January 30, 2026

by depositing the same in the United States Mail, first-class postage prepaid, addressed to the following parties:

Shellpoint Counsel

**Jennifer L. Joubert**
Barton Gilman LLP
One Financial Plaza, 18th Floor
Providence, RI 02903


Chapter 13 Trustee

**Andrew M. Dudley**
Trustee
P.O. Box 429
Brunswick, ME 04011

Fosterville Properties LLC
56 East Sd Rd Northfield NH 03276-4121

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Brian J Goodman Sr.
Debtor, pro se