# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,                 Case No. 25-10233-KB
                                                 Chapter 13
         Debtor.

## **ORDER**

The Motion for Relief from Co-Debtor Stay, Motion for Relief from Stay Filed by Creditor JPMorgan Chase Bank, National Association [ECF No. 172] is granted for the reasons stated on the record.

Date: 02/18/2026                        /s/ Kimberly Bacher
                                                Kimberly Bacher
                                                Chief Bankruptcy Judge