# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,             Case No. 25-10233-KB
                                                                                                                         Chapter 13

        Debtor.

## **ORDER**

Confirmation of the Amended Chapter 13 Plan [ECF No. 183] is denied. On or before April 10, 2026, the debtor must file with the Court an amended plan, serve a copy of the amended plan and a notice of confirmation hearing as required by Federal Rules of Bankruptcy Procedure 2002(b) and 3015(d) and LBR 3015-(b), and file a certificate of service with the Court, failing which the case may be dismissed. If an amended plan is timely filed and served, a confirmation hearing will be held on May 15, 2026 at 9:00 a.m.

Date: 02/20/2026                                    /s/ Kimberly Bacher
                                                                          Kimberly Bacher
                                                                          Chief Bankruptcy Judge