United States Bankruptcy Court
District of New Hampshire

In re:     Case No. 25-10233-KB
Brian J. Goodman, Sr.     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1     User: admin     Page 1 of 2
Date Rcvd: Feb 18, 2026     Form ID: pdf970     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian J. Goodman, Sr., 40 Hall St., Concord, NH 03301-3414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Dudley | jawill@chap13.com ecfbrunswick@trustee13.com |
| Conner P Lang | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust clang@orlans.com |
| Conner P Lang | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II clang@orlans.com |
| Craig S. Donais | on behalf of Creditor Mark Plantier cdonais@wadleighlaw.com  emaloney@wadleighlaw.com;cdonais@recap.email |
| Donald William Seeley, Jr | on behalf of Defendant Select Portfolio Servicing  Inc. dseeley@hinshawlaw.com, cjalbert@hinshawlaw.com |

Case: 25-10233-KB  Doc #: 202  Filed: 02/20/26  Desc: Imaged Certificate of Notice  Page 2 of 4

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 18, 2026 | Form ID: pdf970 | Total Noticed: 1 |

| | |
|---|---|
| Donald William Seeley, Jr | on behalf of Creditor Wilmington Savings Fund Society FSB  not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NR-1, by Fay Servicing, LLC dseeley@hinshawlaw.com, cjalbert@hinshawlaw.com |
| Donald William Seeley, Jr | on behalf of Defendant U.S. Bank Trust Company  National Association dseeley@hinshawlaw.com, cjalbert@hinshawlaw.com |
| Elaine Carey | on behalf of Defendant U.S. Bank Trust Company  National Association ecarey@hinshawlaw.com, earmanno@hinshawlaw.com |
| Elaine Carey | on behalf of Defendant Select Portfolio Servicing  Inc. ecarey@hinshawlaw.com, earmanno@hinshawlaw.com |
| Jamie Welch | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Jamie Welch | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Jamie Welch | on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Jennifer L. Joubert | on behalf of Creditor Shellpoint Mortgage Servicing jjoubert@bglaw.com |
| Jennifer L. Joubert | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for JP Morgan Chase Bank National Association jjoubert@bglaw.com |
| Jennifer L. Joubert | on behalf of Creditor JPMorgan Chase Bank  National Association jjoubert@bglaw.com |
| Joseph M. Dolben | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St nhbk@harmonlaw.com |
| Lynne Rocheleau | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II lrocheleau@orlans.com, ecfaccount@orlans.com |
| Marcus E. Pratt | on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@kordeassociates.com |
| Marcus E. Pratt | on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 bankruptcy@kordeassociates.com |
| Marcus E. Pratt | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bankruptcy@kordeassociates.com |
| Marcus E. Pratt | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST bankruptcy@kordeassociates.com |
| Office of the U.S. Trustee | USTPRegion01.MR.ECF@usdoj.gov |
| Patrick John McDonald, IV | on behalf of Defendant Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NRl pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com |
| Patrick John McDonald, IV | on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com |
| Patrick John McDonald, IV | on behalf of Defendant McCalla Raymer Leibert Pierce  LLP pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com |
| Patrick John McDonald, IV | on behalf of Creditor Wilmington Savings Fund Society FSB  not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NR-1, by Fay Servicing, LLC pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com |
| Patrick John McDonald, IV | on behalf of Defendant Fay Servicing  LLC pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com |

TOTAL: 27

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:  
                                                                            Case No. 25-10233-KB  
Brian J. Goodman Sr.,                                         Chapter 13

       Debtor.

## ORDER

The Court has before it the Debtor Brian J. Goodman Sr.'s Motion for Authority to Approve Buy-Out of Debtor's Interest and Direct Payment of Proceeds to Chapter 13 Trustee (ECF No. 184) (the "**Motion**"). The Motion requests authority to sell the Debtor's interest in real property at 33–35 Pinecrest Circle, Concord, New Hampshire 03301 (the "**Property**") to Fosterville Properties, LLC ("**Fosterville**"), with projected proceeds of $40,000 to be paid directly to the Chapter 13 Trustee, as contemplated in the Debtor's plan. *See* ECF No. 183.

The Property is subject to a mortgage and note in favor of JP Morgan Case Bank, NA; the mortgage servicer is Shellpoint Mortgage Servicing ("**Shellpoint**"). Claim No. 12-1. Shellpoint objected to the Motion (ECF No.193) (the "**Objection**"), arguing that the Motion fails to provide a sale price, whether Shellpoint's lien will be paid in full, and other pertinent information. Shellpoint also noted that the Debtor transferred his interest in the Property to Fosterville shortly before filing this bankruptcy case, meaning the Property may not be property of the estate.

On February 17, 2026, the Debtor filed a Supplement to the Motion (ECF No. 194) (the "**Supplement**"). According to the Supplement, the transaction contemplated in the Motion will result in Shellpoint receiving payment in full, with proceeds being remitted first to Shellpoint, and no other funds being disbursed until Shellpoint is paid in full. The closing would be administered by Summit Title Services LLC, Bedford ("**Summit**"). The Debtor continues to

expect approximately $40,000 in net proceeds that will be remitted to the Chapter 13 Trustee upon closing.

The Court held a hearing on the Motion on February 18, 2026. At the hearing, the Debtor confirmed that Fosterville was the buyer. Shellpoint reiterated that the Motion lacked certain information, such as a purchase and sale agreement, but stated it did not oppose its claim being paid in full through the Motion. Accordingly, the Court orders that:

1. The Debtor is authorized to sell his interest in the Property to Fosterville on the terms outlined in the Motion; and

2. Summit is authorized to remit any proceeds from the sale, after Shellpoint is paid in full, to the Chapter 13 Trustee.

Date:  February 18, 2026         /s/ Kimberly Bacher  
                                                 Kimberly Bacher  
                                                 Chief Bankruptcy Judge