**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

**IN RE:**

| | |
|---|---|
| **Brian J. Goodman, Sr.** | **25-10233 KB** |
| **Debtor** | **Chapter 13** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that in accordance with Bankruptcy Rules, Shawn M. Masterson, of Cohen Cleary, PC, 122 Dean Street, Taunton, Massachusetts, 02780, hereby appears for the creditor Shellpoint Mortgage Servicing as servicer for JP Morgan Chase Bank National Association ("Creditor"), in the above-captioned matter.

Please provide copies of all notices, pleadings and other documents served or required to be served in this case pursuant to Bankruptcy Code Sections 102(1) and/or 1109(b), or by Bankruptcy Rules 2002 and/or 9007.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Rules specified above, but also include without limitations, orders and notices of any application, motion, petition, pleading, requests, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise, 1) which affect of seek to affect in any way, rights or interests of Creditor with respect to a) the debtor(s); b) property or proceeds thereof in which the debtors may claim an interest; or 2) which required or seek to require any act, deliver of any property, payments or other conduct by debtors.

Respectfully Submitted,


*/s/ Shawn M. Masterson*
Shawn M. Masterson (9201)
COHEN CLEARY, P.C.
122 Dean Street,
Taunton, MA 02780
Tel: (508) 880-6677
smasterson@cohencleary.com

DATED: 3/19/2026

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

**IN RE:**

| | |
|---|---|
| **Brian J. Goodman, Sr.** | **25-10233 KB** |
| **Debtor** | **Chapter 13** |

**CERTIFICATE OF SERVICE**

I hereby certify and declare under the penalty of perjury that on March 16, 2026, I have re-served the within Appearance electronically using the CM/ECF System to the following:

Office of the US Trustee                    ustpregion01.MR.ecf@usdoj.gov

Andrew M. Dudley, Trustee             jawill@chap13.com

And Further served Via First Class Mail to the Debtor:

Brian J. Goodman, Sr.
40 Hall St
Concord, NH 03301

*/s/ Shawn M. Masterson*
Shawn M. Masterson