**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**
**AT CONCORD**

|  |  |
|---|---|
| In Re: | )    Case No. 25-10233 |
|  | ) |
|  | )    Chapter 13 |
| Brian J. Goodman, Sr, | ) |
|      Debtor | ) |
|  | )    March 19, 2026 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of this Court and all Counsel of Record:

Please enter my withdrawal of appearance for the Creditor, Shellpoint Mortgage Servicing as servicer for JP Morgan Chase Bank, N.A.in connection with the above-captioned matter. Please be advised that Attorney Shawn Masterson, Esq. has entered his appearance on behalf of Shellpoint Mortgage Servicing as servicer for JP Morgan Chase Bank, N.A. Moreover, there are no pending actions before the Court affecting the Creditor.

By: */s/ Jennifer L. Joubert*
     Jennifer L. Joubert, Esq. | BBO #07847
     Barton Gilman LLP
One Liberty Square, 4th Floor
Boston, MA 02109
     (617) 654-8200 (telephone)
     (617) 482-5350 (fax)
     jjoubert@bglaw.com (e-mail)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**
**AT CONCORD**

| | |
|---|---|
| In Re: | ) Case No. 25-10233 |
| | ) |
| | ) Chapter 13 |
| Brian J. Goodman, Sr, | ) |
|     Debtor | ) |
| | ) March 19, 2026 |

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Bankruptcy Court for the District of New Hampshire using the CM/ECF System, which will send electronic notification of such filing, in accordance with Rules 7004(a), 9014 F.R. Bankr. P. a copy as follows:

Office of the U.S. Trustee:                    USTPRegion01.MR.ECF@usdoj.gov

Andrew M. Dudley, Bankruptcy Trustee:          jawill@chap13.com

     I further hereby certify that on March 19, 2026, I mailed via first class mail, postage prepaid, a copy of the foregoing document to the following:

DEBTOR                                  CREDITOR
Brian J. Goodman, Sr., Pro-Se           PO Box 10826
40 Hall Street                          Greenville, SC 29603-0826
Concord, NH 03301

By: */s/ Jennifer L. Joubert*
  Jennifer L. Joubert, Esq. | BBO #07847
  Barton Gilman LLP
  One Liberty Square, 4th Floor
  Boston, MA 02109
  (617) 654-8200 (telephone)
  (617) 482-5350 (fax)
  jjoubert@bglaw.com (e-mail)