UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman Sr.

Debtor

_____ /

Chapter 13
Case Number 25-10233-KB
Honorable Kimberly Bacher

## CERTIFICATE OF SERVICE

     I, Conner Lang, Attorney of Orlans Law Group PLLC, do hereby certify that on April 30, 2026, I caused to be served a copy of Objection to Confirmation on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  April 30, 2026

Respectfully Submitted,

*/s/ Conner Lang*_____
Conner Lang, Esq. BNH07116
Orlans Law Group PLLC
Attorneys for U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 25-005894

VIA US MAIL

Brian J. Goodman Sr.
40 Hall St.
Concord, NH 03301

VIA ECF

Kathleen McKenzie, Esq. on behalf of Debtor

Office of the U.S. Trustee Esq., U.S. Trustee

Andrew M. Dudley Esq., Chapter 13 Trustee

Craig S. Donais on behalf of Mark Plantier

Joseph M. Dolben on behalf of U.S. Bank Trust Company, National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1

Marcus E. Pratt on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust