UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.                              Chapter 13
                                                   Case Number 25-10233-KB
            Debtor                                 Honorable Kimberly Bacher


_____/

## NOTICE OF APPEARANCE

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4, Asset-Backed Certificates, Series 2007-HE4, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  May 6, 2026

                                        Respectfully Submitted,

                                        _/s/ Conner Lang_____
                                        Conner Lang, Esq. BNH07116
                                        Orlans Law Group PLLC
                                        Attorneys for U.S. Bank Trust Company, National
                                        Association, as Trustee, as successor-in-interest to
                                        U.S. Bank National Association, as successor
                                        Trustee to LaSalle Bank National Association, as
                                        Trustee for Bear Stearns Asset Backed Securities I
                                        Trust 2007-HE4, Asset-Backed Certificates, Series
                                        2007-HE4
                                        PO Box 540540
                                        Waltham, MA 02454
                                        (781) 790-7800
                                        Email: bankruptcyNE@orlans.com
                                        File Number: 26-004721