UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.                                    Chapter 13
                                                         Case Number 25-10233-KB
            Debtor                                       Honorable Kimberly Bacher

_____ /

## CERTIFICATE OF SERVICE

     I, Conner Lang, Attorney of Orlans Law Group PLLC, do hereby certify that on May 6, 2026, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.


Date:  May 6, 2026

                         Respectfully Submitted,

                         */s/ Conner Lang*
                         Conner Lang, Esq. BNH07116
                         Orlans Law Group PLLC
                         Attorneys for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4, Asset-Backed Certificates, Series 2007-HE4
                         PO Box 540540
                         Waltham, MA 02454
                         (781) 790-7800
                         Email: bankruptcyNE@orlans.com
                         File Number: 26-004721

VIA US MAIL

Brian J. Goodman Sr.
40 Hall St.
Concord, NH 03301

VIA ECF

Office of the U.S. Trustee Esq., U.S. Trustee

Andrew M. Dudley Esq., Chapter 13 Trustee