UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW HAMPSHIRE

DISTRICT OF NH
FILED

2026 MAY 12  P 4: 40

24 HOUR DEPOSITORY

In re:

Brian J. Goodman Sr.

Debtor

Chapter 13

Case No. 25-10233-KB

## MOTION TO CONTINUE CONFIRMATION HEARING

**NOTICE**

The Debtor respectfully requests a continuance of the confirmation hearing currently scheduled for May 15, 2026, for approximately thirty (30) days.

NOW COMES the Debtor, Brian J. Goodman Sr., pro se, and respectfully moves this Honorable Court for a continuance of the Chapter 13 confirmation hearing, and states as follows:

1. The Chapter 13 confirmation hearing is presently scheduled for May 15, 2026.

2. The Debtor has been actively engaged in ongoing negotiations with secured creditors concerning 42 Hall Street, 56 East Side Road, and 40 Hall Street.

3. With respect to 42 Hall Street, the Debtor and creditor's counsel have been working toward finalization and implementation of a stipulation addressing post-petition arrears and ongoing payments.

4. Creditor's counsel for 42 Hall Street has assented to the requested continuance, and the parties are actively finalizing implementation of the stipulation concerning post-petition arrears and ongoing payments.

5. With respect to 56 East Side Road, the Debtor has made substantial payments toward post-petition arrears and continues working cooperatively with creditor's counsel regarding resolution.

6. With respect to 40 Hall Street, the Debtor continues attempting to communicate with the creditor and its counsel regarding reinstatement, payoff, settlement, or other possible resolution.

7. The Debtor has recently experienced recurring health-related issues which delayed certain negotiations and filings, although the Debtor has continued acting in good faith and communicating with counsel.

8. The Debtor believes that a short continuance of approximately thirty (30) days would allow the parties additional time to finalize negotiations, implement agreements, and further clarify the feasibility of the proposed Chapter 13 plan.

9. This request is made in good faith and not for purposes of delay.

WHEREFORE, the Debtor respectfully requests that this Honorable Court continue the Chapter 13 confirmation hearing for approximately thirty (30) days, together with such other and further relief as the Court deems just and proper.

Respectfully submitted,

Brian J. Goodman Sr.
40 Hall Street
Concord, NH 03301
603-892-4841
Pro Se Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true and correct copy of the foregoing Motion to Continue Confirmation Hearing upon all parties entitled to notice, including creditor's counsel, the Chapter 13 Trustee, and the United States Trustee, in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of New Hampshire.


Date: May 12 2026



Brian J. Goodman Sr.