**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Brian J. Goodman, Sr.,                          Case No. 25-10233-KB
                                                Chapter 13
                Debtor.

**ORDER**

The hearing regarding the Motion to Dismiss Case For Failure to File All Required
Documents Filed by Trustee [ECF No. 33] and the Amended Chapter 13 Plan dated April
10, 2026 Filed by Debtor [ECF No. 213] is continued to June 26, 2026 at 9:00
a.m.

Date: 05/13/2026                          /s/ Kimberly Bacher
                                          Kimberly Bacher
                                          Chief Bankruptcy Judge