**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Brian J. Goodman, Sr.,                                Case No. 25-10233-KB
                                                      Chapter 13
              Debtor.

## <u>ORDER</u>

The Motion to Continue Hearing Filed by Debtor Brian J. Goodman Sr. [ECF No. 228] is denied.

Date: 06/23/2026                    /s/ Kimberly Bacher
                                    Kimberly Bacher
                                    Chief Bankruptcy Judge