United States Bankruptcy Court

District of New Hampshire

| | |
|---|---|
| In re: | Case No. 25-10233-KB |
| Brian J. Goodman, Sr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 23, 2026 | Form ID: pdf935 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

**Recip ID**     **Recipient Name and Address**
db      + Brian J. Goodman, Sr., 40 Hall St., Concord, NH 03301-3414

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Dudley | on behalf of Trustee Andrew M. Dudley jawill@chap13.com ecfbrunswick@trustee13.com;avery@chap13.com;amd@chap13.com |
| Andrew M. Dudley | jawill@chap13.com ecfbrunswick@trustee13.com;avery@chap13.com;amd@chap13.com |
| Conner P Lang | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust clang@orlans.com |
| Conner P Lang | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II clang@orlans.com |
| Conner P Lang | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St clang@orlans.com |

District/off: 0102-1                    User: admin                         Page 2 of 3
Date Rcvd: Jun 23, 2026                 Form ID: pdf935                     Total Noticed: 1

Craig S. Donais
on behalf of Creditor Mark Plantier cdonais@wadleighlaw.com  emaloney@wadleighlaw.com;cdonais@recap.email

Donald William Seeley, Jr
on behalf of Defendant Select Portfolio Servicing  Inc. dseeley@hinshawlaw.com, cjalbert@hinshawlaw.com

Donald William Seeley, Jr
on behalf of Creditor Wilmington Savings Fund Society FSB  not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NR-1, by Fay Servicing, LLC dseeley@hinshawlaw.com, cjalbert@hinshawlaw.com

Donald William Seeley, Jr
on behalf of Defendant U.S. Bank Trust Company  National Association dseeley@hinshawlaw.com, cjalbert@hinshawlaw.com

Elaine Carey
on behalf of Defendant U.S. Bank Trust Company  National Association ecarey@hinshawlaw.com, earmanno@hinshawlaw.com

Elaine Carey
on behalf of Defendant Select Portfolio Servicing  Inc. ecarey@hinshawlaw.com, earmanno@hinshawlaw.com

Jamie Welch
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jamie Welch
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jamie Welch
on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jennifer L. Joubert
on behalf of Creditor JPMorgan Chase Bank  National Association jjoubert@mlg-defaultlaw.com

Jennifer L. Joubert
on behalf of Creditor Shellpoint Mortgage Servicing jjoubert@mlg-defaultlaw.com

Joseph M. Dolben
on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St nhbk@harmonlaw.com

Lynne Rocheleau
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II lrocheleau@orlans.com, ecfaccount@orlans.com

Marcus E. Pratt
on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@kordeassociates.com

Marcus E. Pratt
on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 bankruptcy@kordeassociates.com

Marcus E. Pratt
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bankruptcy@kordeassociates.com

Marcus E. Pratt
on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST bankruptcy@kordeassociates.com

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov

Patrick John McDonald, IV
on behalf of Defendant Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NRl pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Patrick John McDonald, IV
on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Patrick John McDonald, IV
on behalf of Defendant McCalla Raymer Leibert Pierce  LLP pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Patrick John McDonald, IV
on behalf of Creditor Wilmington Savings Fund Society FSB  not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NR-1, by Fay Servicing, LLC pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Patrick John McDonald, IV
on behalf of Defendant Fay Servicing  LLC pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Shawn M Masterson
on behalf of Creditor Shellpoint Mortgage Servicing as servicer for JP Morgan Chase Bank National Association

District/off: 0102-1                    User: admin                                    Page 3 of 3

Date Rcvd: Jun 23, 2026                 Form ID: pdf935                                 Total Noticed: 1

smasterson@cohencleary.com

TOTAL: 29

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Brian J. Goodman, Sr.,                                    Case No. 25-10233-KB
                                                                   Chapter 13

                    Debtor.

**ORDER**

The Motion to Continue Hearing Filed by Debtor Brian J. Goodman Sr. [ECF No. 228] is denied.

Date: 06/23/2026                              /s/ Kimberly Bacher
                                                      Kimberly Bacher
                                                      Chief Bankruptcy Judge