**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE**

In re:

Brian J. Goodman, Sr.,                                     Case No. 25-10233-KB
                                                          Chapter 13

      Debtor.

**<u>ORDER</u>**

The hearing regarding the Motion for Relief from Stay Filed by Creditor U.S. Bank Trust National Association [ECF No. 43], the Motion to Dismiss Case For Failure to File All Required Documents Filed by Trustee [ECF No.33], and the Amended Chapter 13 Plan dated April 10, 2026 Filed by Debtor [ECF No. 213] are continued to July 24, 2026 at 9:00 a.m.

For reasons stated in open court on June 26, 2026, the Court ORDERS the following:

1. On or before July 10, 2026, the Debtor is ordered to provide the Trustee with: (a) his 2024 and 2025 tax returns, (b) a copy of the closing statement for the sale  of the real property located at 33–35 Pinecrest Circle, Concord, New Hampshire 03301, and (c) a payment in the amount of $40,000.

2. On or before July 10, 2026, U.S. Bank Trust Company, National Association shall file a payoff letter and post-petition accounting documentation with respect to the real property located at 40 Hall Street, Concord, NH.

The Debtor's failure to comply with the terms of the Order may result in the dismissal of this case pursuant to 11 U.S.C. § 1307 without further notice.

Date: 06/26/2026                          /s/ Kimberly Bacher
                                          Kimberly Bacher
                                          Chief Bankruptcy Judge