UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman Sr.

           Debtor

Chapter 13
Case Number 25-10233-KB
Honorable Kimberly Bacher

_____/

## STIPULATION

Stipulation entered into July 9, 2026 by and between U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust and Brian J. Goodman Sr. ("Debtor") (collectively, the "Parties").

WHEREAS, U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust is the holder of the Note and Mortgage on real property located at 42 Hall Street, Concord, NH 03301.

WHEREAS, on July 2, 2025, U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust filed a motion in the above-captioned bankruptcy case requesting relief from the automatic stay as to the real property at 42 Hall Street, Concord, NH 03301.

WHEREAS, the parties here to have reached a compromise regarding the above described controversy.

NOW, THEREFORE, the parties hereto, by their respective attorneys, hereunto duly authorized, do hereby stipulate and agree:

1.      The Debtor is post-petition due October 1, 2025 to April 1, 2026 for payments of $1,450.81 each for a total of $10,155.67 and May 1, 2025 to July 1, 2026 for payments of $1,478.60 each for a total of $4,435.80. In addition to the outstanding post-petition payments, there are Plan Review

in the amount of $612.50, Proof of Claim in the amount of $612.50 and a post-petition suspense balance of $1,171.37. Therefore, the total amount of post-petition arrears is $14,645.10 which is the sum of the outstanding post-petition payments and the aforementioned fees and costs. The Debtor agrees to cure the total amount of post-petition arrears by making the following payments:

| August 15, 2026 | $2,440.85 |
| September 15, 2026 | $2,440.85 |
| October 15, 2026 | $2,440.85 |
| November 15, 2026 | $2,440.85 |
| December 15, 2026 | $2,440.85 |
| January 15, 2027 | $2,440.85 |

The payments shall be in the form of good funds (bank check, certified funds, or a check drawn on Debtor's counsel's clients' trust fund account) and shall be made payable to Rocket Mortgage, LLC and **sent directly to** Rocket Mortgage, LLC at PO Box 619094, Dallas, TX 75261-9741 with the loan number written on the check or via telephone through Rocket Mortgage, LLC's systems.  Payment will be considered made on such dates if the funds are received by Rocket Mortgage, LLC by the close of business on those dates.

2.      Starting with the payment date August 1, 2026, Debtor in addition to the payments required by paragraph 1 herein, shall timely make the regular monthly payments directly to Rocket Mortgage, LLC as required by the Note and Mortgage.

3.      Please note that upon Debtor failure to make either a regular monthly payment under paragraph 2 or any payment under paragraph 1, U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust or its attorney shall give written notice to the debtors and their counsel, of such failure to make timely payments pursuant to the stipulation and further advise that failure to make said payments within Seven Days after the date of such notice shall constitute a default under this stipulation.

4.      If the Debtor defaults under this stipulation or fails to comply with any of the terms stated herein U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust or its attorney will file a notice of Debtor non-compliance with the United States Bankruptcy Court for the District of New Hampshire and thereafter, the Court may enter an or order granting U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust and its successors and assigns, relief from the automatic stay as to the real property at 42 Hall Street, Concord, NH 03301. U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust and its successors and assigns will then be free to exercise its right pursuant to the Note and Mortgage in accordance with applicable state and federal law and to conduct a foreclosure sale of the property and subsequent eviction action, if necessary.

5.      No waiver by U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust of any default shall operate as a waiver of any other default or of the same default on a future occasion.

6.      This Stipulation and the terms contained herein shall become void and unenforceable by either party in the event that the Debtor's bankruptcy petition is converted to any other Chapter or dismissed for any reason or as a result of the motion of any party, including, but not limited to the Debtor.

| | |
|---|---|
| /s/ Conner Lang | /s/ Brian J. Goodman |
| Conner Lang, Esq. BNH07116<br>Orlans Law Group PLLC<br>Attorney for U.S. Bank Trust National<br>Association, not in its individual capacity<br>but solely as Owner Trustee for VRMTG<br>Asset Trust<br>PO Box 540540 | Brian J. Goodman Sr.<br>Pro Se |

Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 25-005894