UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In Re:                                              Chapter 13
Brian J. Goodman Sr.                                Case No. 25-10233
                                                     Honorable Kimberly Bacher


Debtor


_____/


## MOTION FOR APPROVAL OF STIPULATION BETWEEN U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, BRIAN J. GOODMAN SR.

U.S. Bank Trust National Association, not in its individual capacity but solely as

Owner Trustee for VRMTG Asset Trust and Brian J. Goodman Sr. do hereby jointly

move that this Court approve a Stipulation between U.S. Bank Trust National

Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset

Trust and Brian J. Goodman Sr. Re Motion for Relief from Stay and filed herewith.

SIGNED this 9th day of July, 2026

U.S. Bank Trust National Association,          Brian J. Goodman Sr.
not in its individual capacity but solely       **Pro Se,**
as Owner Trustee for VRMTG Asset
Trust By its Attorney,                          */s/ Brian J. Goodman*

*/s/ Conner Lang*
Conner Lang, Esq. BNH07116
Orlans Law Group PLLC
PO Box 540540
Waltham, MA 02454
Phone: (781) 790-7800
Fax: (781) 790-7801
Email: bankruptcyNE@orlans.com


File Number: 25-005894