**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In Re:

Brian J. Goodman Sr.

Chapter 13
Case Number 25-10233
Honorable Kimberly Bacher

Debtor

_____ /

## <u>ORDER GRANTING MOTION TO APPROVE STIPULATION</u>

The Court has before it a motion seeking approval of a stipulation that resolves a pending motion for relief filed by U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust at ECF No. 43. Having reviewed the motion and the parties' stipulation, it is ordered:

1.  The motion is granted.

2.  The stipulation is approved.