UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman Sr.

      Debtor

Chapter 13
Case Number 25-10233-KB
Honorable Kimberly Bacher

_____/

## CERTIFICATE OF SERVICE

      I, Conner Lang, Attorney of Orlans Law Group PLLC, do hereby certify that on July 9, 2026, I caused to be served a copy of Stipulation and Motion to Approve Stipulation on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  July 9, 2026

Respectfully Submitted,

*/s/ Conner Lang*_____
Conner Lang, Esq. BNH07116
Orlans Law Group PLLC
Attorneys for U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 25-005894

<u>VIA US MAIL</u>
Brian J. Goodman Sr.
40 Hall St.
Concord, NH 03301

<u>VIA ECF</u>
Office of the U.S. Trustee Esq., U.S. Trustee
Andrew M. Dudley Esq., Chapter 13 Trustee
Craig S. Donais on behalf of Mark Plantier
Joseph M. Dolben on behalf of U.S. Bank Trust Company, National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1
Marcus E. Pratt on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust