UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW HAMPSHIRE

In re:

Brian J. Goodman, Sr.,

Debtor.


Chapter 13

Case No. 25-10233-KB

Hon. Kimberly Bacher


**ORDER ON DEBTOR'S EMERGENCY MOTION TO CLARIFY AND EXTEND TIME TO COMPLY WITH PARAGRAPH 1(c) OF JUNE 26, 2026 ORDER**


Upon consideration of the Debtor's Emergency Motion to Clarify and Extend Time to Comply with Paragraph 1(c) of June 26, 2026 Order, and for good cause shown, it is hereby:


ORDERED, that the motion is GRANTED to the extent set forth herein; and it is further


ORDERED, that the deadline for the Debtor to comply with paragraph 1(c) of the Court's June 26, 2026 Order is extended pending further order of the Court; and it is further


ORDERED, that the Debtor may temporarily retain the remaining Pinecrest-related funds presently on hand pending further order of the Court; and it is further

ORDERED, that the Court will determine, after review of the Debtor's motion and any response thereto, what amount, if any, must be tendered by the Debtor to the Chapter 13 Trustee from Pinecrest-related funds and on what schedule.

SO ORDERED.

Dated: _____

_____

Hon. Kimberly Bacher

Chief Bankruptcy Judge