**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| IN RE:<br><br>BRAIN J. GOODMAN,<br><br>　　　　*Debtor,* | Case No. 25-10233-KB<br><br>Chapter 13 |

## RESPONSE TO THE COURT'S ORDER ISSUED JUNE 26, 2026

Creditor, US Bank Trust Company, National Association, Not in Its Individual Capacity but Solely in its Capacity as Indenture Trustee of CIM Trust 2025-NR1, by Fay Servicing, LLC, hereby responds to the Court's order issued on June 26, 2026 [ECF #232] as follows:

1. Concerning the post-petition accounting, the Debtor has not made any payments post-petition on this loan.

2. Concerning the amount due on the loan, attached hereto as Exhibit A is a letter that sets forth the current balance as of today.

> Respectfully submitted,
>
> U.S. Bank Trust Company, National Association, Not in Its Individual Capacity but Solely in its Capacity as Indenture Trustee of CIM TRUST 2025-NR1, by FAY SERVICING, LLC
>
> By: Their Attorney,
>
> */s/ Patrick J. McDonald*

1096476\330831748.v1

2

Patrick J. McDonald. #BNH07719
Hinshaw & Culbertson LLP
53 State Street, 27th Floor
Boston, MA 02109
617-213-7032
pmcdonald@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, Patrick J. McDonald, hereby certify that the documents filed through the ECF system

will be sent electronically to the registered participants as identified on the Notice of Electronic

Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July

10, 2026.

/s/*Patrick J. McDonald*
Patrick J. McDonald

2

1096476\330831748.v1

# Exhibit A

PAYOFF STATEMENT


Fay Servicing, LLC
1601 LBJ Freeway, Ste 150
Farmers Branch, TX 75234
800-495-7166


July 10, 2026


TO:
Brian J Goodman
900 Chelmsford Street S
Lowell, MA 01851


Loan No: ████████

Loan Type: CONV W/O PMI

Property Address:
40 Hall St
Concord NH 03301


```
        *   ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE   *
        *   PAYOFF SHOWN BELOW ON THE CAPTIONED MORTGAGE.   *
```

These figures are good through July 10, 2026
This loan is due for the June 01, 2009 payment

| | | |
|---|---|---|
| The current total unpaid Principal Balance is | $ | 168,688.47 |
| Interest at  6.00000% | | 174,114.69 |
| Escrow/Impound Overdraft | | 105,283.70 |
| Suspense Balance | | -364.78 |
| Unpaid Late Charges | | 6,690.73 |
| Recoverable Corporate Advances | | 30,424.17 |
| Rehab Holdback | | .00 |
| Exit/Draw Fee | | .00 |
| Cema Assignment Fee | | .00 |
| Addl Interest Due | | .00 |
| Default Interest | | .00 |
| Payoff Interest Due | | .00 |
| Interest On Esc Adv | | .00 |
| Recording Fee | | 42.00 |
| * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $ | | 484,878.98 |

Funds received on or after July 10, 2026 will require an additional
$ 27.73 interest per Day.




Issuance of this statement does not suspend the contract requirement to
make the mortgage payments when due.  A late charge of $     53.96 will be
assessed  15 days after a current payment is due and should be added
to the payoff total if received after that time.

Please remit payoff checks to the address below:

Attention: Payoff Processing
1601 LBJ Freeway, Ste 150
Farmers Branch, TX 75234

Failure to send checks to the above address may result in the accrual of additional interest. Issuance of this statement does not suspend the contract requirement to make the mortgage payments when due.

Wiring Instructions:

Below are wiring instruction for payoffs to be sent to Fay Servicing, LLC

Bank Name: Fifth Third Bank
ABA Number: 042000314
Account Number: 07241022099

Please note: Wires are processed in accordance with Federal Business Days which are Monday through Friday and exclude Federal Holidays. Wires received by 3:00 pm CST on these business days will be processed same day. Wires received after 3:00 P.M.CST are subject to process on the following day business day. Please be sure to include the borrower's loan number, full name, and property address to avoid delays. Fay Servicing reserves the right to reject any wire received that we are unable to identify.

Payoff Statement Disclaimer:

If funds received are insufficient to pay off the account, for any reason including, but limited to, error in calculation, NSF, or additonal escrow disbursement and/or adjustments (including fees & costs), Fay Servicing reserves the right to decline to pay the account in full. In addition, any and all accrued interest will be due at the time of payoff.

Notice to borrowers with adjustable rate mortgages: The amount of calculated interest which is displayed on the payoff statement represents the interest rate in effect on the account at the time the statement was generated. Please note that the rate of interest displayed is that which was in effect as of the loan's due date. Payoff funds will be applied based on the most recent interest rate in effect at the time the payoff statement was generated.

Important Bankruptcy Notice:
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the account. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney. If the property is sold, please provide the sellers forwarding address.

*If your mailing address differs from the subject property address, please contact your Account Manager to update your mailing address*

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose.

Our office hours are Monday - Thursday 8 a.m. - 7 p.m., Friday
8 a.m. - 5 p.m., and Saturday 9 a.m. - 12 p.m. CST. NC Residents:
Fay Servicing, LLC NC Permit Number 112302, 1601 LBJ Highway Suite 150,
Farmers Branch, TX 75234.