B 2100A(Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE
### CONCORD DIVISION

In re:   Brian J. Goodman, Sr.                     Case No.   25-10233-KB


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).   Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


| | |
|---|---|
| Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2026-NR1 | U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Fay Servicing, LLC**
**Bankruptcy Department**
**PO Box 814609**
**Dallas, TX 75381-4609**

Court Claim # (if known):     11-1
Amount of Claim:    $459,174.74
Date Claim Filed:    06/18/2025

Phone:    (800) 495-7166
Last Four Digits of Acct #     6147

Phone:    (800) 495-7166
Last Four Digits of Acct #     6147

Name and Address where transferee payments should be sent (if different from above):
**Fay Servicing, LLC**
**Bankruptcy Department**
**PO Box 814609**
**Dallas, TX 75381-4609**

Phone:    (800) 495-7166
Last Four Digits of Acct #:    6147

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By:   */s/Dana   O'Brien*                     Date:    07/21/2026
      Authorized Agent for Transferee


Penalty for making a false statement:   Fine of up to $500,000 or imprisonment for up to 5 years, or both.   18 U.S.C. §§ 152 & 3571

In Re:

    Brian J. Goodman, Sr.

| | |
|---|---|
| Bankruptcy Case No.: | 25-10233-KB |
| Chapter: | 13 |
| Judge: | Kimberly Bacher |

CERTIFICATE OF SERVICE

I, Dana   O'Brien, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer Of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Brian J. Goodman, Sr.
40 Hall St.
Concord, NH 03301

Andrew M. Dudley                      *(served via ECF Notification)*
Trustee
P.O. Box 429
Brunswick, ME 04011

Office of the U.S. Trustee            *(served via ECF Notification)*
James C. Cleveland Building
53 Pleasant Street
Suite 2300
Concord, NH 03301

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   07/21/2026     By:    */s/Dana   O'Brien*
             (date)             Dana   O'Brien
                       Authorized Agent for Transferee