United States Bankruptcy Court

District of New Hampshire

In re:                                                                    Case No. 25-10233-KB

Brian J. Goodman, Sr.                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0102-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: 174 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian J. Goodman, Sr., 40 Hall St., Concord, NH 03301-3414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: ECF@fayservicing.com | Jul 21 2026 17:40:00 | Wilmington Savings Fund Society, et al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| | ^ MEBN | Jul 21 2026 17:39:58 | U.S. Bank Trust Company et. al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Dudley | |
| | on behalf of Trustee Andrew M. Dudley jawill@chap13.com ecfbrunswick@trustee13.com;avery@chap13.com;amd@chap13.com |

District/off: 0102-1                          User: admin                          Page 2 of 3

Date Rcvd: Jul 21, 2026                       Form ID: 174                         Total Noticed: 3

Andrew M. Dudley
                    jawill@chap13.com ecfbrunswick@trustee13.com;avery@chap13.com;amd@chap13.com

Conner P Lang
                    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for
                    VRMTG Asset Trust clang@orlans.com

Conner P Lang
                    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH
                    Master Participation Trust II clang@orlans.com

Conner P Lang
                    on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National
                    Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St clang@orlans.com

Craig S. Donais
                    on behalf of Creditor Mark Plantier cdonais@wadleighlaw.com  emaloney@wadleighlaw.com;cdonais@recap.email

Donald William Seeley, Jr
                    on behalf of Defendant Select Portfolio Servicing  Inc. dseeley@hinshawlaw.com, cjalbert@hinshawlaw.com

Donald William Seeley, Jr
                    on behalf of Creditor Wilmington Savings Fund Society FSB  not in its individual capacity but solely as Owner Trustee of CIM
                    Trust 2025-NR-1, by Fay Servicing, LLC dseeley@hinshawlaw.com, cjalbert@hinshawlaw.com

Donald William Seeley, Jr
                    on behalf of Defendant U.S. Bank Trust Company  National Association dseeley@hinshawlaw.com, cjalbert@hinshawlaw.com

Elaine Carey
                    on behalf of Defendant U.S. Bank Trust Company  National Association ecarey@hinshawlaw.com, earmanno@hinshawlaw.com

Elaine Carey
                    on behalf of Defendant Select Portfolio Servicing  Inc. ecarey@hinshawlaw.com, earmanno@hinshawlaw.com

Jamie Welch
                    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for
                    VRMTG Asset Trust ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jamie Welch
                    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH
                    Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jamie Welch
                    on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As
                    Indenture Trustee of CIM Trust 2025-NR1 ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jennifer L. Joubert
                    on behalf of Creditor JPMorgan Chase Bank  National Association jjoubert@mlg-defaultlaw.com

Jennifer L. Joubert
                    on behalf of Creditor Shellpoint Mortgage Servicing jjoubert@mlg-defaultlaw.com

Joseph M. Dolben
                    on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National
                    Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St nhbk@harmonlaw.com

Lynne Rocheleau
                    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH
                    Master Participation Trust II lrocheleau@orlans.com, ecfaccount@orlans.com

Marcus E. Pratt
                    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY
                    AS OWNER TRUSTEE FOR VRMTG ASSET TRUST bankruptcy@kordeassociates.com

Marcus E. Pratt
                    on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@kordeassociates.com

Marcus E. Pratt
                    on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As
                    Indenture Trustee of CIM Trust 2025-NR1 bankruptcy@kordeassociates.com

Marcus E. Pratt
                    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for
                    VRMTG Asset Trust bankruptcy@kordeassociates.com

Office of the U.S. Trustee
                    USTPRegion01.MR.ECF@usdoj.gov

Patrick John McDonald, IV
                    on behalf of Defendant Fay Servicing  LLC pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Patrick John McDonald, IV
                    on behalf of Defendant Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM

District/off: 0102-1                          User: admin                                Page 3 of 3

Date Rcvd: Jul 21, 2026                       Form ID: 174                          Total Noticed: 3

                    Trust 2025-NRl pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Patrick John McDonald, IV

                    on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Patrick John McDonald, IV

                    on behalf of Defendant McCalla Raymer Leibert Pierce  LLP pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Patrick John McDonald, IV

                    on behalf of Creditor Wilmington Savings Fund Society FSB  not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NR-1, by Fay Servicing, LLC pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Shawn M Masterson

                    on behalf of Creditor Shellpoint Mortgage Servicing as servicer for JP Morgan Chase Bank National Association smasterson@cohencleary.com


TOTAL: 29

# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

In re:                                                    Case No. 25–10233–KB
                                                          Chapter 13
Brian J. Goodman Sr.
        Debtor.

## NOTICE OF TRANSFER OF CLAIM

Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) you are hereby put on notice that a transfer/assignment of Claim No. 11 in the sum of $459,174.74 was filed with the Court.

If no objections are filed on or before **August 12, 2026**, the transferee will be substituted as the original claimant without further order of the Court.

**Name and Address of Transferor:**
U.S. Bank Trust Company et. al.
Fay Servicing, LLC
Bankruptcy Department
PO Box 814609
Dallas, TX 75381–4609

**Name and Address of Transferee:**
Wilmington Savings Fund Society, et al.
Fay Servicing, LLC
Bankruptcy Department
PO Box 814609
Dallas, TX 75381–4609

Date: July 21, 2026                          Kristie Trimarco
                                             Clerk of Court
                                             By: /s/ K.LeLievre
                                             Deputy Clerk

Form ntcassclm–174