**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Brian J. Goodman, Sr.,                                Case No. 25-10233-KB
                                                      Chapter 13

        Debtor.

## **ORDER**

The case is dismissed for the reasons stated on the record.

Date: 07/24/2026                    /s/ Kimberly Bacher
                                    Kimberly Bacher
                                    Chief Bankruptcy Judge