United States Bankruptcy Court

District of New Hampshire

In re:                                                                                    Case No. 25-10233-KB

Brian J. Goodman, Sr.                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1                          User: admin                                    Page 1 of 4

Date Rcvd: Jul 24, 2026                    Form ID: pdf956                          Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian J. Goodman, Sr., 40 Hall St., Concord, NH 03301-3414 |
| 3201205 | + | Breezeline, 41 N. Main St., Concord, NH 03301-4930 |
| 3205688 | + | Brian J. Goodwin, Sr., Craig S. Donais, Esq., 95 Market Street, Manchester, NH 03101-1933 |
| 3201206 | | Capital Well, 150 Stage Rd., Dunbarton, NH 03046 |
| 3201207 | + | Coll. Bureau of the Hudson Valley, PO Box 3495, Toledo, OH 43607-0495 |
| 3201208 | + | Concord General Services, 311 N. State St., Concord, NH 03301-3228 |
| 3201209 | + | Consolidated Communications, PO box 11560, Portland, ME 04104-7560 |
| 3201211 | + | Dartmouth Hitchcock Clinic, 21 Lafayette St. #200, Lebanon, NH 03766-1492 |
| 3201212 | + | Dover Billing Services, 3220 Executive RDG #200, Vista, CA 92081-8572 |
| 3201214 | | Educational Credit Management Corp, PO Box 16048, Saint Paul, MN 55116 |
| 3201215 | + | Equity One, 2052 W. State St., New Castle, PA 16101-1250 |
| 3201218 | + | Fort Worth Associates, 26 Birth View Way, Manchester, NH 03102-8129 |
| 3201220 | | Joseph Dolben, Esq., Harmon Law Office, PO Box 610389, Newton Highlands, MA 02461-0389 |
| 3201222 | + | Marcus Pratt, Esq., Korde & Associates, 900 Chelmsford St., Ste. 3102, Lowell, MA 01851-8100 |
| 3205689 | + | Mark Plantier, P.O. Box 10076, Bedford, NH 03110-0076 |
| 3202165 | + | New Rez LLC d/b/a Shellpoint Mortgage Servicing, Wendy Locke, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 3201223 | + | Northeast Dermatology, 197 Loudon Rd. #350, Concord, NH 03301-8000 |
| 3201231 | + | Unitil, 5 McGuire Street, Concord, NH 03301-4622 |
| 3206168 | + | Unitil, c/o Credit Department, 5 McGuire St, Concord, NH 03301-4622 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 3201203 | + | Email/Text: bknotices@acsrecovery.com | Jul 24 2026 17:42:00 | Associated Credit Services, P.O. Box 1201, Tewksbury M.A. 01876-0901 |
| 3201204 | + | Email/Text: bk@avant.com | Jul 24 2026 17:42:00 | Avant Inc., 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 3201210 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 24 2026 17:52:53 | Credit One Bank*, PO Box 98873, Las Vegas, NV 89193-8873 |
| 3201213 | | Email/Text: operationsclerk@easypayfinance.com | Jul 24 2026 17:42:00 | Duvera dba Easypay Finance, PO Box 2549, Carlsbad, CA 92018 |
| 3203747 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 24 2026 17:42:00 | Educational Credit Management, Corporation, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 3201216 | + | Email/Text: bankruptcynotices@eversource.com | Jul 24 2026 17:42:00 | Eversource*, PO Box 330, Manchester, NH 03105-0330 |
| 3201217 | | Email/Text: ECF@fayservicing.com | Jul 24 2026 17:42:00 | Fay Servicing*, PO Box 814609, Dallas, TX 75381 |
| 3237416 | | Email/Text: ECF@fayservicing.com | Jul 24 2026 17:42:00 | Wilmington Savings Fund Society, et al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |

District/off: 0102-1 | User: admin | Page 2 of 4
Date Rcvd: Jul 24, 2026 | Form ID: pdf956 | Total Noticed: 48

| 3206012 | Email/Text: ECF@fayservicing.com | Jul 24 2026 17:42:00 | Wilmington Savings Fund Society, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
|---|---|---|---|
| 3201219 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 24 2026 17:42:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 3206098 | Email/Text: mtgbk@shellpointmtg.com | Jul 24 2026 17:42:00 | JPMorgan Chase Bank, National Association, c/o NewRez LLC, dba Shellpoint Mtg Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 3202405 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 17:52:49 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3205736 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 17:52:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3201221 | + Email/Text: karenanne.sinville@libertyutilities.com | Jul 24 2026 17:42:00 | Liberty Utilities*, PO Box 1380, Londonderry, NH 03053-1380 |
| 3202193 | Email/Text: BankruptcyECFMail@mccalla.com | Jul 24 2026 17:42:00 | U.S. Bank Trust National Association, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 280 Trumbull St FL 23, Hartford, CT 06103 |
| 3205017 | + Email/Text: bankruptcynotices@eversource.com | Jul 24 2026 17:42:00 | Public Service of New Hampshire dba Eversource, Eversource Legal - Attn Honor Heath, 107 Selden Ave, Berlin, CT 06037-1616 |
| 3201224 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 17:52:51 | Resurgent Capital Services*, PO Box 10587, Greenville, SC 29603-0587 |
| 3201225 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 17:52:49 | Resurgent Capital/LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 3201226 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 24 2026 17:42:00 | Rushmore Serviccing, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 3201227 | ^ MEBN | Jul 24 2026 17:41:50 | Schreiber Law Firm, LLC, 53 Stiles Rd., Ste A102, Salem, NH 03079-2890 |
| 3201228 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 24 2026 17:42:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 3201229 | + Email/Text: mtgbk@shellpointmtg.com | Jul 24 2026 17:42:00 | Shellpoint Mortgage Servicing*, PO Box 10826, Greenville, SC 29603-0826 |
| 3201230 | + Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Jul 24 2026 17:42:00 | State Farm Mutual Auto Insurance, One State Farm Plaza, Bloomington, IL 61710-0001 |
| 3222159 | ^ MEBN | Jul 24 2026 17:41:54 | U.S. Bank Trust Company et. al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 3205001 | ^ MEBN | Jul 24 2026 17:41:53 | U.S. Bank Trust Company, National Association, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 3202136 | + Email/Text: RASEBN@raslg.com | Jul 24 2026 17:42:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz,, Schneid, & Crane PLLC, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 3202194 | + Email/Text: BankruptcyECFMail@mccalla.com | Jul 24 2026 17:42:00 | U.S. Bank Trust Company, National Association, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 280 Trumbull St FL 23, Hartford, CT 06103-3599 |
| 3203519 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 24 2026 17:42:00 | U.S. Bank Trust National Association, c/o Rushmore Servicing, Attn: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 3205902 | ^ MEBN | Jul 24 2026 17:41:47 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX |

District/off: 0102-1 | User: admin | Page 3 of 4
Date Rcvd: Jul 24, 2026 | Form ID: pdf956 | Total Noticed: 48

75381-4609

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Dudley | on behalf of Trustee Andrew M. Dudley jawill@chap13.com ecfbrunswick@trustee13.com;avery@chap13.com;amd@chap13.com |
| Andrew M. Dudley | jawill@chap13.com ecfbrunswick@trustee13.com;avery@chap13.com;amd@chap13.com |
| Conner P Lang | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II clang@orlans.com |
| Conner P Lang | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St clang@orlans.com |
| Conner P Lang | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust clang@orlans.com |
| Craig S. Donais | on behalf of Creditor Mark Plantier cdonais@wadleighlaw.com  emaloney@wadleighlaw.com;cdonais@recap.email |
| Donald William Seeley, Jr | on behalf of Creditor Wilmington Savings Fund Society FSB  not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NR-1, by Fay Servicing, LLC dseeley@hinshawlaw.com, cjalbert@hinshawlaw.com |
| Donald William Seeley, Jr | on behalf of Defendant U.S. Bank Trust Company  National Association dseeley@hinshawlaw.com, cjalbert@hinshawlaw.com |
| Donald William Seeley, Jr | on behalf of Defendant Select Portfolio Servicing  Inc. dseeley@hinshawlaw.com, cjalbert@hinshawlaw.com |
| Elaine Carey | on behalf of Defendant U.S. Bank Trust Company  National Association ecarey@hinshawlaw.com, earmanno@hinshawlaw.com |
| Elaine Carey | on behalf of Defendant Select Portfolio Servicing  Inc. ecarey@hinshawlaw.com, earmanno@hinshawlaw.com |
| Jamie Welch | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Jamie Welch | |

District/off: 0102-1     User: admin     Page 4 of 4

Date Rcvd: Jul 24, 2026     Form ID: pdf956     Total Noticed: 48

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jamie Welch

on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jennifer L. Joubert

on behalf of Creditor JPMorgan Chase Bank  National Association jjoubert@mlg-defaultlaw.com

Jennifer L. Joubert

on behalf of Creditor Shellpoint Mortgage Servicing jjoubert@mlg-defaultlaw.com

Joseph M. Dolben

on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St nhbk@harmonlaw.com

Lynne Rocheleau

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II lrocheleau@orlans.com, ecfaccount@orlans.com

Marcus E. Pratt

on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST bankruptcy@kordeassociates.com

Marcus E. Pratt

on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@kordeassociates.com

Marcus E. Pratt

on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 bankruptcy@kordeassociates.com

Marcus E. Pratt

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bankruptcy@kordeassociates.com

Office of the U.S. Trustee

USTPRegion01.MR.ECF@usdoj.gov

Patrick John McDonald, IV

on behalf of Creditor Wilmington Savings Fund Society FSB  not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NR-1, by Fay Servicing, LLC pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Patrick John McDonald, IV

on behalf of Defendant Fay Servicing  LLC pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Patrick John McDonald, IV

on behalf of Defendant Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NRl pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Patrick John McDonald, IV

on behalf of Creditor U.S. Bank Trust Company  National Association, Not In Its Individual capacity But Solely In its capacity As Indenture Trustee of CIM Trust 2025-NR1 pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Patrick John McDonald, IV

on behalf of Defendant McCalla Raymer Leibert Pierce  LLP pmcdonald@hinshawlaw.com, scronin@hinshawlaw.com

Shawn M Masterson

on behalf of Creditor Shellpoint Mortgage Servicing as servicer for JP Morgan Chase Bank National Association smasterson@cohencleary.com

TOTAL: 29

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Brian J. Goodman, Sr.,                                    Case No. 25-10233-KB
                                                          Chapter 13

              Debtor.

## ORDER

The case is dismissed for the reasons stated on the record.

Date: 07/24/2026                    /s/ Kimberly Bacher
                                    Kimberly Bacher
                                    Chief Bankruptcy Judge